# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*[1] | ) Case No. 20-32519 (DRJ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## INITIAL MASTER SERVICE LIST

Attached is a copy of the current Master Service List (as of May 8, 2020) filed and to be used in accordance with the Court's *Order Granting Changer 11 Complex Case Treatment* (Docket No. 32).

Dated: May 8, 2020

        */s/ Stephen D. Cady*
Stephen D. Cady
STRETTO
410 Exchange, Suite 100
Irvine, California 92602
Telephone: 877-670-2127
Email: NMGinquiries@stretto.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.stretto.com/NMG. The location of Debtor Neiman Marcus Group LTD LLC's principal place of business and the Debtors' service address in these chapter 11 cases is One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

# **Exhibit A**



**Master Service List**
As of May 8, 2020

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Telephone | Fax Number | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AD HOC GROUP OF TERM LOAN LENDERS | C/O VINSON & ELKINS LLP | ATTN: HARRY A. PERRIN & KIRAN VAKAMUDI | 1001 FANNIN STREET | SUITE 2500 | HOUSTON | TX | 77002-6760 | | 713-758-2222 | 713-758-2346 | hperrin@velaw.com kvakamudi@velaw.com |
| AD HOC GROUP OF TERM LOAN LENDERS | C/O VINSON & ELKINS LLP | ATTN: PAUL E. HEATH & MATTHEW W. MORAN & KATHERINE DRELL GRISSEL | 2001 ROSS AVENUE | SUITE 3900 | DALLAS | TX | 75201-2975 | | 214-220-7700 | 214-220-7716 | pheath@velaw.com mmoran@velaw.com kgrissel@velaw.com |
| AD HOC GROUP OF TERM LOAN LENDERS | C/O WACHTELL, LIPTON, ROSEN & KATZ | ATTN: JOSHUA A. FELTMAN & EMIL A. KLEINHAUS | 51 WEST 52ND STREET | | NEW YORK | NY | 10019 | | 212-403-1000 | 212-403-2000 | jafeltman@wlrk.com eakleinhaus@wlrk.com |
| AD HOC SECURED NOTEHOLDERS COMMITTEE | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ANDREW ROSENBERG & ALICE BELISLE EATON & CLAUDIA TOBLER & DIANE MYERS & NEAL DONNELLY & PATRICIA WALSH | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com aeaton@paulweiss.com ctobler@paulweiss.com dmeyers@paulweiss.com ndonnelly@paulweiss.com pwalsh@paulweiss.com |
| AD HOC SECURED NOTEHOLDERS COMMITTEE | C/O PORTER HEDGES LLP | ATTN: JOHN F. HIGGINS & ERIC M. ENGLISH & M. SHANE JOHNSON | 1000 MAIN ST. | 36TH FLOOR | HOUSTON | TX | 77002 | | 713-226-6000 | 713-228-1331 | jhiggins@porterhedges.com eenglish@porterhedges.com sjohnson@porterhedges.com |
| AJD PLATINUM INC. D/B/A AMERICAN JEWELRY DESIGNS | C/O FOLEY & MANSFIELD PLLP | ATTN: THOMAS J. LALLIER & CAMERON A. LALLIER | 250 MARQUETTE AVENUE | SUITE 1200 | MINNEAPOLIS | MN | 55401 | | 612-338-8788 | 612-338-8690 | tlallier@foleymansfield.com clallier@foleymansfield.com |
| AKRIS PRET A PORTER AG | | KALABRINTH 21 | 9042 SPEICHER | | | | | SWITZERLAND | 44-71-22-777-22 | | akris@akris.com |
| AKRIS PRET A PORTER AG | ATTN: NADJA HOLLENSTEIN | 835 MADISON AVENUE 4TH FLOOR | | | NEW YORK | NY | 10021 | | 41-0-471-2277-857 | | nadja.hollenstein@akris.com |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | | 334-242-7300 | 334-242-2433 | |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 | | 907-269-5100 | 907-276-3697 | attorney.general@alaska.gov |
| ALEXANDER MCQUEEN | | 27 OLD BOND ST, MAYFAIR | | | LONDON | | W1S 4QE | UNITED KINGDOM | 44-20-7355-0088 | | |
| ALEXANDER MCQUEEN | ATTN: DANIEL BYRNES | 50 HARTZ WAY | | | SECAUCUS | NJ | 07094 | | 201-553-6926 | | daniel.byrnes@kering.com |
| ALICE & OLIVIA LLC | | 450 WEST 14TH STREET | | | NEW YORK | NY | 10014 | | 212-840-1155 | | |
| ALICE & OLIVIA LLC | ATTN: JILL DONAHOE - ACCOUNT EXECUTIVE | 1111 SECAUCUS ROAD | | | SECAUCUS | NJ | 07094 | | 646-747-1432 | | jill.donahoe@aliceandolivia.com |
| ANKURA TRUST COMPANY, LLC, AS TRUSTEE AND NOTES COLLATERAL AGENT UNDER THE 14% SECOND LIEN NOTES DUE 2024 ISSUED BY NEIMAN MARCUS GROUP LTD LLC, THE NEIMAN MARCUS GROUP LLC, MARIPOSA BORROWER, INC., AND THE NMG SUBSIDIARY LLC | C/O HOGAN LOVELLS US LLP | ATTN: CHRISTOPHER R. BRYANT & ROBIN KELLER | 390 MADISON AVENUE | | NEW YORK | NY | 10017 | | 212-918-3000 | 212-918-3100 | chris.bryant@hoganlovells.com robin.keller@hoganlovells.com |
| ANKURA TRUST COMPANY, LLC, AS TRUSTEE AND NOTES COLLATERAL AGENT UNDER THE 14% SECOND LIEN NOTES DUE 2024 ISSUED BY NEIMAN MARCUS GROUP LTD LLC, THE NEIMAN MARCUS GROUP LLC, MARIPOSA BORROWER, INC., AND THE NMG SUBSIDIARY LLC | C/O HOGAN LOVELLS US LLP | ATTN: DAVID SIMONDS & EDWARD MCNEILLY | 1999 AVENUE OF THE STARS | SUITE 1400 | LOS ANGELES | CA | 90067 | | 310-785-4600 | 310-785-4601 | david.simonds@hoganlovells.com edward.mcneilly@hoganlovells.com |
| ANKURA TRUST COMPANY, LLC, AS TRUSTEE AND NOTES COLLATERAL AGENT UNDER THE 14% SECOND LIEN NOTES DUE 2024 ISSUED BY NEIMAN MARCUS GROUP LTD LLC, THE NEIMAN MARCUS GROUP LLC, MARIPOSA BORROWER, INC., AND THE NMG SUBSIDIARY LLC | C/O HOGAN LOVELLS US LLP | ATTN: S. LEE WHITESELL | 609 MAIN ST | SUITE 4200 | HOUSTON | TX | 77002 | | 713-632-1400 | 713-632-1401 | lee.whitesell@hoganlovells.com |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | | 602-542-5025 | 602-542-4085 | |
| ARKANSA SOFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 | | 501-682-2007 | 501-683-2520 | oag@arkansasag.gov |
| BAL HARBOUR SHOPS, LLC | C/O ROSS & SMITH, PC | ATTN: JUDITH W. ROSS & RACHAEL L. SMILEY & FRANCES A. SMITH | 700 N. PEARL STREET | SUITE 1610 | DALLAS | TX | 75201 | | 214-377-7879 | 214-377-9409 | frances.smith@judithwross.com rachael.smiley@judithwross.com judith.ross@judithwross.com |
| BALENCIAGA AMERICA INC | | 840 MADISON AVE | | | NEW YORK | NY | 10021 | | 212-206-0872 | | |
| BALENCIAGA AMERICA INC | ATTN: DANIEL BYRNES | 50 HARTZ WAY | | | SECAUCUS | NJ | 07094 | | 201-553-6926 | | daniel.byrnes@kering.com |
| BALLY AMERICAS INC | C/O LOWENSTEIN SANDLER LLP | ATTN: JEFFREY D. PROL, ESQ. & BRUCE S. NATHAN, ESQ. | 1251 AVENUE OF THE AMERICAS | 17TH FLOOR | NEW YORK | NY | 10020 | | 212-262-6700 | | jprol@lowenstein.com bnathan@lowenstein.com |
| BALLY AMERICAS INC | C/O LOWENSTEIN SANDLER LLP | ATTN: JEFFREY D. PROL, ESQ. & BRUCE S. NATHAN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 | | 973-597-2500 | 973-597-2400 | jprol@lowenstein.com bnathan@lowenstein.com |
| BALMAIN USA LLC | ATTN: ARDIANA BYTYQI - AR SPECIALIST | 11 W 42ND STREET | 31ST FLOOR | | NEW YORK | NY | 10038 | | 917-262-0354 | | abytyqi@balmain.com |
| BEXAR COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON | | 112 E. PECAN STREET | SUITE 2200 | SAN ANTONIO | TX | 78205 | UNITED STATES | 2102256763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com |
| BOTTEGA VENETA | | VIA PRIVATA ERCOLE MARELLI 6 | | | MILAN | | 20136 | ITALY | 39-02-70-06-06-11 | | |
| BOTTEGA VENETA | ATTN: DANIEL BYRNES | 50 HARTZ WAY | | | SECAUCUS | NJ | 07094 | | 201-553-6926 | | daniel.byrnes@kering.com |
| BRIONI ROMAN STYLE | | VIA NAZARENO FONTICOLI | 3 PENNE | | | | 65017 | ITALY | 39-85-821-71 | | |
| BRIONI ROMAN STYLE | ATTN: DANIEL BYRNES | 33 WHITEHALL STREET | SUITE 1401 | | NEW YORK | NY | 10004 | | 201-553-6926 | | daniel.byrnes@kering.com |
| BROOKFIELD PROPERTY REIT, INC. | ATTN: KRISTEN N. PATE | 350 N. ORLEANS STREET | SUITE 300 | | CHICAGO | IL | 60654-1607 | | 312-960-2940 | 312-442-6374 | bk@brookfieldpropertiesretail.com |
| BROOKFIELD PROPERTY REIT, INC. & SIMON PROPERTY GROUP, L.P. | C/O KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE & JENNIFER D. RAVIELE & SEAN T. WILSON | 101 PARK AVENUE | | NEW YORK | NY | 10178 | | 212-808-7800 | 212-808-7897 | kdwbankruptcydepartment@kelleydrye.com rlehane@kelleydrye.com jraviele@kelleydrye.com swilson@kelleydrye.com |
| BURBERRY USA | ATTN: AARON STOUT - DIRECTOR OF MEN'S WHOLESALE | 444 MADISON AVE | | | NEW YORK | NY | 10022 | | 212-707-6568 347-327-2711 877-217-4085 | | aaron.stout@burberry.com |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | | 916-210-6276 | | |
| CAPITAL ONE, N.A. | C/O HUNTON ANDREWS KURTH LLP | ATTN: GREGORY G. HESSE & JARRETT L. HALE & TARA L. ELGIE | 1445 ROSS AVENUE | SUITE 3700 | DALLAS | TX | 75202-2799 | | 214-979-3000 | 214-880-0011 | ghesse@huntonak.com jhale@huntonak.com telgie@huntonak.com |
| CAPITAL ONE, N.A. | C/O HUNTON ANDREWS KURTH LLP | ATTN: PHILIP M. GUFFY | 600 TRAVIS | SUITE 4200 | HOUSTON | TX | 77002-2929 | | 713-220-4200 | | pguffy@huntonak.com |
| CARVEN LUX PERFUMES INTL COSMETICS | | 76-78 AVENUE DES CHAMPES-E LYSEES | | | PARIS | | 75008 | FRANCE | | | contact@carven-parfums.com |
| CARVEN LUX PERFUMES INTL COSMETICS | ATTN: STEVEN LACOLLA - VP OF FINANCE | 30 W 21ST STREET 7TH FLOOR | | | NEW YORK | NY | 10010 | | 212-643-1141 917-860-2373 | | slacolla@icperfumes.com |
| CHANEL INC | | 9 W 57TH STREET | 44TH FLOOR | | NEW YORK | NY | 10019-2790 | | 212-688-5055 | 212-752-1851 | |
| CHANEL INC | ATTN: CHRISTINE PALAKA | 885 CENTENNIAL AVENUE | SUITE 300 | | PISCATAWAY | NJ | 08854 | | 732-980-3872 | | christine.palaka@chanelusa.com |
| CHANEL, INC. | C/O SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: JUSTIN BERNBROCK | THREE FIRST NATIONAL PLAZA, 70 WEST MADISON ST | 48TH FLOOR | CHICAGO | IL | 60602 | | 312-499-6300 | 312-499-6301 | jbernbrock@sheppardmullin.com |
| CHANEL, INC. | C/O SHEPPARD MULLIN RICHTER & HAMPTON, LLP | ATTN: MICHAEL T. DRISCOLL | 30 ROCKEFELLER PLAZA | | NEW YORK | NY | 10112 | | 212-653-8700 | 212-653-8701 | mdriscoll@sheppardmullin.com |
| CHLOE INC | | 5/7 AVENUE PERCIER | | | PARIS | | 75008 | FRANCE | | | |

In re: Neiman Marcus Group LTD LLC, et al.
Case No. 20-32519 (DRJ)

For assistance, please contact Stretto by emailing TeamNMG@Stretto.com or by calling 877.670.2127 (toll-free)

Page 1 of 4



**Master Service List**
As of May 8, 2020

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Telephone | Fax Number | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHLOE INC | ATTN: JAMES VILLAMANA - CONTROLLER | 1111 MARCUS AVENUE UNIT 5A | | | LAKE SUCCESS | NY | 11042 | | 203-925-6400 | | james.villamana@richemont.com |
| CHRISTIAN LOUBOUTIN | | 19 RUE JEAN-JACQUES ROUSSEAU | | | PARIS | | 75001 | FRANCE | 33-800-94-58-04 | | info@christianlouboutin.com |
| CHRISTIAN LOUBOUTIN | ATTN: DAPHNE DAN - VP ACCOUNTING | 306 W 38TH STREET | 4TH FLOOR | | NEW YORK | NY | 10018 | | 212-279-7362 x5035 917-244-1190 | | d.dan@us.christianlouboutin.com |
| CITY OF KATY AND KATY MANAGEMENT DISTRICT #1 | C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: OWEN M. SONIK | 1235 NORTH LOOP WEST | SUITE 600 | HOUSTON | TX | 77008 | | 713-862-1860 | 713-862-1429 | osonik@pbfcm.com |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 55 ELM ST | | | HARTFORD | CT | 06106 | | 860-808-5318 | | attorney.general@ct.gov |
| CPP INVESTMENT BOARD USRE, INC. | C/O DEBEVOISE & PLIMPTON, LLP | ATTN: JASMINE BALL & ERICA WEISGERBER | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | | 212-909-6000 | 212-909-6836 | jball@debevoise.com eweisgerber@debevoise.com |
| CPP INVESTMENT BOARD USRE, INC. | C/O PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: HUGH M. RAY, III & WILLIAM J. HOTZE & JASON S. SHARP | TWO HOUSTON CENTER, 909 FANNIN | SUITE 2000 | HOUSTON | TX | 77010-1028 | | 713-276-7600 | 713-276-7673 | hugh.ray@pillsburylaw.com william.hotze@pillsburylaw.com jason.sharp@pillsburylaw.com |
| CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH | C/O CRAVATH, SWAINE & MOORE LLP | ATTN: GEORGE E. ZOBITZ & PAUL H. ZUMBRO & CHRISTOPHER J. KELLY | 925 EIGHTH AVENUE | | NEW YORK | NY | 10019 | | 212-474-1000 | 212-474-3700 | jzobitz@cravath.com pzumbro@cravath.com cjkelly@cravath.com |
| CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH | C/O HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM, JR. & MARTHA WYRICK | 1221 MCKINNEY STREET | SUITE 2100 | HOUSTON | TX | 77010 | | 713-547-2000 | 713-547-2600 | charles.beckham@haynesboone.com martha.wyrick@haynesboone.com |
| CRITEO CORP | ATTN: CAROLINE PINGON | PO BOX 123520 | | | DALLAS | TX | 75312-3520 | | 650-322-6260 | | c.pingon@criteo.com |
| CRITEO CORP | ATTN: RYAN DAMON, GENERAL COUNSEL | 387 PARK AVE SOUTH 12TH FLOOR | | | NEW YORK | NY | 10016 | | 646-410-0400 | 646-410-0234 | r.damon@criteo.com |
| DAVID YURMAN ENTERPRISES LLC | ATTN: BART NG - SR. DIRECTOR OF AP AND AR | 24 VESTRY STREET 11TH FLOOR | | | NEW YORK | NY | 10013 | | 646-264-7246 | | bng@davidyurman.com |
| DELAWARE DEPARTMENT OF JUSTICE | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH STREET | | WILMINGTON | DE | 19801 | | 302-577-8400 | 302-577-6499 | attorney.general@delaware.gov |
| DEUTSCHE BANK AG NEW YORK BRANCH | C/O GRAY REED & MCGRAW LLP | ATTN: JASON S. BROOKNER & PAUL D. MOAK & LYDIA R. WEBB | 1300 POST OAK BLVD | SUITE 2000 | HOUSTON | TX | 77056 | | 713-986-7000 | 713-986-7100 | jbrookner@grayreed.com pmoak@grayreed.com lwebb@grayreed.com |
| DEUTSCHE BANK AG NEW YORK BRANCH | C/O WHITE & CASE LLP | ATTN: SCOTT GREISSMAN & ANDREW ZATZ & RASHIDA ADAMS | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020-1095 | | 212-819-8903 | 212-354-8113 | gkurtz@whitecase.com sgreissman@whitecase.com azatz@whitecase.com cwest@whitecase.com rashida.adams@whitecase.com |
| DOLCE AND GABBANA USA INC | ATTN: RUGGERO CATERINI | 900 SECAUCUS ROAD | UNIT C | | SECAUCUS | NJ | 07094 | | 212-750-0055 | | ruggero.caterini@dolcegabbana.it |
| EILEEN FISHER | ATTN: EILEEN FISHER | 2 BRIDGE ST | STE 230 | | IRVINGTON | NY | 10533 | | 914-721-4065 914-591-5700 | 914-591-8824 | shen.chin@eileenfisher.com onlinesupport@eileenfisher.com |
| ELICIT LLC | ATTN: LAUREN DREXLER & MASON THELEN CEO | 650 3RD AVENUE | SUITE 2500 | | MINNEAPOLIS | MN | 55402 | | 914-980-5143 | | lauren.drexler@elicitinsights.com |
| ERMENEGILDO ZEGNA TOM FORD | | VIA ROMA | 99-100 | | TRIVERO | | 13835 | ITALY | 39-15-75911 | 39-15-756139 | |
| ERMENEGILDO ZEGNA TOM FORD | ATTN: ACEL JOSEPH | 100 W FOREST AVENUE | UNIT A | | ENGLEWOOD | NJ | 07631 | | 201-735-0388 | | acel.joseph@zegna.com |
| FACEBOOK INC | ATTN: KARIN TRACY - US HEAD OF INDUSTRY | 1601 S CALIFORNIA AVENUE | | | PALO ALTO | CA | 94304-1111 | | 646-745-6871 | | karint@fb.com |
| FERRAGAMO USA INC | | 663 FIFTTH AVENUE | | | NEW YORK | NY | 10022 | | 212-838-9470 212-759-3822 | 212-751-9111 | |
| FERRAGAMO USA INC | ATTN: FRANK TORRENT - VP CONTROLLER | 700 CASTLE ROAD | | | SECAUCUS | NJ | 07094 | | 201-553-6139 973-931-8187 | | frank.torrent@ferragamo.com |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | STATE OF FLORIDA | THE CAPITOL PL-01 | | TALLAHASSEE | FL | 32399 | | 850-414-3300 | 850-488-4483 | |
| FORT BEND COUNTY & HARRIS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| FRAME DENIM | ATTN: BRITTANY MILLER - SENIOR ACCOUNT EXECUTIVE | 3578 HAYDEN AVE | STE N1 | | CULVER CITY | CA | 90232-2486 | | 646-494-9618 310-507-7888 | | brittany.miller@frame-brand.com |
| FURLA USA INC., MARCO BICEGO INC., & MONCLER USA INC. | C/O MORRISON COHEN LLP | ATTN: JOSEPH T. MOLDOVAN, ESQ. & DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | NEW YORK | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | | 404-656-3300 | 404-657-8733 | |
| GIORGIO ARMANI (CONSIGN) | | 450 W 15TH ST | SUITE 3 | | NEW YORK | NY | 10011-7097 | | 212-209-3500 | | |
| GIORGIO ARMANI (CONSIGN) | ATTN: ERIC SILVERMAN - SENIOR DIRECTOR OF CREDIT & TREASURY | 99 PARK AVENUE | | | NEW YORK | NY | 10016 | | 212-209-3551 917-287-9930 | | esilverman@giorgioarmani.com |
| GIVENCHY CORP | | ACCOUNT 5800356080 | 6418 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 | | | | |
| GIVENCHY CORP | ATTN: MENDY HUANG | 19 E 57TH STREET | | | NEW YORK | NY | 10022 | | 646-346-7616 917-209-1949 | | mendy.huang@lvmhfashion.com |
| GORSKI GROUP, LTD. | C/O OLSHAN FROME WOLOSKY LLP | ATTN: ADAM H. FRIEDMAN & JONATHAN T. KOEVARY | 1325 AVENUE OF AMERICAS | | NEW YORK | NY | 10019 | | 212-451-2300 | 212-451-2222 | afriedman@olshanlaw.com jkoevary@olshanlaw.com |
| GUCCI AMERICA | ATTN: DANIEL BYRNES | 50 HARTZ WAY | | | SECAUCUS | NJ | 07094 | | 201-553-6926 877-482-2430 | 0039-055-75922305 | daniel.byrnes@kering.com clientservice-europe@it.gucci.com |
| HAWAII DEPARTMENT OF THE ATTORNEY GENERAL | | 425 QUEEN STREET | | | HONOLULU | HI | 96813 | | 808-586-1500 | 808-586-1239 | |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W. JEFFERSON ST | SUITE 210 | | BOISE | ID | 83720 | | 208-334-2400 | 208-334-4151 | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | JAMES R. THOMPSON CENTER | 100 W. RANDOLPH ST | | CHICAGO | IL | 60601 | | 312-814-3000 | | |
| INDEPENDENT MANAGERS OF NEIMAN MARCUS GROUP LTD LLC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: BRIAN S. LENNON | 787 SEVENTH AVENUE | | NEW YORK | NY | 10019 | | 212-728-8000 | 212-728-8111 | blennon@willkie.com |
| INDEPENDENT MANAGERS OF NEIMAN MARCUS GROUP LTD LLC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: JENNIFER J. HARDY | 600 TRAVIS STREET | | HOUSTON | TX | 77002 | | 713-510-1700 | 713-510-1799 | jhardy2@willkie.com |
| INDIANA ATTORNEY GENERAL'S OFFICE | | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | | 317-232-6201 | 317-232-7979 | |
| INTERNAL REVENUE SERVICE | | DEPARTMENT OF TREASURY | | | OGDEN | UT | 84201-0045 | | | | |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST. | | | PHILADELPHIA | PA | 19104-5016 | | | | |
| INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | | | | |
| INTERNAL REVENUE SERVICE | HOUSTON DIVISION | 1919 SMITH STREET | | | HOUSTON | TX | 77002 | | | | |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E. WALNUT STREET | ROOM 109 | DES MOINES | IA | 50319 | | 515-281-5164 | 515-281-4209 | |
| J. SCOTT DOUGLAS | | 1811 BERING DR | SUITE 420 | | HOUSTON | TX | 77057 | | 713-227-7492 | 713-227-7497 | jsd@aol.com |
| JIMMY CHOO | | 10 HOWICK PLACE | | | LONDON | | SW1P 1GW | UNITED KINGDOM | 44-800-044-3221 | | |
| JIMMY CHOO | ATTN: KADRI MERILA - CREDIT MANAGER | 750 LEXINGTON AVENUE | 22ND FLOOR | | NEW YORK | NY | 10022 | | 44-0-20-7947-5960 | | kadri.merila@jimmychoo.com |
| JOHNNY WAS | | 2423 E 23RD STREET | | | LOS ANGELES | CA | 90058 | | 866-942-8806 | | info@johnnywas.com |
| JOHNNY WAS | ATTN: MARCELINO ENERO | 250 W 39TH STREET | SUITE 702 | | NEW YORK | NY | 10018 | | 323-582-1005 x111 | | marcelino@johnnywas.com |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 | | 785-296-2215 | 785-296-6296 | |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | | CAPITOL BUILDING | 700 CAPITOL AVE | SUITE 118 | FRANKFORT | KY | 40601 | | 502-696-5300 | | |

In re: Neiman Marcus Group LTD LLC, et al.
Case No. 20-32519 (DRJ)

For assistance, please contact Stretto by emailing TeamNMG@Stretto.com or by calling 877.670.2127 (toll-free).

Page 2 of 4



**Master Service List**
As of May 8, 2020

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Telephone | Fax Number | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KERING AMERICAS, INC. AND EACH OF ITS AFFILIATED BRANDS & LVMH MOËT HENNESSY LOUIS VUITTON INC. AND CERTAIN OF ITS AFFILIATED BRANDS & RICHEMONT NORTH AMERICA, INC. AND EACH OF ITS AFFILIATED BRANDS & DAVID YURMAN ENTERPRISES LLC | C/O MCKOOL SMITH P.C. | ATTN: JOHN J. SPARACINO & VERONICA F. MANNING | 600 TRAVIS ST | SUITE 7000 | HOUSTON | TX | 77002 | | 713-485-7300 | 713-485-7344 | jsparacino@mckoolsmith.com; vmanning@mckoolsmith.com |
| KERING AMERICAS, INC. AND EACH OF ITS AFFILIATED BRANDS & LVMH MOËT HENNESSY LOUIS VUITTON INC. AND CERTAIN OF ITS AFFILIATED BRANDS & RICHEMONT NORTH AMERICA, INC. AND EACH OF ITS AFFILIATED BRANDS & DAVID YURMAN ENTERPRISES LLC | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & ANDREW S. RICHMOND | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 | | 212-421-4100 | | slieberman@pryorcashman.com; arichmond@pryorcashman.com |
| LA MER | | HINRICH-WILHELM-KOPF-STRASSE 3 | | | CUXHAVEN | | 27478 | GERMANY | 49-0-4723-79-00-79 | 49-0-4723-79-00-66 | kundenbetreuung@la-mer.com |
| LA MER | ATTN: MANDI LOIACONO | 7 CORPORATE CENTER DRIVE | | | MELVILLE | NY | 11747 | | 631-847-8445 | | mloiacon@estee.com |
| LA PRAIRIE INC | | 680 5TH AVENUE | | | NEW YORK | NY | 10019 | | 212-506-0804 | | |
| LA PRAIRIE INC | ATTN: THERESA CHIN | 30 ETHEL ROAD | | | EDISON | NJ | 08817 | | 212-506-0875 | | theresa.chin@laprairie.com |
| LAFAYETTE 148 INC | ATTN: SYLVIA HUANG | 141 FLUSHING AVENUE | BUILDING 77 | 14TH FLOOR | BROOKLYN | NY | 11205 | | 646-922-1711 | | sylvia.huang@lafayette148.com |
| LANA AND NATHANIEL GREY D/B/A LOMDEN ESTATE AND LOMDEN DISTRIBUTIONS, INC. | C/O BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ | ATTN: SUSAN C. MATHEWS | 1301 MCKINNEY ST. | SUITE 3700 | HOUSTON | TX | 77010 | | 713-650-9700 | 713-650-9701 | smathews@bakerdonelson.com |
| LANA UNLIMITED, CO. | C/O HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER & NATHAN E. DELMAN | 500 WEST MADISON STREET | SUITE 3700 | CHICAGO | IL | 60661 | | 312-606-3200 | 312-606-3232 | |
| LOUIS VUITTON USA INC. | C/O BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN: NATHAN Q. RUGG | 200 WEST MADISON STREET | SUITE 3900 | CHICAGO | IL | 60606 | | 312-984-3100 | 312-984-3150 | nathan.rugg@bfkn.com |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | | 1885 N. THIRD ST | | | BATON ROUGE | LA | 70802 | | 225-326-6000 | 225-326-6499 | |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | | 207-626-8800 | | |
| MANOLO BLAHNIK AMERICAS LLC | | 31 W 54TH ST | | | NEW YORK | NY | 10019 | | 212-582-3007 | | |
| MANOLO BLAHNIK AMERICAS LLC | ATTN: SUNNY PAK | 880 THIRD AVENUE | 13TH FLOOR | | NEW YORK | NY | 10022 | | 917-846-2778 | | sunny.pak@manoloblahnik.com |
| MARBLE RIDGE CAPITAL LP & MARBLE RIDGE MASTER FUND LP | C/O BROWN RUDNICK LLP | ATTN: EDWARD S. WEISFELNER & SIGMUND S. WISSNER-GROSS & JESSICA N. MEYERS & UCHECHI EGEONUIGWE | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | | 212-209-4800 | 212-209-4801 | eweisfelner@brownrudnick.com; swissner-gross@brownrudnick.com; jmeyers@brownrudnick.com; uegeonuigwe@brownrudnick.com |
| MARGOT MCKINNEY JEWELLERY, MACEOO LLC, PICCHIOTTI S.R.L., SABOO FINE JEWELS, & SOBE LUXURY SERVICES LLC D/B/A GISMONDI 1754 S.P.A. | C/O GODWIN BOWMAN PC | ATTN: SIDNEY H. SCHEINBERG & RILEY F. TUNNELL | 1201 ELM STREET | SUITE 1700 | DALLAS | TX | 75270 | | 214-939-4501 | 214-527-3116 | sscheinberg@godwinbowman.com |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PL | | | BALTIMORE | MD | 21202 | | 410-576-6300 | | oag@oag.state.md.us |
| MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL | | 1 ASHBURTON PLACE | 20TH FLOOR | | BOSTON | MA | 02108 | | 302-577-8400 | 508-795-1991 | |
| MICHIGAN DEPARTMENT OF THE ATTORNEY GENERAL | | G. MENNEN WILLIAMS BUILDING | 525 W OTTAWA ST | 7TH FLOOR | LANSING | MI | 48933 | | 517-373-1110 | 517-335-7644 | miag@michigan.gov |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 | | 651-296-3353 | | attorney.general@ag.state.mn.us. |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST | SUITE 1200 | JACKSON | MS | 39201 | | 601-359-3680 | | |
| MISSOURI ATTORNEY GENERAL'S OFFICE | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | | 573-751-3321 | 573-751-0774 | |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | 215 N. SANDERS | JUSTICE BUILDING | 3RD FLOOR | HELENA | MT | 59601 | | 406-444-2026 | | |
| MONUMENT CONSULTING | ATTN: SCOTT STEARMAN - MANAGER OPERATIONS | 1800 SUMMIT AVENUE | | | RICHMOND | VA | 23230 | | 804-572-1388 | | scott.stearman@monumentconsulting.com |
| MUDRICK CAPITAL MANAGEMENT, L.P. | C/O GIBSON, DUNN & CRUTCHER LLP | ATTN: MICHAEL A. ROSENTHAL | 811 MAIN STREET | SUITE 3000 | HOUSTON | TX | 77002-6117 | | 346-718-6600 | | mrosenthal@gibsondunn.com |
| MUDRICK CAPITAL MANAGEMENT, L.P. | C/O GIBSON, DUNN & CRUTCHER LLP | ATTN: MITCHELL A. KARLAN, DAVID M. FELDMAN, KEITH R. MARTORANA, & JONATHAN D. FORTNEY | 200 PARK AVENUE | | NEW YORK | NY | 10166-0193 | | 212-351-4000 | | mkarlan@gibsondunn.com; dfeldman@gibsondunn.com; kmartorana@gibsondunn.com; jfortney@gibsondunn.com |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | | 402-471-2683 | 402-471-3297 | |
| NEIMAN MARCUS GROUP LTD LLC ET AL. | ATTN: OFFICERS AND DIRECTORS | ONE MARCUS SQUARE | 1618 MAIN STREET | | DALLAS | TX | 75201 | | | | |
| NEIMAN MARCUS GROUP LTD LLC ET AL. | C/O JACKSON WALKER LLP | ATTN: MATTHEW D. CAVENAUGH & JENNIFER F. WERTZ & KRISTHY M. PEGUERO & VERONICA A. POLNICK | 1401 MCKINNEY STREET, SUITE 1900 | | HOUSTON | TX | 77010 | | 713-752-4200 | 713-752-4221 | mcavenaugh@jw.com; jwertz@jw.com; kpeguero@jw.com; vpolnick@jw.com |
| NEIMAN MARCUS GROUP LTD LLC ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: ANUP SATHY & CHAD J. HUSNICK | 300 NORTH LASALLE STREET | | CHICAGO | IL | 60654 | | 312-862-2000 | 312-862-2200 | anup.sathy@kirkland.com; chad.husnick@kirkland.com |
| NEIMAN MARCUS GROUP LTD LLC ET AL. | C/O KIRKLAND & ELLIS LLP | ATTN: MATTHEW C. FAGEN | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | | 212-446-4800 | 212-446-4900 | matthew.fagen@kirkland.com |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | | 775-684-1100 | 775-684-1108 | |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST. | | CONCORD | NH | 03301 | | 603-271-3658 | 603-271-2110 | |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST, WEST WING | 8TH FLOOR | TRENTON | NJ | 08611 | | 609-292-8740 | 609-292-3508 | |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | 408 GALISTEO STREET | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | | 505-490-4060 | 505-490-4883 | |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL | | | ALBANY | NY | 12224 | | 518-474-7330 | | |
| NORTH CAROLINA ATTORNEY GENERAL'S OFFICE | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | | 919-716-6400 | 919-716-6750 | |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | STATE CAPITOL, 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 | | 701-328-2210 | | ndag@nd.gov |
| NORTHPARK PARTNERS LP | | PO BOX 226864 | | | DALLAS | TX | 75222-6864 | | | | |
| NORTHPARK PARTNERS LP | ATTN: JERRI KEPLEY | 8080 NORTH CENTRAL EXPRESSWAY SUITE 1100 | | | DALLAS | TX | 75206 | | 214-369-1234 | | jtanzola@northparkcntr.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: JASON B. BINFORD & ABIGAIL R. RYAN, ASSISTANT ATTORNEYS GENERAL | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 - MC 008 | | AUSTIN | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | jason.binford@oag.texas.gov; abigail.ryan@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF THE DISTRICT OF COLUMBIA | | 441 4TH ST NW | SUITE 1100 | | WASHINGTON | DC | 20001 | | 202-727-3400 | 202-347-8922 | oag@dc.gov |
| OFFICE OF THE U.S. TRUSTEE | | 515 RUSK STREET | SUITYE 3516 | | HOUSTON | TX | 77002 | | 713-718-4650 | 713-718-4670 | |
| OHIO ATTORNEY GENERAL'S OFFICE | | STATE OFFICE TOWER | 30 E BROAD ST | 14TH FLOOR | COLUMBUS | OH | 43215 | | 614-466-4986 | | |
| OKLAHOMAOFFICE OF THE ATTORNEY GENERAL | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | | 405-521-3921 | 405-521-6246 | |
| OREGON DEPARTMENT OF JUSTICE | | 1162 COURT ST NE | | | SALEM | OR | 97301 | | 503-378-4400 | | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALICE BELISLE EATON & ANDREW ROSENBERG | 1285 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10019-6064 | | 212-373-3125; 212-373-3158 | 212-492-0125; 212-492-0158 | aeaton@paulweiss.com; arosenberg@paulweiss.com |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE | 16TH FLOOR | | HARRISBURG | PA | 17120 | | 717-787-3391 | 717-787-8242 | |
| PRADA USA CORP MIU MIU | ATTN: AIMEE NSANG | 609 W 52ND STREET | 4TH FLOOR | | NEW YORK | NY | 10019 | | 212-307-9300 x21280 | | aimee.nsang@prada.com |
| RAG & BONE INDUSTRIES LLC | | 425 W 13TH ST | FLOOR 3 | | NEW YORK | NY | 10014 | | 212-278-8214 | | |
| RAG & BONE INDUSTRIES LLC | ATTN: JENNY VALENCIA | 1000 CASTLE ROAD | | | SECAUCUS | NJ | 07094 | | 646-564-5417 | | jenny.valencia@rag-bone.com |
| RAKUTEN MARKETING LLC | | PO BOX 415613 | | | BOSTON | MA | 02241-5613 | | | | |
| RAKUTEN MARKETING LLC | ATTN: TERESA MANGIATERRA - SENIOR ANALYST, ACCOUNTS RECEIVABLE | 215 PARK AVE SOUTH | 9TH FLOOR | | NEW YORK | NY | 10003 | | 801-308-7739 | | teresa.mangiaterra@rakuten.com |

In re: Neiman Marcus Group LTD LLC, et al.
Case No. 20-32519 (DRJ)

For assistance, please contact Stretto by emailing TeamNMG@Stretto.com or by calling 877.670.2127 (toll-free)

Page 3 of 4



**Master Service List**
As of May 8, 2020

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Telephone | Fax Number | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RALPH LAUREN | | 335 NEW COMMERCE BLVD | HANOVER INDUSTRIAL ESTATES | | WILKES BARRE | PA | 18706 | | | | |
| RALPH LAUREN | | 88295 EXPEDITE WAY | | | CHICAGO | IL | 60695 | | | | |
| RALPH LAUREN | ATTN: DONNA RIGGS - SR ACCOUNT ANALYST | 201 PENDLETON STREET | | | HIGH POINT | NC | 27260 | | 888-674-8528 x4387 | | driggs@ralphlauren-ar.com |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 02903 | | 401-274-4400 | | |
| RTB HOUSE INC | C/O AVITUS GROUP ACCTG SVCS DEPT | ATTN: ERIN GONZALEZ - ACCOUNTING MANAGER | PO BOX 2506 | | BILLINGS | MT | 59103 | | 516-398-7623 | | erin.gonzalez@rtbhouse.com |
| SECURITIES AND EXCHANGE COMMISSION | | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | | | | |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY ST | SUITE 400 | NEW YORK | NY | 10281-1022 | | | | |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER | 225 WEST WASHINGTON STREET | | | INDIANAPOLIS | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com |
| SISLEY COSMETICS USA INC | ATTN: KENDRA CORDEIRO - AR SPECIALIST | 7 RENAISSANCE SQUARE | FLOOR 3 | | WHITE PLAINS | NY | 10601 | | 203-231-9744 855-747-2948 | | kendra.cordeiro@sisley.fr |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST | ROOM 519 | COLUMBIA | SC | 29201 | | 803-734-3970 | | |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 1302 E HIGHWAY 14 | SUITE 1 | | PIERRE | SD | 57501 | | 605-773-3215 | 605-773-4106 | |
| STUART WEITZMAN INC | | 10 HUDSN YARDS | FLOOR 18 | | NEW YORK | NY | 10001 | | | | |
| STUART WEITZMAN INC | | 2400 E COMMERCIAL BLVD 506 | | | FT LAUDERDALE | FL | 33308 | | 201-804-5000 | | cpeck@tapestry.com |
| STUART WEITZMAN INC | ATTN: CHRISTINE PECK - DIRECTOR OF AR | | | | | | | | | | |
| TARRANT COUNTY & DALLAS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | 2777 N STEMMONS FREEWAY | SUITE 1000 | DALLAS | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| TATA CONSULTANCY SERVICES LTD | | NIRMAL BLDG 9TH FLOOR | NARIMAN POINT | | MUMBAI | | 400021 | INDIA | | | |
| TATA CONSULTANCY SERVICES LTD | ATTN: KALPANA SUBRAMANIAN | 379 THORNALL STREET | | | EDISTON | NJ | 08837 | | 904-238-4681 | | s.kalpana@tcs.com |
| TAUBMAN LANDLORDS | ATTN: ANDREW S. CONWAY, ESQ. | 200 EAST LONG LAKE ROAD | SUITE 300 | | BLOOMFIELD HILLS | MI | 48304 | | | | aconway@taubman.com |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | 301 6TH AVE N | | | NASHVILLE | TN | 37243 | | 615-741-3491 | 615-741-2009 | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | 300 W. 15TH ST | | | AUSTIN | TX | 78701 | | 512-463-2100 | | |
| THE COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS | ATTN: COURTNEY J. HULL, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS DIVISION MC 008 | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | | 512-475-4862 | 512-936-1409 | courtney.hull@oag.texas.gov |
| THE ROW | ATTN: JAN KAPLAN - TREASURY MANAGER | 609 GREENWICH ST 3RD FLOOR | | | NEW YORK | NY | 10014 | | 646-358-3888 x1872 | | jan.kaplan@therow.com |
| THEORY LLC | | 38 GANSEVOORT STREET | | | NEW YORK | NY | 10014 | | 877-242-3317 | | |
| THEORY LLC | ATTN: LIEU LA | 165 POLITO AVENUE | | | LYNDHURST | NJ | 07071 | | 201-728-5765 | | lieu.la@theory.com |
| TOM FORD BEAUTY | ATTN: ACEL JOSEPH | 845 MADISON AVENUE | | | NEW YORK | NY | 10021 | | 212-369-0300 | 212-359-0301 | assistance@tomfordinternational.com |
| TOM FORD BEAUTY | | 7 CORPORATE CENTER DRIVE | | | MELVILLE | NY | 11747 | | 201-735-0388 | | acel.joseph@zegna.com |
| TORY BURCH - TORY BY TRB | ATTN: TRANLY LY | TORY BURCH COPORATE OFFICES & SHOWROOM | 11 W 19TH STREET | 7TH FLOOR | NEW YORK | NY | 10011 | | 201-549-9832 212-683-2323 | | tly@toryburch.com |
| TPG SPECIALTY LENDING, INC. | C/O JONES WALKER, LLP | ATTN: JOSEPH E. BAIN | 811 MAIN ST | SUITE 2900 | HOUSTON | TX | 77002 | | 713-437-1800 | 713-437-1801 | jbain@joneswalker.com |
| TPG SPECIALTY LENDING, INC. | C/O SCHULTE ROTH & ZABEL | ATTN: ADAM C. HARRIS, ABBEY WALSH, & G. SCOTT LEONARD | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | | 212-756-2000 | 212-593-5955 | adam.harris@srz.com abbey.walsh@srz.com scott.leonard@srz.com |
| U.S. ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF TEXAS | 1000 LOUISIANA | SUITE 2300 | | HOUSTON | TX | 77002 | | 713-567-9000 | 713-718-3300 | usatxs.atty@usdoj.gov |
| UMB BANK, N.A. | ATTN: DAVID ELSBERG | 1290 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10104 | | | | |
| UMB BANK, N.A. AS TRUSTEE FOR THE UNSECURED NOTES | C/O HEDRICK KRING, PLLC | ATTN: JOSHUA L. HEDRICK & LAURA M. FONTAINE | 1700 PACIFIC AVENUE | SUITE 4650 | DALLAS | TX | 75201 | | 214-880-9600 | 214-481-1844 | josh@hedrickkring.com laura@hedrickkring.com |
| UMB BANK, N.A. AS TRUSTEE FOR THE UNSECURED NOTES | C/O KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: DOUGLAS H. MANNAL & RACHAEL RINGER | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | | 212-715-9100 | 212-715-8000 | dmannal@kramerlevin.com rringer@kramerlevin.com |
| UMB BANK, N.A. AS TRUSTEE FOR THE UNSECURED NOTES | C/O SELENDY & GAY PLLC | ATTN: DAVID ELSBERG & MARIA GINZBURG & MICHAEL DUKE | 1290 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | | 212-390-9000 | 212-390-9399 | delsberg@selendygay.com mduke@selendygay.com mduke@selendygay.com |
| UTAH OFFICE OF THE ATTORNEY GENERAL | | UTAH STATE CAPITOL COMPLEX | 350 NORTH STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 | | 800-244-4636 | | uag@agutah.gov |
| VERMONT ATTORNEY GENERAL'S OFFICE | | 109 STATE ST. | | | MONTPELIER | VT | 05609 | | 802-828-3171 | | ago.info@vermont.gov |
| VERONICA BEARD | | 26 W 17 STREET | SUITE 303 | | NEW YORK | NY | 10011 | | 646-350-2575 | | |
| VERONICA BEARD | | 900 SECAUCUS ROAD | | | SECAUCUS | NJ | 07094 | | | | |
| VERONICA BEARD | ATTN: MARIE JOSMA - MANAGER ACCOUNTS RECEIVABLE | 225 W 35TH STREET | 10TH FLOOR | | NEW YORK | NY | 10001 | | 646-453-7663 | | marie@veronicabeard.com |
| VERSACE USA INC | ATTN: IDA REBUENO - ACCOUNTS RECEIVABLE & CREDIT SPECIALIST | 3 COLUMBUS CIRCLE | 20TH FLOOR | | NEW YORK | NY | 10019 | | 212-545-2522 | 212-753-3710 | ida.rebueno@versaceus.com |
| VINCE | | 500 5TH AVENUE | 20TH FLOOR | | NEW YORK | NY | 10110 | | 212-515-2600 | | |
| VINCE | ATTN: AMANDA WARREN | 600 KELLWOOD PARKWAY | | | CHESTERFIELD | MO | 63017 | | | | awarren@vince.com |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N. NINTH ST. | | | RICHMOND | VA | 23219 | | 804-786-2071 | | |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: STEPHANIE MARSHAK, JOSHUA FELTMAN, DANIEL WERTMAN & MICHAEL BENN | 51 WEST 52ND STREET | | | NEW YORK | NY | 10019 | | 212-403-1001 212-403-1109 212-403-1093 212-403-1158 | 212-403-2001 212-403-2109 212-403-2093 212-403-2158 | samarshak@wlrk.com jafeltman@wlrk.com djwertman@wlrk.com msbenn@wlrk.com |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 | | 206-464-6684 | | |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | STATE CAPITOL, 1900 KANAWHA BLVD E | BUILDING 1 RM E-26 | | CHARLESTON | WV | 25305 | | 304-558-2021 | 304-558-0140 | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE 8.750% THIRD LIEN SENIOR SECURED NOTES DUE 2024 AND THE 8.000% THIRD LIEN SENIOR SECURED NOTES DUE 2024 | C/O REED SMITH LLP | ATTN: KURT F. GWYNNE & KATELIN A. MORALES | 1201 MARKET STREET, SUITE 1500 | | WILMINGTON | DE | 19801 | | 302-778-7500 | 302-778-7575 | kgwynne@reedsmith.com jangelo@reedsmith.com |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE 8.750% THIRD LIEN SENIOR SECURED NOTES DUE 2024 AND THE 8.000% THIRD LIEN SENIOR SECURED NOTES DUE 2024 | C/O REED SMITH LLP | ATTN: LLOYD A. LIM & RACHEL I. THOMPSON | 811 MAIN STREET, SUITE 1700 | | HOUSTON | TX | 77002-6110 | | 713-469-3800 | 713-469-3899 | llim@reedsmith.com rithompson@reedsmith.com |
| WISCONSIN ATTORNEY GENERAL'S OFFICE | | 114 E STATE CAPITOL | | | MADISON | WI | 53702 | | 608-266-1221 | 608-267-2779 | |
| WVF-PARAMOUNT 745 PROPERTY LP | C/O HAYNES AND BOONE, LLP | ATTN: KELLI S. NORFLEET | 1221 MCKINNEY STREET | SUITE 2100 | HOUSTON | TX | 77010 | | 713-547-2000 | 713-547-2600 | kelli.norfleet@haynesboone.com |
| WVF-PARAMOUNT 745 PROPERTY, LP | C/O ROSENBERG & ESTIS, PC | ATTN: JACK ROSE | 733 THIRD AVENUE | | NEW YORK | NY | 10017 | | 212-551-8403 | 212-655-3066 | jrose@rosenbergestis.com |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | | KENDRICK BUILDING | 2320 CAPITOL AVE | | CHEYENNE | WY | 82002 | | 307-777-7841 | 307-777-6869 | |
| YVES SAINT LAURENT AMERICA INC | | 3 E 57TH STREET LOBBY | | | NEW YORK | NY | 10022 | | 212-832-7100 | | |
| YVES SAINT LAURENT AMERICA INC | ATTN: DANIEL BYRNES | 50 HARTZ WAY | | | SECAUCUS | NJ | 07094 | | 201-553-6926 | | daniel.byrnes@kering.com |

In re: Neiman Marcus Group LTD LLC, et al.
Case No. 20-32519 (DRJ)

For assistance, please contact Stretto by emailing TeamNMG@Stretto.com or by calling 877.670.2127 (toll-free).

Page 4 of 4