**<u>EXHIBIT B</u>**
**Mendelsohn Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | ) Case No. 20-32519 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### DECLARATION OF BRUCE MENDELSOHN IN SUPPORT
### OF DEBTORS' APPLICATION TO EMPLOY AND RETAIN
### PERELLA WEINBERG PARTNERS LP AS FINANCIAL ADVISOR AND INVESTMENT
### BANKER TO THE DISINTERESTED MANAGERS OF
### NEIMAN MARCUS GROUP LTD LLC NUNC PRO TUNC TO THE PETITION DATE

I, Bruce Mendelsohn, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.      I am a Partner at Perella Weinberg Partners LP ("PWP" or the "Firm"), which has its principal office at 767 Fifth Avenue, New York, New York 10153.  PWP is part of a global financial services firm that provides corporate advisory and asset management services. I submit this Declaration in support of the application (the "Application") of Neiman Marcus Group LTD LLC and its debtor affiliates in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), as debtors and debtors in possession (collectively, the "Debtors"), for an order authorizing the

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc.  (3650); Mariposa Borrower,  Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996).  The Debtors' service address is:  One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

retention and employment of PWP as financial advisor and investment banker to the Disinterested Managers under the terms set forth in the Application.

2.      The Application seeks an order authorizing the Debtors' retention and employment of PWP as financial advisor and investment banker to the Disinterested Managers on the terms and conditions set forth in that certain amended and restated engagement letter effective as of May 7, 2020 between the Disinterested Managers, the Debtors and PWP (the "Engagement Letter"), a copy of which is attached to the Application as **Exhibit C**.

3.      I submit this Declaration in compliance with sections 327(a) and 328(a) of the Bankruptcy Code and to provide the disclosure required under Rules 2014(a) and 2016 of the Bankruptcy Rules and Rules 2014-1 and 2016-1 of the Local Rules.  Unless otherwise stated, all matters set forth in this declaration are based on my personal knowledge, my review of relevant documents, information supplied to me by other professionals at PWP, or my views, including as based upon my experience and knowledge of the Debtors' business and financial condition. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[2]

## **PWP'S QUALIFICATIONS**

4.      PWP is a financial services firm providing corporate advisory and asset management services to clients around the world, with offices in Austin, Calgary, Chicago, Denver, Houston, London, Los Angeles, Munich, New York, Paris, and San Francisco. PWP's corporate advisory practice is focused on providing clients with advice related to mergers and acquisitions and financial restructurings. PWP's mergers and acquisitions practice advises both public and private companies. Its financial restructuring practice works with companies, investors, and other parties in interest in turn-around and distressed situations.  In addition, an

---

[2]      Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at the Firm and are based on information provided by them.

affiliate of PWP has an asset management business, which offers multiple investment vehicles focused on alternative investment products.[3]

5.     PWP and its professionals have extensive experience working with financially troubled companies across a variety of industries in complex financial restructurings, both out of court and in chapter 11 cases.  Major in-court restructurings in which PWP has been involved include: *In re Bristow Group, Inc.*, Case No. 19-32713 (DRJ) (Bankr. S.D. Tex.); *In re Halcón Resources Corporation*, Case No. 19-34446 (DRJ) (Bankr. S.D. Tex.); *In re Fieldwood Energy LLC*, Case No. 18-30648 (DRJ) (Bankr. S.D. Tex.); *In re Seadrill Limited*, Case No. 17-60079 (DRJ) (Bankr. S.D. Tex.); *In re CARBO Ceramics Inc.*, Case No. 20-31973 (MI) (Bankr. S.D. Tex.); *In re Alta Mesa Resources, Inc.*, Case No. 19-35133 (MI) (Bankr. S.D. Tex.); *In re Approach Resources Inc.*, Case No. 19-36444 (MI) (Bankr. S.D. Tex.); *In re Legacy Reserves Inc.*, Case No. 19-33395 (MI) (Bankr. S.D. Tex.); *In re Hexion Holdings LLC*, Case No. 19-10684 (KG) (Bankr. D. Del.); *In re Windstream Holdings, Inc.*, Case No. 19-22312 (RDD) (Bankr. S.D.N.Y.); *In re PG&E Corporation and Pacific Gas and Electric Company*, Case No. 19-30088 (DM) (Bankr. N.D. Cal.); *In re iHeartMedia, Inc.*, Case No. 18-31274 (MI) (Bankr. S.D. Tex.); *In re Gastar Exploration Inc.*, Case No. 18-36057 (MI) (Bankr. S.D. Tex.); *In re EV Energy Partners, L.P.*, Case No. 18-10814 (CSS) (Bankr. D. Del.); *In re Memorial Production Partners LP*, Case No. 17-30262 (MI) (Bankr. S.D. Tex.); *In re Pacific Drilling S.A.*, Case No. 17-13193 (MEW) (Bankr. S.D.N.Y.); *In re Ocean Rig UDW Inc.*, Case No. 17-10736 (MG) (Bankr. S.D.N.Y.); *In re Bonanza Creek Energy, Inc.*, Case No. 17-10015 (KJC) (Bankr. D. Del); *In re Breitburn Energy Partners LP*, Case No. 16-11390 (SMB) (Bankr. S.D.N.Y.); *In re Chaparral Energy, Inc.*, Case No. 16-11144 (LSS) (Bankr. D. Del.); *In re Stone Energy Corp.*,

---

[3]     As will be described below, PWP has comprehensive Information Barriers Policies (as defined below) to prevent the sharing of material non-public, confidential and proprietary information between the advisory services and asset management practices.

Case No. 16-36390 (MI) (Bankr. S.D. Tex.); *In re Atlas Resource Partners, L.P.,* Case No. 16-12149 (SHL) (Bankr. S.D.N.Y); and *In re Pacific Sunwear of California, Inc.*, Case No. 16-10882 (LSS) (Bankr. D. Del.).  PWP has also been involved with the Title III case, *In re The Financial Oversight and Management Board for Puerto Rico*, Case No. 17-03283 (D.P.R.).  In addition, PWP's professionals have provided services in connection with the out-of-court restructurings of numerous companies, including Algeco Group; Blackhawk Mining; California Resources Corporation; Danaos Corporation; International Automotive Components Group; Key Energy Services; Medical Depot Holdings; Pernix Therapeutics; ProServ; Savers; Sprint Industrial Holdings; and WeWork Companies.

6.      On May 7, 2020, the Disinterested Managers employed PWP to provide assistance and financial counsel to the Disinterested Managers in connection with these cases. The Disinterested Managers have been delegated broad authority to act on behalf of NMG LTD in these cases with respect to matters ("Conflict Matters") in which a conflict exists between NMG LTD and its shareholders and affiliates or its managers, directors and officers, including authority to investigate claims that NMG LTD may possess and bind NMG LTD with respect to such matters.  Since its engagement, PWP has assisted the Disinterested Managers in an investigation into certain prepetition transactions of the Debtors relating to the Debtors' non-debtor affiliate, MyTheresa.

7.      PWP believes that the resources, capabilities, and experience of the Firm will be instrumental in assisting the Disinterested Managers in fulfilling their fiduciary duties to the Debtors and these estates, including with respect to the Conflict Matters.

### SCOPE OF PWP'S SERVICES

8.      As stated in the Engagement Letter, subject to the Court's approval, the Disinterested Managers have retained Willkie Farr & Gallagher and PWP to represent them in

- 4 -

matters in which a conflict exists or may exist between NMG LTD and its shareholders and affiliates or its managers, directors and officers. As of the Petition Date, the Disinterested Managers have requested PWP to investigate any and all causes of action that NMG LTD and its subsidiaries may have against entities related to the Debtors, non-debtor parent, Neiman Marcus Group, Inc. and the Debtors' private equity sponsors, including potential claims related to the entities commonly referred to as MyTheresa:

  (i)  *General Financial Advisory and Investment Banking Services*.

    (a)  Continue to become familiar with the business, operations, properties, financial condition and prospects of the Debtors;

    (b)  review the Debtors' financial condition and outlook;

    (c)  assist in reviewing financial data and prepare presentations to the Disinterested Managers;

    (d)  attend meetings of the Debtors' board and board committees with respect to matters on which we have been engaged to advise the Disinterested Managers; and

    (e)  provide such other advisory services as are customarily provided in connection with the analysis of any of the transactions contemplated by the Engagement Letter, as requested and mutually agreed.

  (ii)  *Restructuring Services*.

    To the extent requested by the Disinterested Managers, PWP will:

    (a)  analyze various Restructuring[4] scenarios and the potential impact of these scenarios on the value of the Debtors, and the recoveries of those stakeholders impacted by the Restructuring;

    (b)  provide the Disinterested Managers with strategic advice regarding restructuring or refinancing the Debtors' obligations;

---

[4] "Restructuring" means any recapitalization, modification or restructuring of the Company's equity and/or debt securities and/or other indebtedness, obligations or liabilities (including partnership interests, lease obligations, trade credit facilities and/or contract or tort obligations), including pursuant to any repurchase, exchange, conversion, cancellation, forgiveness, retirement, plan, solicitation of consents, waivers, acceptances, authorizations and/or a modification or amendment to the terms, conditions or covenants thereof.

(c)     at the direction of the Disinterested Managers, assist the Debtors and/or participate in negotiations with entities or groups affected by the Restructuring;

(d)     at the direction of the Disinterested Managers, continue to evaluate the Debtors' 2017 designation of MyTheresa and 2018 transfer of MyTheresa, analyze any causes of action related thereto, and assist in any litigation or negotiation of any settlement discussions related to the transfer;

(e)     assist the Disinterested Managers in the investigation and evaluation of any causes of action that may exist related to Neiman Marcus Group LTD LLC or the Debtors as a whole; and

(f)     provide testimony, as necessary, with respect to matters on which we have been engaged.

## NO DUPLICATION OF SERVICES

9.      Because PWP will assist the Disinterested Managers with their work in their capacity as such, PWP's work will not duplicate the work performed by the Debtors' professionals.

## PROFESSIONAL COMPENSATION

10.     Investment bankers such as PWP do not customarily charge for their services on an hourly basis. Instead, they charge a monthly advisory fee plus additional fees contingent on the occurrence of specified transactions or events.   The Engagement Letter follows this fee structure and provides that PWP will be compensated for its services as follows:[5]

| Financial Advisory Fee | A monthly financial advisory fee of $150,000 payable in advance on each monthly anniversary of the effective date of the Engagement Letter; provided that, beginning on the seven month anniversary of the effective date of the Engagement Letter, 50% will be credited against the Restructuring Fee described below. |
|---|---|
| Restructuring Fee | A restructuring fee in the amount of $3,000,000, payable promptly upon consummation of a Restructuring. |

---

[5]     To the extent there is any inconsistency between the summary of the fee and expense structure set forth in this Declaration and the fee and expense structure described in the Engagement Letter, the terms of the Engagement Letter shall control. Capitalized terms used but not defined in this summary of the fee and expense structure set forth herein have the respective meanings ascribed to them in the Engagement Letter.

11.     The Engagement Letter also provides that, in addition to PWP's fees for professional services, the Debtors will reimburse PWP for its reasonable out-of-pocket expenses, including the fees and expenses of its legal counsel, arising in connection with any matter referred to in the Engagement Letter. PWP expenses reimbursable by Debtors, other than any legal fees, shall not exceed $50,000 without the prior written consent of the Disinterested Managers and the Debtors, not to be unreasonably withheld; provided, that such limitation on expense reimbursement shall not apply to the Debtors' indemnification obligations under the Engagement Letter (as further discussed below).

12.     The initial engagement letter among PWP, the Debtors and the Disinterested Managers included a Restructuring Fee of $4,500,000.  Prior to the filing of the Application, the Disinterested Managers approached PWP requesting a reduction in the Restructuring Fee. Following negotiations, PWP and the Disinterested Managers agreed to reduce the Restructuring Fee to $3,000,000, which was memorialized in the Engagement Letter.

## TIMEKEEPING OBLIGATIONS OF PWP

13.     It is not the general practice of investment banking firms—including PWP—to keep detailed time records similar to those customarily kept by attorneys.  PWP does not ordinarily maintain contemporaneous time records in tenth-hour increments or provide or conform to a schedule of hourly rates for its professionals.

14.     PWP, therefore, respectfully requests that, notwithstanding anything to the contrary in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, other applicable orders of this Court, or any other guidelines regarding the submission and approval of fee applications, PWP be excused from complying with any such requirements in connection with the services to be rendered pursuant to the Engagement Letter.

15.     Notwithstanding the foregoing, PWP will apply to the Court for the allowance of compensation for services rendered and reimbursement of expenses incurred.  Such applications will include time records setting forth, in summary format, a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Disinterested Managers in one-half (.5) hour increments. PWP will also maintain detailed records of any actual and necessary costs and expenses incurred in connection with the services discussed above.  PWP's applications for compensation and expenses will be paid by the Debtors pursuant to the terms of the Engagement Letter in accordance with any related procedures established by the Court.

## INDEMNIFICATION OF PWP

16.     As a material part of the consideration for which PWP has agreed to provide the services described herein, Annex A to the Engagement Letter provides for certain indemnification obligations to PWP and its affiliates, and each of their respective directors, officers, members, partners, employees, agents, or controlling persons, if any, (each, including PWP, an "Indemnified Person") from and against any losses, claims, damages, liabilities, or expenses related to, arising out of, or in connection with PWP's engagement or any matter referred to in the Engagement Letter, and the Debtors have agreed to reimburse each Indemnified Person for all reasonable, out-of-pocket expenses (including fees, charges and disbursements of counsel) as they are incurred in connection with investigating, preparing, pursuing or defending any action, claim, proceeding, or investigation related to, arising out of, or in connection with the engagement, whether or not pending or threatened and whether or not any Indemnified Person is a party; provided, however, that the Debtors and the Disinterested Managers will not be responsible for any losses, claims, damages, liabilities or expenses that are finally judicially determined to have resulted from the fraud, bad faith, gross negligence or willful misconduct of

any Indemnified Person.[6]    Annex A to the Engagement Letter further provides that no Indemnified Person will have any liability (whether direct or indirect, in contract or tort or otherwise) to the Disinterested Managers or the Debtors, their securityholders or creditors related to, arising out of or in connection with the engagement, except to the extent that any loss, claim, damage, or liability is finally judicially determined to have resulted from the fraud, bad faith, gross negligence or willful misconduct of such Indemnified Person.  If indemnification is for any reason held unenforceable or is otherwise unavailable to an Indemnified Person (other than due to an Indemnified Person's fraud, bad faith, willful misconduct or gross negligence), then, in lieu of indemnification, the Debtors will contribute to the loss, claim, damage, liability or expense for which such indemnification is held unenforceable in such proportion as is appropriate to reflect the relative benefits received or sought to be received by the Debtors, their securityholders and creditors on the one hand and the Indemnified Person on the other hand in matters contemplated in the engagement as well as the relative fault of the Debtors, their securityholders and creditors on the one hand and the Indemnified Person on the other hand, with respect to such loss, claim, damage, liability or expense and any other relevant equitable considerations; provided, however, that in no event will an Indemnified Person's aggregate contribution exceed the aggregate fees actually received by PWP under the Engagement Letter.[7]

17.    The obligations of the Disinterested Managers and the Debtors set forth in Annex A to the Engagement Letter apply to any services provided by PWP in connection with the engagement prior to the date of the Engagement Letter.  Additionally, the terms of the

---

[6]    To the extent there is any inconsistency between the summary of the indemnification, contribution, or exculpation provisions set forth in this Declaration and the indemnification, contribution, or exculpation provisions set forth in Annex A to the Engagement Letter, the terms of Annex A to the Engagement Letter shall control.

[7]    The Engagement Letter defines relative benefits in the proportion of (i) the fees paid or to be paid to PWP in connection with the engagement and (ii) the total value of a transaction under the Engagement Letter, whether or not any such transaction is contemplated.

indemnification, exculpation, and contribution provisions survive the completion or termination of the engagement.

18.     As described in the Application, the indemnification, exculpation, and contribution provisions set forth in the Engagement Letter are customary and reasonable terms of consideration for financial advisors and investment bankers such as PWP for engagements both out of court and in chapter 11.

### PRIOR COMPENSATION RECEIVED BY PWP FROM THE DEBTORS

19.     PWP did not receive any compensation from the Debtors within 90 days of the Petition Date.

20.     For all of the above reasons, PWP believes that the proposed retention is reasonable, customary, necessary, appropriate and in the best interests of all parties in interest in these Chapter 11 Cases.

### PWP'S DISINTERESTEDNESS

**A.     PWP's Review Protocol**

21.     The following disclosures provide a summary of the Firm's businesses and structure:

(a)     The Firm is owned by its working partners and certain outside investors (such outside investors, the "Outside Investors"). None of the Outside Investors participate in the management of, and such Outside Investors have no control over, PWP. Further, as described in more detail below, PWP's Advisory Practice (as defined below) is separate from PWP's asset management, research and sales and trading businesses, and is subject to internal information barrier policies and procedures to prevent the dissemination of material non-public, confidential and proprietary information between the Advisory Practice and such other businesses. To the best of my knowledge, none of these business relations constitute interests materially adverse to the Disinterested Managers or the Debtors in matters upon which PWP is to be engaged in these Chapter 11 Cases.

(b)     The Firm provides corporate advisory, private placement, research, sales and trading and asset management services to clients and investors around

the world (collectively, the "<u>Clients</u>").  The corporate advisory practice (the "<u>Advisory Practice</u>") provides Clients with M&A advisory services, debt advisory services, restructuring advisory services, private placement services, and underwriting, as applicable which are collectively referred to herein as the "<u>Advisory Services</u>".  The Firm does not engage in proprietary sales and trading activities.  As described more fully below, the Firm also has (i) an asset management business that offers multiple investment vehicles (the "<u>Investment Services</u>") to Clients, (ii) a research business ("<u>Research</u>") and (iii) a sales and trading business ("<u>Sales and Trading</u>").

(c)     The Firm maintains internal procedures designed to preclude the dissemination of material non-public, confidential and proprietary information from PWP's principals, partners, members, or professionals (collectively, the "<u>Professionals</u>") who are providing Advisory Services on the one hand, to Professionals providing services for the Firm's other businesses (the "<u>Confidentiality Procedures</u>").  The Confidentiality Procedures include the following protections: the Investment Services, Research and Sales and Trading business units are separate legal entities from the Advisory Services business unit that will provide services to the Disinterested Managers in these Chapter 11 Cases. No Professionals who provide services to the Disinterested Managers in these cases are or will be involved in any of the activities of the Investment Services, Research and Sales and Trading businesses. For the avoidance of doubt, since the commencement of the engagement, no Professionals who have directly provided services to the Disinterested Managers have provided services to the Investment Services, Research and Sales and Trading businesses. Perella Weinberg Partners Group LP ("<u>PWP Group</u>") is the parent company of PWP, and PWP Group's Global Policies on Use of Confidential Information (the "<u>Information Barrier Policies</u>") apply equally to each subsidiary of PWP Group, including PWP.  Pursuant to the Information Barrier Policies, PWP has established and maintains internal information barrier policies and procedures between its Advisory Practice and its other business units. All Professionals, including those advising the Disinterested Managers (i) receive training with respect to the Information Barrier Policies and are required to certify annually that they have read, understood and complied with the Information Barrier Policies; (ii) may not directly or indirectly share any material, non-public, confidential and proprietary information generated by, received from or relating to any Advisory Services Clients, including the Disinterested Managers, the Debtors or these Chapter 11 Cases, with any employees, representatives or agents solely involved in the Investment Services, Research and Sales and Trading businesses, and (iii) work in offices that are physically separated from and restricted by key card access to the Investment Services, Research and Sales and Trading business. Furthermore, PWP Group's Legal and Compliance Department regularly reviews investment, sales and trading transactions in monitoring the Information Barrier Policies and

maintains confidential records of such reviews; and periodically monitors a sampling of emails (including those of PWP Professionals advising the Disinterested Managers in these cases) for, among other things, compliance with the Information Barrier Policies. The Information Barrier Policies are designed to prevent the sharing of information between Professionals who will directly provide services to the Disinterested Managers in these Chapter 11 Cases and Professionals of the Investment Services, Research and Sales and Trading businesses. Accordingly, pursuant to U.S. securities law, no material non-public, confidential, and proprietary information concerning the Disinterested Managers or the Debtors will be used by the Firm in trading securities.

(d)     Notwithstanding the foregoing, the Professionals advising the Disinterested Managers in these cases may share information with (i) certain senior management of the Firm who, due to their duties and responsibilities, have a legitimate need to know such information such as in the case of clearing conflicts for a new matter, provided that such individuals (a) otherwise comply with the Information Barrier Policies described in the previous paragraph of this Declaration and (b) use such information solely in connection with their managerial responsibilities, (ii) regulatory and other similar authorities, and (iii) Legal, Compliance, Finance, Accounting and other shared internal control functions within PWP Group that need to know such information for purposes of carrying out their functions. Such information sharing is conducted at all times in accordance with the Information Barrier Policies which are designed to ensure that use of the information is limited to the narrowly tailored reasons for which it was shared.

(e)     In connection with Investment Services, affiliates of PWP may currently or in the future serve as general partners for and manage a number of investment vehicles (collectively, the "PWP Funds").  The investors in the PWP Funds invest as limited partners.  The limited partners in the PWP Funds will be some or all of the Outside Investors and principally unrelated third parties (and may include Parties in Interest (as defined below)), but also may include affiliates of PWP and various of its Professionals.  PWP Professionals, in the aggregate, currently hold less than 2.5% of the interests in the PWP Funds and the remaining over 97.5% is held by unrelated third parties. As described in paragraph 20(b) below, only one PWP Professional directly involved in this engagement is an investor in the PWP Funds and such Professional owns less than 0.001% of the PWP Funds. Among other things, the PWP Funds may, directly or indirectly, be (i) passive investors in other investment vehicles (the "Investment Funds"), or (ii) active, direct investors in various securities, financial instruments (including options, derivatives, and debt instruments), and businesses or assets (including real estate) (collectively, the "Equity Funds").  It is possible that companies in which the PWP Funds may, directly or indirectly, own securities, or which the PWP Funds

may, directly or indirectly, engage in discussions regarding a possible investment or transaction in connection with the PWP Funds, may have a relationship with the Debtors or otherwise be a Party in Interest. These relationships are unrelated to the services PWP intends to provide in these cases. As would be the case with respect to a mutual fund investment, none of PWP, its affiliates, the PWP Funds, or the Professionals advising the Disinterested Managers in these cases will have any control over the investments made by the Investment Funds in which the PWP Funds are invested, including purchases, sales, and the timing of such activities, nor will they have day-to-day knowledge of investment decisions of the PWP Funds. The historical investments of the PWP Funds are periodically reported in public filings. Typically, such filings disclose the investments of the PWP Funds for the prior quarter. However, such historical investments may have no bearing on the current investments of the PWP Funds. This is because the PWP Funds trade on a day-to-day basis and therefore the historical investments that are reported on a quarterly basis in public filings may differ from the current investments of the PWP Funds. The Professionals directly involved in this engagement have no knowledge of the current investments of the PWP Funds. As of the last public filing covering the period ending March 31, 2020, the PWP Funds had investments in the Parties in Interest listed on **Schedule 3**. As of March 31, 2020, the PWP Funds had less than 0.1% of total assets under management invested in the Parties in Interest listed on **Schedule 3**. The Firm will maintain investment control over the Equity Funds that could (x) have Parties in Interest as investors, (y) purchase the securities or assets of Parties in Interest, or (z) conduct business with Parties in Interest in the ordinary course of operation. To the best of my knowledge, none of these business relationships constitute or will constitute materially adverse to the Disinterested Managers or the Debtors' estates. As described above, the Firm maintains Confidentiality Procedures to preclude the dissemination of material non- public, confidential, and proprietary information from its Professionals assigned to these cases to the Professionals assigned to the PWP Funds.

22.     As described herein, PWP (a) employs comprehensive Information Barrier Policies, (b) is subject to both Securities Registration and Regulatory Oversight, and (c) obtains most or all of its assets under management from third parties (i.e., parties other than Related Investors). Specifically:

(a)     The Investment Services business, including the PWP Funds, are the subject of significant Information Barrier Policies, which include written policies and procedures, physical barriers, electronic barriers, and oversight by compliance with respect to any potential crossing of barriers.

(b)     The investors in the PWP Funds are overwhelmingly outside third party investors. PWP Professionals, in the aggregate, currently hold less than 2.5% of the interests in the PWP Funds and the remaining over 97.5% is held by unrelated third parties. Only one Professional directly involved in this engagement is an investor in the PWP Funds and such Professional owns less than 0.001% of the PWP Funds. As of March 31, 2020, the PWP Funds had less than 0.1% of total assets under management invested in the Parties in Interest listed on **Schedule 3**.

(c)     The PWP Funds are registered with the SEC and CFTC.

(d)     The PWP Funds are highly regulated and subject to periodic exams and other regulatory oversight by, among others, the SEC and NFA.

(e)     PWP Professionals have no access to any information, including information regarding investments of the PWP Funds (unless such information is later reported in public filings or similar public disclosures), on account of the Information Barrier Policies.

(f)     PWP Professionals also have no control over investment decisions of the PWP Funds.

23.     In connection with its proposed retention by the Debtors on behalf of the Disinterested Managers in these cases, PWP reviewed relationships between it and the individuals and entities that PWP has been informed by the Debtors may have an interest in these Chapter 11 Cases (the "Parties in Interest"), and such parties are listed on Schedule 1 annexed hereto.  PWP reviewed connections between both PWP and its affiliates and the Parties in Interest listed on Schedule 1.

24.     Specifically, PWP performed the following research and inquiries to determine whether it, or any of its Professionals, had any present or former connections with Parties in Interest:

(a)     Database.  PWP searched its databases (consisting of entities for which it has in the recent past been or is currently engaged to provide Advisory Services and entities that are currently or have in the recent past provided goods or services to PWP or its affiliates) against the list of Parties in Interest looking back a period of at least three years.  The

results of that search are reflected on <u>Schedule 2</u> hereto.  Further, where PWP's search of its databases identified connections with entities with names similar to names of Parties in Interest, PWP investigated whether such entities were related to such Parties in Interest and, if so, reflected such connection on <u>Schedule 2</u> hereto.  PWP has disclosed any known connections to the Parties in Interest, including de minimis connections.  To the best of my knowledge, except as otherwise set forth herein, no relationships identified in such searches constitute interests materially adverse to the Disinterested Managers or the Debtors in matters upon which PWP is to be engaged in these cases.

(b)     <u>Employee Database</u>.   PWP searched its databases of current directorships held by its Professionals against the list of Parties in Interest.   Except as otherwise disclosed herein, PWP's search of directorships indicated no relationship between any such directorships and the Parties in Interest.

(c)     <u>Confidentiality Agreements</u>.  PWP searched its databases of executed confidentiality agreements with third parties (other than confidentiality agreements with vendors to PWP executed in the ordinary course of business).  To the best of my knowledge, no confidentiality agreement business relationship constitutes an interest materially adverse to the Disinterested Managers or the Debtors' estates in matters upon which PWP is to be engaged in these cases.

(d)     <u>Partner Inquiry</u>.   PWP inquired among Professionals in PWP's Advisory Practice whether they were aware of any actual conflict that would arise as a result of this engagement as financial advisor and investment banker for the Disinterested Managers, and sought information regarding other potential connections with the Debtors and these Chapter 11 Cases.  This inquiry was in the form of a firm-wide email which sought information regarding any connections or relationships with the Debtors, the Bankruptcy Judges for the Southern District of Texas, or the United States Trustee or any person employed by the Office of the United States Trustee for the Southern District of Texas.  As of June 3, 2020, no person contacted responded with any information regarding any such connections or conflicts, except as otherwise set forth herein.  In addition, PWP made an additional inquiry in the form of an email to its Professionals providing services to the Disinterested Managers in these Chapter 11 Cases (the "<u>Deal Team</u>") which sought information regarding any known connections or relationships with any of the Parties in Interest.  As of June 3, 2020, no person contacted responded with any information regarding any such connections or conflicts, except as otherwise set forth herein.

(e)     <u>PWP Professional Investments</u>.  PWP searched its databases of current direct investments held by PWP Professionals in PWP's Advisory

Practice against the list of Parties in Interest to identify any known investments by such PWP Professionals in any Parties in Interest. PWP's search of direct investments held by such PWP Professionals indicated investments in the following Parties in Interest and/or their affiliates: Accenture LLP; ADP Inc.; AIG; Amazon.com; Ameren Missouri; Aon Risk Services of TX; Apollo; Apple Inc.; Ares; Ares Corporate Opportunities Fund III, L.P.; Ares Corporate Opportunities Fund IV, L.P.; AT&T; Bank of America, N.A.; Barclays; Blackrock; BMO Harris Bank; Brookfield; Capital One, National Association; CenturyLink Inc.; CenturyLink Communications, LLC; Chesapeake System Solutions; Cisco Systems, Inc.; Citizens Bank; Comcast; Comcast Cable Communications Management LLC; Consolidated Edison; Credit Suisse; Credit Suisse AG, Cayman Islands Branch; Deutsche Bank; Deutsche Bank AG, New York Branch; Dominion VA/NC Power; Duke Energy; Federal Express; FedEx Freight East; FedEx Ground; FedEx Trade Networks; Fidelity Investments; Frontier Communications; Goldman Sachs; Guggenheim; Hawaiian Electric Company; HSBC; IBM Corporation; Jersey Central Power & Light; JPMorgan; JP Morgan PCard; Lazard Freres & Co; Lloyd's (Beazley); Lloyd's (Navigators); Lloyd's of London; Lloyd's Underwriter Syndicate; Underwriters at Lloyd's; Micro Focus, Inc.; Microsoft Corporation; Microsoft Licensing, GP; Microsoft Online Inc.; Oracle Corporation; Otis Elevator Company; PayPal, Inc.; PIMCO; Prudential; Prudential Financial;    Royal Bank of Canada; Simon; Simon Management Associates II LLC; Southern Company; Standard & Poor's Financial Services LLP; Starwood; TPG; Travelers Casualty & Surety Co. of America; Twilio Inc.; UPS; UPS Supply Chain Solutions; US Bank; Vanguard Group; Verizon; Verizon Wireless; Voya; Wells Fargo; and Zurich American Insurance Company.  All such investments were in amounts representing less than 0.1% of any issuer and only seven of such investments were held by a PWP Professional representing the Disinterested Managers in the Debtors' Chapter 11 Cases.

**B.      PWP's Disclosures**

25.      Based on the results of PWP's review, to date, to the best of my knowledge, none of myself, PWP, nor any of PWP's Professionals, insofar as I have been able to ascertain based on the procedures employed in PWP's review (i) have any connection with the Debtors, any of the Parties in Interest, or the U. S. Trustee, or any person employed in the Office of the U.S. Trustee, or (ii) represents an interest that is materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders in these Chapter 11 Cases, by reason of

any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason of which I know or about which I have been informed, with respect to the services to be performed pursuant to the Engagement Letter, except as disclosed or otherwise described herein.

26.     To the best of my knowledge, and based on the results of PWP's review, PWP is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), in that, except as otherwise set forth herein, its Professionals:

(a)     are not creditors of the Debtors, equity security holders of the Debtors, or "insiders" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code;

(b)     are not and have not been, within two years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

(c)     do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason.

27.     Some Professionals, in connection with their employment before joining PWP, appeared or were engaged in cases, proceedings, and transactions involving attorneys, accountants, investment bankers, financial consultants, and claimants and Parties in Interest in these cases.  To the best of my knowledge, none of these relationships relate to the Debtors or these Chapter 11 Cases nor constitute interests materially adverse to the Debtors in matters upon which PWP is to be engaged in these cases.

28.     As part of PWP's diverse business, PWP appears or may appear in cases, proceedings, and transactions involving attorneys, accountants, investment bankers, and financial consultants, some of which may represent claimants and Parties in Interest in these cases. Further, PWP (including its Professionals prior to their employment with the Firm) has in the past, and may in the future, be represented by several attorneys and law firms in the legal

community, some of whom may be involved in these cases. In addition, PWP (including its Professionals prior to their employment with the Firm) has in the past and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to these cases. To the best of my knowledge, none of these relationships relate to the Debtors or these Chapter 11 Cases nor constitute interests materially adverse to the Debtors in matters upon which PWP is to be engaged in these cases.

29.     PWP (including its Professionals prior to their employment with the Firm) may have in the past represented, may currently represent, and likely in the future will represent, Parties in Interest in connection with matters unrelated to the Debtors and these Chapter 11 Cases (except as described below). The parties listed on <u>Schedule 2</u> annexed hereto and identified thereon as such have been identified as Clients of PWP's Advisory Services business who are also Parties in Interest. In addition, PWP makes the following specific disclosures:

(a)     Some Professionals have assets managed by financial advisors or hold mutual funds that are managed by third party fund managers. Neither the Firm nor its Professionals have any control over the investments in such funds, including investment purchases, sales, and the timing of such activities. Securities of the Debtors or Parties in Interest may be held through the foregoing investments. In addition, certain Professionals may hold securities of Parties in Interest or their affiliates in the ordinary course. To the best of my knowledge after reasonable inquiry, none of the Professionals have or hold investments in the Debtors.

(b)     The parties listed on <u>Schedule 2</u> annexed hereto and identified thereon as such have been identified as Advisory Services Clients who are also Parties in Interest. As a matter of practice, the Firm does not disclose clients of Investment Services, Research, and Sales and Trading businesses to our Professionals in the Advisory Services business or to third parties because of the integrity of the Information Barrier Policies. Other Advisory Services, Investment Services, Research, and Sales and Trading Clients of PWP may also have a business relationship or potential business relationship with Parties in Interest or their affiliates that have not been made known to the Firm.

(c)     As described above, the Firm also operates the Research and Sales and Trading businesses. As part of these regular business operations, such

business units engage in sales, trading and research activities with institutional clients, some of which may be creditors, equity holders or other Parties in Interest in these cases. Some of these Clients may now or in the future hold debt or equity securities of the Debtors or other Parties in Interest in these cases. In addition, Professionals in the Research business may make statements or investment recommendations or publish reports regarding the Debtors or any other Parties in Interest. As noted above, such Research Professionals are separated by information barriers from those Professionals advising the Disinterested Managers in these cases.

(d) The Firm has a large and diverse Advisory Practice. Accordingly, PWP and its Professionals may have in the past represented, may currently represent, and may in the future represent, in matters unrelated to these cases, numerous entities, some of which may be Parties in Interest and which, from time to time, may invest in securities of the Debtors. The parties listed on <u>Schedule 2</u> annexed hereto and identified thereon as such have been identified as Parties in Interest who are or within the last three years have been Clients of the Firm's Advisory Practice. PWP has not represented, does not represent, and, if PWP's retention is approved by the Court, will not represent any entity's separate interest in these cases. Accordingly, PWP does not believe that any relationship it may have with any Party in Interest will interfere with or impair its representation of the Disinterested Managers in these cases.

(e) The Debtors may supply services to or be creditors of one or more companies that may be Clients or in which the PWP Funds may invest. The Debtors may also purchase goods or services from and be obligors to one or more companies that may be Clients or in which the PWP Funds may invest. However, as set forth above, PWP has not conducted an inquiry of the Investment Services business or the PWP Funds because of the integrity of the Information Barrier Policies.

(f) One or more financial institutions that have, or may in the future have, an independent financial or other relationship with PWP or an affiliate of PWP may also be a creditor, counterparty, or professional of the Debtors. The financial institutions listed on <u>Schedule 2</u> annexed hereto and identified thereon as such have been identified as Parties in Interest that have or had an independent relationship with PWP. To the best of my knowledge, none of these business relations constitute interests materially adverse to the Debtors' estates in matters upon which PWP is to be engaged in these Chapter 11 Cases.

30. Except as otherwise disclosed herein, PWP has not been retained to assist any entity or person other than the Disinterested Managers on matters relating to, or in connection

with, these cases.  If the Court approves the proposed retention and employment of PWP by the Debtors for the Disinterested Managers, PWP will not accept any engagement or perform any services in relation to these cases for any entity or person other than the Disinterested Managers. PWP will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or Parties in Interest in these cases or their affiliates; provided, however, that such services do not directly relate to, or have any direct connection with, the Debtors, the Disinterested Managers and these cases.

31.     Except as otherwise set forth herein, to the best of my knowledge based on PWP's review, neither PWP nor its Professionals that are to perform the services set forth in the Engagement Letter (i) have any connections with any Parties in Interest or (ii) represent an interest that is materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason of which I know or about which I have been informed, with respect to the services to be performed pursuant to the Engagement Letter.

32.     In light of the extensive number of the Debtors' creditors, Parties in Interest, and potential unknown additional parties in interest, neither I nor PWP are able conclusively to identify all potential relationships at this time, and we reserve the right to supplement this disclosure as additional relevant relationships come to our attention.  In particular, among other things, the Firm may have relationships with persons who are beneficial owners of Parties in Interest and persons whose beneficial owners include Parties in Interest or persons who otherwise have relationships with Parties in Interest.  Moreover, PWP employees may have relationships with Parties in Interest, persons that may become parties in interest in these cases, or persons that have business relationships with the Debtors, are competitors of the Debtors, or

are customers of the Debtors.  If any new relevant facts or relationships are discovered or arise in the future, PWP will use reasonable efforts to identify such further relevant facts or relationships and will file promptly a supplemental declaration, as required by Bankruptcy Rule 2014.

33.     Based on PWP's review conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (i) PWP is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as required by Bankruptcy Code section 327(a), and does not hold or represent an interest adverse to the Debtors' estates, and (ii) PWP has no connection to the Disinterested Managers, the Debtors, their creditors, or their related parties, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2020                    */s/ Bruce Mendelsohn*_____
                                            Bruce Mendelsohn
                                            Partner
                                            Perella Weinberg Partners LP

## SCHEDULE 1
## PWP PARTIES IN INTEREST

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

## ADMINISTRATIVE AGENTS

ANKURA TRUST COMPANY, LLC
BANK OF AMERICA, N.A.
CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH
DEUTSCHE BANK AG NEW YORK BRANCH
WILMINGTON SAVINGS FUND SOCIETY, FSB
WILMINGTON TRUST, N.A.

## BANKRUPTCY JUDGES

ALBERT ALONZO
ANA CASTRO
CHRIS LOPEZ
CHRISTOPHER M. LOPEZ
DAVID J. BRADLEY
DAVID R. JONES
EDUARDO V. RODRIGUEZ
EVANGELINE C. ATTAWAY
JEANNIE CHAVEZ
JEFFREY P. NORMAN
LINHTHU DO
MARIO RIOS
MARVIN ISGUR
RUBEN CASTRO
TRACEY CONRAD
VRIANA PORTILLO

## BANKS

AMEGY BANK
FIRST HAWAIIAN BANK
REGIONS FINANCIAL CORP
US BANK

## CONTRACT COUNTERPARTIES

ABC TEST AGREEMENT
ACME MOTOR FREIGHT SERVICES
ACTIONIQ, INC
ADOBE SYSTEM INCORPORATED
ADVANTAGE CONSULTING GROUP
ADVANTIX SOLUTIONS GROUP INC
AFB CONSULTING
AGILENCE, INC
AGILONE INC.
AKF CONSULTING, LLC
AKQA, INC
ALATION

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

ALE-JOY CALO, INC. DBA TOWN & COUNTRY CLEANERS
ALERT TECH
ALIXPARTNERS LLP
ALORICA CUSTOMER CARE INC
ALSCO
AMAZON.COM
AMERICAN AIRLINES
AMERICAN EAGLE LINES
AMERICAN EXPRESS
AMERICAN FREIGHTWAYS, INC.
AMERICAN WEST WORLDWIDE EXPRESS, INC.
ANTUIT
APPLAUSE APP QUALITY, INC
APTTUS CORPORATION
ARAMARK REFRESHMENT SERVICES LLC
ARISE VIRTUAL SOLUTIONS INC.
AS LOGISTICS, INC.
ASG TECHNOLOGIES GROUP, INC.
AT AND T CORP
AUDIO FIDELITY COMMUNICATIONS CORPORATION
AURIEMMA CONSULTING GROUP, INC.
AVA CONSULTING GROUP INC
AVAYA INCORPORATED
AVILA IT SERVICES
BACKOFFICE ASSOCIATES LLC
BASE 22 TECHNOLOGY GROUP, LLC
BCD TRAVEL USA LLC
BINARY TREE
BIZZDESIGN UNITED STATES, INC.
BLACKHAWK ENGAGEMENT SOLUTIONS
BLANKENSHIP CHANGE CONSULTING, LLC
BLOOMREACH, INC.
BLUECONIC, INC.
BLUEVENN US INC.
BLUJAY SOLUTIONS INC
BMC SOFTWARE, INC.
BOTTOM LINE CONCEPTS
BOUNCE EXCHANGE INC
BRAINSTORM, INC.
BRICZ, LLC
BRIERLEY & PARTNERS
BRIGHTEDGE TECHNOLOGIES, INC.
CALLSTACK
CANIDIUM, LLC.
CANON
CANTEEN VENDING
CAPITAL ONE, NATIONAL ASSOCIATION

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

CARGO TRANSPORTERS
CAROUSEL INDUSTRIES OF NORTH AMERICA
CARTESIAN DATASCIENCES, LLC
CATALYST ONLINE LLC
CATCHPOINT SYSTEMS, INC.
CAVISSON SYSTEMS, INC.
CCFG CLEANERS, LLC
CELADON TRUCKING SERVICES, INC.
CELECT INC
CENTRIFY CORPORATION
CENTURYLINK COMMUNICATIONS, LLC
CHARGEITSPOT LLC
CHESAPEAKE SYSTEM SOLUTIONS
CHICAGOLAND CABLING SOLUTIONS, INC.
CISCO SYSTEMS, INC
CITCON USA LLC
CLOUDBURST TECHNOLOGIES
CLOUDIYAN LLC
CLUMIO, INC.
COALFIRE SYSTEMS,INC.
COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATIONS
COHESITY, INC.
COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC
COMNET COMMUNICATIONS LLC
COMPASS GROUP USA, INC.
COMPLIANCE NETWORK, L.L.C.
CONNEXITY, INC.
CONNORS GROUP
CONVEY, INC.
CORETRUST PURCHASING GROUP
CORNERSTONE LOGISTICS INC
CRADLEPOINT, INC.
CREDERA ENTERPRISES COMPANY
CROWN RELOCATIONS
CRST EXPEDITED, INC.
CS TECHNOLOGY, INC.
CURALATE INC
CUSTORA, INC.
DALETHES,INC.
DATA SALES
DATASTAX INC
DEALER SOUQ
DELIV, INC.
DETERMINE SOURCING INC
DFS SERVICES
DIAMANTI,INC
DICENTRAL CORPORATION

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

DIGITAL MOBILE INNOVATIONS,LLC.
DIGITAL SHADOWS US, INC.
DIRECT SOURCE INC
DIRECTV, LLC
DISPATCH TRANSPORTATION CORPORATION
DOCUSIGN INC
DOORDASH
DRIVESAVERS, INC
DRY CLEAN SUPER CENTER
DSCO
DYNAMEX INC.
DYNATRACE SOFTWARE, INC.
EMC CORPORATION
EPAM SYSTEMS, INC.
EVERGAGE, INC.
EXCEL ELEVATOR AND ESCALATOR CORP
EXPERIAN MARKETING SOLUTIONS, INC.
EZCOM SOFTWARE INC
FFE TRANSPORTATION SERVICES, INC.
FIBERNET DIRECT TEXAS,LLC
FIFTY ONE INC
FINDMIND INC
FIRST DATA MERCHANT SERVICES LLC
FIRST FLIGHT SOLUTIONS
FIRST NATIONAL BANK OF OMAHA
FIT3D, INC.
FLEENOR COMPANY INC
FORRESTER RESEARCH,INC.
FORSYTHE SOLUTIONS GROUP, INC.
FTM ART ADVISORY
FULLSTORY, INC.
FUSE INC.
FUTURE COM LTD
G2 INC.
GADDIS PARNTERS, LTD.
GHOSTERY, INC.
GIFT SOLUTIONS
GLOBAL BRIDGE INFOTECH INC.
GLOBAL-E US INC
GRANE TRANSPORTATION LINES, LTD
GRANIFY
GREEN MOUNTAIN TECHNOLOGY (GMT)
GREMLIN, INC.
GRID DYNAMICS INTERNATIONAL, INC.
GULF COAST TRANSPORT, INC.
HAFTA HAVE, INC.
HARTE-HANKS

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

HCL TECHNOLOGIES LIMITED
HEXAWARE TECHNOLOGIES, INC.
HIGH ORDER SOLUTIONS, LLC
HILCO RETAIL CONSULTING LLC
HITACHI DATA SYSTEM CORPORATION
HOTEL LAUNDRY FIVE STAR LLC
IBM CORPORATION
ICERTIS, INC.
IMIDIA LLC
INCISIV
IN-COM DATA SYSTEMS, INC.
INFOSYS
INFOSYS LIMITED
INFOVISION
INSIGHT GLOBAL, LLC
INTELLYS CORPORATION
INTEPLAST GROUP
INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. (INCOMM)
INTERMEC TECHNOLOGIES CORPORATION
INTERTRADE SYSTEMS INC
IPROSPECT.COM, INC.
J.P MORGAN CHASE BANK, N.A.
JACADA, INC.
JAGGED PEAK
JDA SOFTWARE GROUP, INC.
JOOR, INC.
JRNI, INC.
KAIROS TECHNOLOGIES INC
KORE.AI, INC.
KRONOS INC
KUSTOMER, INC.
LAMPIX
LATIN AMERICA RETAIL CONNECTION, LLC
LAZ PARKING MANAGEMENT LIMITED
LEATHER CENTER
LENATI LLC
LEVI RAY AND SHOUP INC
LEVI RAY AND SHOUP STAFFING INC
LIVEPERSON, INC.
LIVIDINI
LOGICSOURCE, INC.
LONE STAR CABLE
LONGVIEW WAREHOUSE & STORAGE
LOOKLET AB
LUCIDWORKS INC
LYTICS
M. MILLER AND ASSOCIATES LLC

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

MANGIA
MANHATTAN ASSOCIATES,INC.
MAPOL BUSINESS SOLUTIONS P LIMITED
MARKMONITOR
MARTINIZING DRY CLEANING
MATRIX RESOURCES,INC.
MCKINSEY & COMPANY, INC
MEMOMI LABS INC.
MICRO FOCUS, INC.
MICROFOCUS
MICROSOFT CORPORATION
MICROSOFT LICENSING, GP
MIDWEST CONSULTING GROUP,INC.
MOONRAFT INNOVATION LABS, INC
MOXIE SOFTWARE, INC.
NAHAN PRINTING INC
NARVAR INC
NATIONAL CARRIERS, INC.
NATIONWIDE JANITORIAL SERVICES
NEW RELIC, INC.
NEWGISTICS INC
NEXLA, INC.
NEXTSTEP RECRUITING
NICE SYSTEMS, INC.
NICELABELAMERICAS, INC.
NORTH AMERICAN VAN LINES, INC.
OKTA, INC.
ONSYSTEMS, INC.
OPENSYMMETRY LLC
OPERA SOLUTIONS, LLC
OPINIONLAB, INC.
OPITZ OUTLET
OPTIMIZELY
ORACLE CORPORATION
ORKIN LLC
OTIS ELEVATOR COMPANY
PAPER PLACE
PAXATA
PAY PAL, INC.
PERCH INTERACTIVE, INC.
PERFICIENT, INC.
PIVIT GLOBAL
PLANGRID
PLANTINUM TECHNOLOGY INC.
PLATFORM9
PLUMSLICE LABS INC.
POSSIBLENOW, INC.

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

PRECOCITY, LLC
PROFIT ENHANCEMENT SYSTEMS, INC.
PROJEKT202 LLC
PROOFPOINT INC
PUBNUB, INC.
QUIQ, INC
QUISITIVE, LLC
R4 TECHNOLOGIES, INC.
RANDSTAD TECHNOLOGIES, LLC
RANGLEIO
RAWHIDE HIGH CLASS SHOE REPAIR
REDPOINT GLOBAL INC.
REDSCOUT
REFLEXIS SYSTEMS, INC.
RELTIO,INC.
RESOURCES CONNECTION, LLC
RETAIL SYSTEMS RESOURCES LLC
RETURN PATH INC.
RGIS LLC
RICHRELEVANCE, INC.
RIGOR, INC.
RIMINI STREET, INC.
RIVERPAY, INC.
ROCKBOT, INC.
ROCKET SOFTWARE (US), LLC
SALESFLOOR INC.
SAP AMERICA, INC.
SAS INSTITUTE INC
SCANTEXAS
SCAPIC
SELECT EXPRESS AND LOGISTICS
SENDERO BUSINESS SERVICES LP
SENSORMATIC ELECTRONICS CORP-
SESSION M INC.
SHOPRUNNER INC
SHYFT TECHNOLOGIES, INC.
SIGNATURE HOSPITALITY SERVICES
SILICON VALLEY PRODUCT GROUP
SIMON DATA
SITECORE USA INC.
SLALOM, LLC
SM MOTOR
SMOOTH TECHNOLOGIES, INC.
SNAPLOGIC, INC.
SNOWFLAKE COMPUTING INC
SOFTWARE AG USA, INC.
SONIAN,INC.

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

SOURCELINK ACQUISITION, LLC
SPECIALIZED SECURITY SERVICES, INC.
SPEEDCURVE, LTD.
SPEEDY MESSENGER ALLEGRO
SPEND MANAGEMENT EXPERTS
SPENDHQ
SPINNAKER SUPPORT, LLC
SPLUNK INC.
SPS COMMERCE, INC.
SQUARE ROOT, INC.
SSOGEN
STORED VALUE SOLUTIONS
STYLYZE INC
SYSTEMWARE INC
SYTE VISUAL CONCEPTION LTD.
TALX
TATA AMERICA INTERNATIONAL CORPORATION
TEALIUM INC.
TECHNICAL YOUTH, LLC
TECHNOLOGY SERVICE PROFESSIONALS
TEKSYSTEMS, INC
TELLAPART, INC.
TEST
THE 41ST PARAMETER, INC.
THE BOSS GROUP
THE I4 GROUP
THE SUPPORT GROUP INC
THE TACTICA PARTNERS
THEATRO LABS, INC.
THOUGHTSPOT
TOWNSHIP BUILDING SERVICES INC
TRACKIF LLC
TRANE U.S. INC
TRANSCO LINES, INC.
TRIBRIDGE HOLDINGS, LLC
TSP
TURNTO NETWORKS, INC.
TWILIO INC.
UBERTEJAS, LLC DBA BIZCLOUD EXPERTS
UGAM SOLUTIONS SEZ PVT LTD
ULTRACOR INC.
UNIFI SOFTWARE, INC.
UNITED STATES POSTAL SERVICE (USPS)
UNITY BOND INC.
UPSTREAM
UPSTREAM COMMERCE, INC.
URBAN AIRSHIP INC

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

USERZOOM
VALUELINK LLC
VENDING SERVICES DIVISION
VERACTION, LLC
VERINT AMERICAS INC
VERTEX INC
VIAWEST, INC.
VL CONSULTING DWC-LLC
VOIANT GROUP, LLC
VPMA GLOBAL SERVICES LLC
VUDUMOBILE, INC.
WATERLINE DATA SCIENCE, INC.
WEBFILINGS LLC
WHITE PLAINS LINES
WIPRO LIMITED
WORKFLOWONE LLC
WORKSHOP LA
WORLD WIDE TECHNOLOGY INC
YRC, INC.
ZAAVYA
ZAAVYA LLC
ZENDESK, INC.
ZMAGS CORP
ZUMASYS, INC.
PEGASUS LOGISTICS GROUP
RAKUTEN MARKETING

**<u>DEBTHOLDERS</u>**
ALBACORE PARTNERS
APOLLO
ARES
BANK OF AMERICA
BARCLAYS
BENEFIT STREET
BLACKROCK
BLUEMOUNTAIN
BMO HARRIS BANK
CAPITAL INTERNATIONAL
CAPITAL RESEARCH & MANAGEMENT
CAPRE
CITIZENS BANK
CREDIT SUISSE
CVC CAPITAL PARTNERS
DAVIDSON KEMPNER
DEUTSCHE BANK
GOLDMAN SACHS
GUGGENHEIM

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

H2 CAPITAL
HSBC
JPMORGAN
MARATHON AM
MJX
P SCHOENFELD ASSET MANAGEMENT
PIMCO
POWER CORP OF CANADA
PRUDENTIAL
PRUDENTIAL FINANCIAL
PUTNAM INVESTMENTS
QUAKER FUNDS
REDWOOD CAPITAL
REGIONS BANK
ROYAL BANK OF CANADA
SOUTHEASTERN ASSET MANAGEMENT
SUNTRUST
TDBANK
THIRD POINT
TORCHMARK CORP
TPG
VANGUARD GROUP
VOYA
WELLS FARGO

**<u>DEBTORS</u>**
BERGDORF GOODMAN, INC.
BERGDORF GRAPHICS, INC.
BG PRODUCTIONS, INC.
MARIPOSA BORROWER, INC.
MARIPOSA INTERMEDIATE HOLDINGS LLC
MYT HOLDING CO.
MYT INTERMEDIATE HOLDING CO.
MYT NETHERLANDS PARENT B.V.
MYT PARENT CO.
MYTHERESA BUSINESS INFORMATION CONSULTING (SHANGHI) CO. LTD.
MYTHERESA SE (GERMANY)
NEIMAN MARCUS GROUP LTD LLC
NEMA BEVERAGE CORPORATION
NEMA BEVERAGE HOLDING CORPORATION
NEMA BEVERAGE PARENT CORPORATION
NM BERMUDA, LLC
NM FINANCIAL SERVICES, INC.
NM NEVADA TRUST
NMG CALIFORNIA SALON LLC
NMG FLORIDA SALON LLC
NMG GLOBAL MOBILITY, INC.

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

NMG NOTES PROPCO LLC

NMG SALON HOLDINGS LLC

NMG SALONS LLC

NMG SUBSIDIARY LLC

NMG TERM LOAN PROPCO LLC

NMG TEXAS SALON LLC

NMGP, LLC

THE NEIMAN MARCUS GROUP LLC

THE NMG SUBSIDIARY LLC

THERESA WARENVERTRIEB GMBH (GERMANY)

WORTH AVENUE LEASING COMPANY


**DEBTORS' PROFESSIONALS**

BERKELEY RESEARCH GROUP LLC

KIRKLAND & ELLIS INTERNATIONAL LLP

KIRKLAND & ELLIS LLP

LAZARD FRERES & CO


**DIRECTORS & OFFICERS**

BRAD WOOD

BRANDY RICHARDSON, SVP, CHIEF ACCOUNTING OFFICER AND CFO

CECILIA MA

DARCY PENICK

DAVID B. KAPLAN (CHAIRMAN)

DENNIS T. GIES

ERIC ARTHO

ERIC SEVERSON

GEOFFROY VAN RAEMDONCK

GRAEME M. EADIE

JOSEPH N. WEBER, SVP AND CHIEF HUMAN RESOURCES OFFICER

KAREN W. KATZ

KIM YEE, VP, ASSISTANT GENERAL COUNSEL, TRANSACTIONS AND COMPLIANCE

LEIGH ANN HERNANDEZ, VP, TAX AND TAX GOVERNMENTAL AFFAIRS

LORI HALL-KIM

MARC BEILINSON

MARTIN BEER

MICHAEL KLIGER

MICHAEL SULLIVAN, ASSISTANT SECRETARY

MYRNA MARIA REIJNDERS

NANCY NICHOLS

NORMAN H. AXELROD

SCOTT VOGEL

SEBASTIAAN DONNER

SEBASTIAN DIETZMANN

STEVE YANG

TRACY M. PRESTON, SVP, GC, CORPORATE SECRETARY, AND CCO

TRACY PRESTON

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

ALAN J. HERRICK
ANDREW PAIK
CESARE J. RUGGIERO
EUGENE ESMONDE
MATTHEW RHODES
PHILIPPE E. BOURGUIGNON
RACHEL LEE

**EQUITY SPONSORS**
CECILIA MA
DAVID KAPLAN
DENNIS GIES
GRAEME EADIE
LORI HALL-KIM
STEVE YANG

**EQUITYHOLDERS**
ACOF MARIPOSA HOLDINGS LLC
ADAM ORVOS
ALISON K AXELROD 2012 FAMILY TRUST
ANN STORDAHL
ARES CORPORATE OPPORTUNITIES FUND III, L.P.
ARES CORPORATE OPPORTUNITIES FUND IV, L.P.
DARCY PENICK
JONATHAN JOSELOVE
KOREA INVESTMENT CORPORATION
MALLORY ANDREWS
NEVA L. HALL
PANTHEON GLOBAL CO-INVESTMENT OPPORTUNITIES FUND II, L.P.
PROCIFIC
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
THOMAS J. LIND
WANDA GIERHART
CPP INVESTMENT BOARD (USRE) INC.
NORA AUFREITER
NORMAN AXELROD

**INSURERS**
ACE AMERICAN INS. CO.
ACE PROPERTY AND CASUALTY INSURANCE COMPANY
AFFILIATED FM INSURANCE COMPANY
AIG
ALLIANZ GLOBAL RISKS US INSURANCE COMPANY
AMERICAN INTERNATIONAL GROUP, INC.
AON RISK SERVICES OF TX
ASPEN AMERICAN INSURANCE COMPANY
AXIS INSURANCE COMPANY

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

BEAZLEY INS. CO. INC.
BEAZLEY SYNDICATES AFB
BERKLEY INSURANCE COMPANY
BERKLEY PROFESSIONAL LIABILITY
CNA INTERNATIONAL
CHUBB
CNA PARAMOUNT
CONTINENTAL CASUALTY CO. (CNA)
CONTINENTAL INSURANCE COMPANY
FACTORY MUTUAL INSURANCE COMPANY
FM GLOBAL
GREAT AMERICAN E&S INSURANCE CO.
GREAT AMERICAN INSURANCE GROUP
IRONSHORE SPECIALTY INSURANCE COMPANY
LIBERTY INSURANCE CORPORATION
LIBERTY MUTUAL FIRE INSURANCE CO
LIBERTY MUTUAL HOLDING COMPANY INC.
LIBERTY MUTUAL INSURANCE
LLOYD'S UNDERWRITER SYNDICATE
LLOYDS (BEAZLEY)
LLOYDS (NAVIGATORS)
LLOYDS OF LONDON
LM INSURANCE CORPORATION
NATIONAL UNION FIRE INSURANCE COMPANY (AIG)
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
RT SPECIALTY
SAFETY SPECIALTY INSURANCE COMPANY
SELECTIVE INSURANCE COMPANY OF AMERICA
STARR INDEMNITY & LIABILITY COMPANY
TRAVELERS CASUALTY & SURETY CO. OF AMERICA
U.S. SPECIALTY INSURANCE COMPANY
UNDERWRITERS AT LLOYD'S
W.R. BERKLEY CORPORATION
XL INSURANCE AMERICA, INC.
ZURICH AMERICAN INSURANCE COMPANY

**<u>LANDLORDS</u>**
ASHKENAZY
BROOKFIELD
FORBES
IRVINE COMPANIES
JONES LANG LASALLE
NORTHPARK
PA PUBLIC EMPLOYEES
RELATED
SIMON
STARWOOD

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

URW
WHITMAN FAMILY DEVELOPMENT


**LITIGATION PARTIES**
BROOKE SHIELDS
BRUCE FULLER
CXT SYSTEMS, INC
DAVID TOLBERT
DENISE KISH
DIANA VILLASIS
DWAIN LAMMEY
FELIPE PRIAST
GHODOOSHIM & SON
HILARY REMIJAS
HOWARD COHAN
ITC AND GIANFRANCO FERRE
JODI OLTHUIS
KATERYNA OTWORTH
LIESELOTTE MESHER, THROUGH STEWART MESHER
LOIDA PABON
MARBLE RIDGE CAPITAL LP
MARBLE RIDGE MASTER FUND LP
MEHTAP ARGUN
NIRVANA
NLRB (SHEILA MONJAZEB)
PARISA KHALILI
RAPHAEL TEMPLE OF BEAUTY
ROSA BEALE
ROSINA WELSH MORENE
SHAHNAZ AMIRTALESH
SHAYLA WILLIS
TAYLOR BAYER
TERESA IANDOLA
TIANHAI LACE USA, INC.
TIFFANY L. TRAN
UMB BANK, N.A.
ANNA KUZMINER
SOLOW BUILDING COMPANY LLC


**NON-DEBTOR AFFILIATES**
MYTHERESA.COM GMBH
MYTHERESA.COM SERVICE GMBH
NEIMAN MARCUS BERMUDA L.P.
NEIMAN MARCUS GROUP, INC.
NMG ASIA HOLDINGS LIMITED
NMG ASIA LIMITED
NMG GERMANY GMBH

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

**ORDINARY COURSE PROFESSIONALS**

ACCENTURE LLP

ADAIR MORRIS & OSBORN PC

ADP INC

ALIGHT SOLUTIONS LLC

ANDREW W YOUNG

ANGEION GROUP

ANTONIO GUTIERREZ

ASPEN LICENSING INTERNATIONAL INC

BAIN MAZZA & DEBSKI LLP

BALLYHOO BLUE WORKSHOP LLC

BARNES & THORNBURG LLP

BRYAN CAVE LLP

BUSINESS WIRE INC

CHARLTONS

CLEARY GOTTLIEB STEEN & HAMILTON LLP

CONCHIE ASSOCIATES LLC

COVINGTON & BURLING LLP

COZEN O'CONNOR

DANIEL J EDELMAN INC

DAWSON TILEM & GOLE

DELOITTE TRANSACTIONS & BUSINESS ANALYTICS LLP

DOUGLAS MEYER ARCHITECT

DUFF & PHELPS LLC*

ERNST & YOUNG LLP

ESRP ADVISORY DALLAS LLC

FIDELITY INVESTMENTS

FISH & RICHARDSON PC

FTI CONSULTING INC

GREAT AMERICAN GROUP

HALSBAND LAW OFFICES

HINMAN & CARMICHAEL LLP

HOGAN LOVELLS US LLP

HOULIHAN LOKEY CAPITAL INC

HUNTON & WILLIAMS LLP

INFOR (US) INC

INTERNATIONAL SCHOLARSHIP AND TUITION SERVICES INC

INTRALINKS INC

JACKSON LEWIS PC

JGOLDCROWN INC

JONES DAY

JORGE A ALMENDAREZ

K&L GATES LLP

KENNY GEOSCIENCE

KIDDER MATHEWS OF CALIFORNIA INC

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

KILPATRICK TOWNSEND & STOCKTON LLP
KLEIMAN CONSULTING
KORN FERRY LEADERSHIP CONSULTING CORPORATION
LAW OFFICES OF PHILIP P DELUCA
LAW OFFICES OF SANFORD JOSSEN
LAW OFFICES OF WYATT & ASSOCIATES PLLC
LAWYERS FOR WORKPLACE FAIRNESS
LIGHT LAW GROUP APC
LIVIDINI & CO LLC
LRN
LYNN PINKER COX & HURST LLP
MARISA FARELLA
MARKETSPHERE CONSULTING LLC
MATRIX ABSENCE MANAGEMENT INC
MAYER BROWN LLP
MCDERMOTT WILL & EMERY
MCWILLIAMS GOVERNMENTAL
MERCER HUMAN RESOURCES CONSULTING
MERRILL COMMUNICATIONS L L C
MHN SERVICES
MOODY'S INVESTORS SERVICE
MORALES, ALDO LUIS
NASDAQ OMX CORP SOLUTIONS LLC
NGS GLOBAL AMERICAS LLC
OPENMATTERS INC
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
PCA PARTNERS LLC
RENCON ADVISORS
RFID SHERPAS LLC
RIVERON CONSULTING LP
ROBERTA FENSTER
ROSENBERG & ESTIS PC
RUTLEDGE ECENIA PA
RYAN INC
RYAN TAX COMPLIANCE SERVICES LLC
SANAA GUIRGUIS
SARD & LEFF LLC
SIDLEY AUSTIN LLP
SIMPSON THATCHER & BARTLETT LLP
STANDARD & POOR'S FINANCIAL SERVICES LLC
STINSON LEONARD STREET LLP
STRATEGIC RESOURCE GROUP
TALX CORPORATION
TAMAR CHAVEZ
THE LAW OFFICE OF LANTIS G ROBERTS PLLC
TOWERS WATSON DELAWARE INC
WACHTELL LIPTON ROSEN & KATZ

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

WAGEWORKS INC
WEST CORPORATION LLC
WILLIS TOWERS WATSON
LITTLER MENDELSON P C
PROSKAUER ROSE LLP
STYLESAGE INC

**PAST DUE VENDORS**

210 MUNI LLC
4692 SPG CENTER LLC
737 NORTH MICHIGAN AVENUE INVESTORS LLC
754 FIFTH AVENUE ASSOCIATES LP
ALORICA INC
AMERICAN EXPRESS- ESTABLISHMENT
ARANDELL CORPORATION
BAL HARBOUR SHOPS
BARBARA SMALLEY SELZNICK
CALLISONRTKL INC
CHEETAH DIGITAL INC
CLASSIC PROTECTION SECURITY & INVESTIGATIONS INC
CLEAR TECHNOLOGIES
CLEARFORK RETAIL VENTURE LLC
COPLEY PLACE ASSOCIATES
D & L PROTECTIVE SERVICES
DIRECT SOURCE PACKAGING CO LLC
DNA MODEL MGMT LLC
ELICIT LLC
ELM DEVELOPMENT COMPANY
ERY RETAIL PODIUM LLC
FLEENOR PAPER COMPANY INC
GGP ALA MOANA LLC-ALA MOANA CTR
GRAPEVINE MILLS MALL LTD
HEARST CORPORATION
HG GALLERIA LLC
INTERSTATE CLEANING CORP
ISS FACILITY SERVICES INC
JAMES GREY
JGK INDUSTRIES LLC
JOAN KELLER SELZNICK
JP MORGAN PCARD
KELLERMEYER BERGENSONS SERVICES LLC
KING OF PRUSSIA ASSOCIATES
KONE INC
LARSON FAMILY TRUST
LCFRE AUSTIN BRODIE OAKS LLC
MERICLE 325
MICROSOFT ONLINE INC

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

MIROMAR OUTLET WEST LLC
MONUMENT CONSULTING
MOREDIRECT DBA CONNECTION
NORTHPARK MERCHANT ASSOC INC
NORTHPARK PARTNERS LP
OAKBROOK SHOPPING CENTER LLC
OLYMBEC USA LLC
PINNACLE PARK
PRESTON SHEPARD RETAIL LP
PRIME CHEVY CHASE ASSET I LLC
R R & C DEVELOPMENT CO
RUSSELL REYNOLDS ASSOCIATES INC
SAPIENT CORPORATION
SAWGRASS MILLS PHASE II LP
SHORT HILLS ASSOCIATES
SLG 625 LESSEE LLC
SMURFIT KAPPA NORTH AMERICA LLC
SOMERSET COLLECTION LTD PARTNERS
SPEC-BUILT
SUNBEAM DEVELOPMENT CORP
SUSAN ARCHER
SWEET CONSTRUCTION CORP
TAUBMAN-CHERRY CREEK LTD PARTNERSHIP
THE BOSTON CONSULTING GROUP INC
TIC RETAIL PROPERTIES-FASHION ISLAND
TRAVEL AND TRANSPORT INC
UWS POST OAK LLC
VERIZON WIRELESS
VILLAGE OF MERRICK PARK LLC
WILSON 151 WORTH LLC
ZYSTON LLC

**SEPARATED OFFICERS**
GERALD A. BARNES
JAMES GOLD
KAREN KATZ
NEVA HALL
SCOTT NISHI
SHANE FEENEY

**SUPPLY CHAIN VENDORS**
ACCELA WORLDWIDE LOGISTICS INC
ALBATRANS INC
ALBATRANS SPA
AMERICAN NATIONAL LOGISTICS
APPROVED FREIGHT FORWARDERS
AROUND THE CLOCK LOGISTICS INC.

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

AS LOGISTICS DBA AMSTAN LOGISTICS
BLACKHAWK TRANSPORT INC
BNSF LOGISTICS, LLC
C H ROBINSON WORLDWIDE
COMET COURIER CORP
COVENANT TRANPORT INC
CRANE SOLUTIONS
CRATERS & FREIGHTERS
DM WORLD LOGISTICS
DMS EXPRESS INC
DSW DISTRIBUTION CENTERS INC
DVK BUYING AGENCY
E.R.C. DELIVERY SERVICE, INC
EAGLE EXPRESS INC
ECHO GLOBAL LOGITICS
EXPEDITORS
FEDERAL EXPRESS
FEDEX FREIGHT EAST
FEDEX GROUND
FEDEX TRADE NETWORKS
FFE TRANSPORTATION
FORWARD AIR SOLUTIONS
GRANE TRANSPORTATION
HONOLULU FREIGHT SERVICE
LAMBERT+ASSOCIATES ITALY
LAMBERT+ASSOCIATES LTD
LAMBERT+ASSOCIATES LTD/LONDON
LAMBERT+ASSOCIATES MILAN/FLORENCE
LAMBERT+ASSOCIATES SARL/PARIS
LANDSTAR LIGON
LUIS ANTONIO SANCHEZ XAMMAR
NECTARTE
NEWGISTICS, INC
PAM TRANSPORT INC.
PERFORMANCE TEAM FREIGHT SYSTEMS
PILOT FREIGHT SERVICES
ROADWAY EXPRESS
SUN DELIVERY
SUN LOGISTICS
TA SERVICES
TECHNICAL TRANSPORTATION
TFC LTD (F.R. GABBOTT)
TRADEWIN
TRANS INTERNATIONAL TRUCKING
UPS
UPS SUPPLY CHAIN SOLUTIONS
WERNER ENTERPRISES, INC

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

WILLIAM E. CONNOR & ASSOCIATES LTD
WILLIAM E. CONNOR (TAIWAN)
YUSEN LOGISTICS (AMERICAS) INC.
CON-WAY FREIGHT


**U.S. TRUSTEES**
BARBARA GRIFFIN
CHRISTINE MARCH
CHRISTY SIMMONS
CLARISSA WAXTON
DIANE LIVINGSTONE
GLENN OTTO
GWEN SMITH
HECTOR DURAN
HENRY G. HOBBS, JR.
JACQUELINE BOYKIN
LINDA MOTTON
LUCI JOHNSON-DAVIS
PATRICIA SCHMIDT
STEPHEN STATHAM


**UTILITY PROVIDERS**
737 NORTH MICHIGAN AVENUE INVESTORS LLC-
800 GOT JUNK
ACTION CARTING ENVIRONMENTAL SERVICES INC
ADVANCED NETWORK SERVICES LLC
ADVANTIX
ALL STAR PETROLEUM INC
AMEREN MISSOURI
AMERICAN WATER-
APPLE INC*
AT&T
ATMOS ENERGY/740353
ATMOS ENERGY/790311
AURUS INC
BAL HARBOUR VILLAGE-
BELLSOUTH
BLUEBONNET ELECTRIC COOPERATIVE-
BOARD OF WATER SUPPLY/HI
CALPINE CORPORATION
CAROUSEL INDUSTRIES-
CENTERPOINT ENERGY-
CENTURY WASTE SERVICES LLC-
CENTURYLINK INC
CHAMPION ENERGY SERVIC
CITY OF ATL-WATERSHEDG
CITY OF AUSTIN-

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

CITY OF BEVERLY HILLS-
CITY OF BOCA RATON:
CITY OF CHARLOTTE NC
CITY OF DALLAS-
CITY OF FORT LAUDERDALE-
CITY OF GRAPEVINE
CITY OF HOUSTON-
CITY OF IRVING
CITY OF LONGVIEW
CITY OF NEWPORT BEACH--
CITY OF ORANGE-
CITY OF PALO ALTO CA-
CITY OF PLANO-
CITY OF TROY-
CITY OF WEST PALM BEACH/UTILITIES
CITY OF WHITE PLAINS-
CITY TREASURER-PUBLIC UTILITIES DEPT
CLARK COUNTY WATER RECLAMATION DISTRICT-
COGENT COMMUNICATIONS-
COM BELL SYSTEMS INC
COMCAST
CONGRESSIONAL PLAZA ASSOCIATES LLC
CONSOLIDATED COMMUNICATIONS
CONSOLIDATED EDISON
CONSUMERS ENERGY
CONTINENTAL WIRELESS INC-
COPLEY PLACE ASSOCIATES:
COX COMMUNICATIONS LLC-
CPS ENERGY
CROWN CASTLE FIBER LLC
CURVATURE INC
DC WATER AND SEWER AUTHORITY
DENVER WATER
DIRECT ENERGY BUSINESS/32179
DIRECTV SERVICES
DISH NETWORK
DOMINION VA/NC POWER/26543/26666
DTE ENERGY/2859/67-069A-
DUKE ENERGY/70516-
EAST BAY MUNICIPAL UTILITY DIST (EBMUD)
EAST MEADOW WD
ELIZABETHTOWN GAS/5412
ENGIE*
ERY RETAIL PODIUM LLC
ESKRIDGE LLC
EVERSOURCE/NSTAR-
EXELON CORPORATION

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

FAIRFAX WATER - VA
FLAGG CREEK WATER RECLAMATION DISTRICT
FLORIDA POWER & LIGHT COMPANY (FPL)
FLORIDA PUBLIC UTILITIES-
FORT WORTH WATER DEPT TX
FR WIRELESS
FRAUD CREDIT BWRANSACTION-
FRONTIER COMMUNICATIONS
FUZE INC-
GATT COMMUNCATIONS INC-
GOGOAIR.COM-
GRANITE TELECOMMUNICATIONS
GREY FOREST UTILITIES
HANSON`S WATER TREA-
HAWAII GAS
HAWAIIAN ELECTRIC COMPANY (HECO)-
HAWAIIAN TELCOM-
ILLUME ELECTRIC INC
INFINITE ENERGY INC-GAS-
JERSEY CENTRAL POWER & LIGHT
JUST ENERGY SOLUTIONS INC/PASADENA
KETER ENVIRONMENTAL SERVICES INC
KING OF PRUSSIA-
KRK TECHNOLOGIES INC
KUDELSKI SECURITY
LA CANTERA RETAIL LIMITED PARTNERSHIP
LACLEDE GAS COMPANY-
LAKESHORE RECYCLING SY
LEVEL 3 COMMUNICATIONS LLC
LOS ANGELES DEPT OF WATER & POWER/30808
MACERICH HHF BROADWAY PLAZA LLC
MALL AT KATY MILLS LP
MEGAPATH
METROPOLITAN ST. LOUIS SEWER DISTRICT-
METROPOLITAN TELECOMMUNICATIONS
MIAMI-DADE WATER AND SEWER DEPT
MILPITAS MILLS LP
MOREDIRECT-
NATIONAL GRID-
NTT COMMUNICATIONS
NV ENERGY/30150 SOUTH NEVADA-
NYC WATER BOARD
ONE RING NETWORKS INC
OPTIMUM-
ORLANDO UTILITIES COMMISSION
PACIFIC GAS & ELECTRIC-
PALO ALTO UTILITY-

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

PEOPLES GAS
POTOMAC MILLS SHOPPING CENTER
PPL ELECTRIC UTILITIES/ALLENTOWN
PSE&G-PUBLIC SERVICE ELEC & GAS CO-
PUGET SOUND ENERGY
RECOLOGY
RIVERWALK MARKETPLACE-
ROUSE FS LLC
SALT RIVER PROJECT/80062
SAN GABRIEL VALLEY WATER COMPANY
SANATOGA WATER CONDITIONING
SAWGRASS MILLS PHASE II LP
SCOTTSDALE FASHION SQUARE PARTNER-
SET SOLUTIONS INC
SF - WATER
SHOPS AT THE BRAVERN LLC
SIMON MANAGEMENT ASSOCIATES II LLC
SIRIUS COMPUTER SOLUTIONS
SIRIUSXM
SLG 625 LESSEE LLC
SOUTHERN CALIFORNIA EDISON-
SOUTHERN CALIFORNIA GAS CO-
SOUTHERN COMPANY
SOUTHPARK MALL LP
SOUTHWEST GAS CORPORATION
SOUTHWESTERN ELECTRIC POWER-
SOUTWESTERN BELL TELEPHONE COMPANY
SPECTRUM
SPRINT
SUGARLOAF MILLS LP
SUMMER ENERGY LLC
SUNRISE UTILITY ONLINE
SXM*SIRIUSXM.COM/ACCT
TAMPA WESTSHORE ASSOC LP-
TANGER DEER PARK LLC
TDX TECH
TECO TAMPA ELECTRIC COMPANY
TELE-COMMUNICATION INC
TEXAS GAS SERVICE
THE RETAIL PROPERTY TRUST
THREE GALLERIA OFFICE BUILDINGS LLC-
TIME WARNER CABLE-
T-MOBILE-
TOWN OF NATICK-
TRIEAGLE ENERGY
TRUMPIA
UGI CORPORATION-

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

VERIZON
VIIZ COMMUNICATIONS INC
VILLAGE OF NORTHBROOK
VILLAGE OF OAK BROOK-
WASHINGTON GAS/37747
WATER TOWER LLC
WATSON ELECTRICAL CONTRACTORS INC-
WCCB
WEST UNIFIED COMMUNICTIONS SERVICES INC
WESTFIELD GARDEN STATE LLC
WINDSTREAM CORP-
WVF-PARAMOUNT 745 PROPERTY LP
XCEL ENERGY:PUBLIC SERVICE COMPANY OF CO
ZAYO GROUP
INTRADO ENTERPRISE COLLABORATION INC
JM-BMM LLC
KEYSTONE-FLORIDA PROPERTY HOLDING
LAS VEGAS NORTH PREMIUM OUTLETS
MACERICH
PREMIUM OUTLET PARTNERS LP
VNO BERGEN MALL OWNER LLC

**VENDORS**
19RM LIMITED USD
49 WINTERS TRADING LTD
8008558 CANADA INC (VINTAGE FRAMES)
AGORDAT S.R.L.S.
ALANUI S.R.L.
ALEX PERRY PTY LTD
ALEXANDRE VAUTHIER
AM DESIGN - AMINA MUADDI
AMBROSI NAPOLI SRL
ANA SEGUI DE EGUILLOR
ANCIENT GREEK SANDALS
ANDREW GN
ANNABELLA PELLICCERIA
ANTONIO MARRAS SRL
AQUAZZURA ITALIA SRL
ARTWELL HOLDINGS LTD
ASC REGENITY LTD
ASIAN HANDICRAFTS
AZZEDINE ALAIA S.A.S
BABEL CONSULTING S.A.S. MAISON ALMA
BARDOT PTY LTD
BECDG BVBA / BERNADETTE
BELLA FREUD
BERLUTI

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

BEYOND EVI PC
BIOLOGIQUE
BIRGER CHRISTENSEN A/S ROTATE
BLVD
BONTONI
BORGO DE NOR LTD
CARLO MORETTI VENEZIA SRL
CATHERINE OSTI
CECILIE BAHNSEN
CELESTINE LINGERIE
CELINE
CHANEL
CHANTAL ROMANO
CHARABIA
CHARVET
CHINA RISE FASHION LTD
CHRISTIAN LOUBOUTIN
COSMETIC DOCTOR AT WORK LTD
COUNTY SRL
CRAIG GREEN
CREATIVE DESIGN LTD
CV UNGGUL PUTRA SAMUDRA
CYRANO SARL
DAGMARA SP.ZO.O.
DANCASSAB SOCIEDAD ANONIMA DE CV
DANIEL BESIKIAN
DANIEL ROUSSELOT PHOTOGRAPHE
DAVID KOMA
DE CARLINI SAS DI TERRUZZI LUCA
DENIM 108 PTY LTD (NOBODY DENIM)
DERNAMARIA SRL (ERMANNO SCERVINO)
DESMOND AND DEMPSEY
DION LEE
DOUBLEJ SRL
DRIES VAN NOTEN N.V
DUNDAS WORLD LTD
EB JEWELS SRL
ELLEME - ELLEAIME SAS
EME POSATERIE
EMILIO PUCCI SRL
ENRICO MANDELLI
ERDEM MORALIOGLU LTD
FACTORY SRL
FEAR OF GOD
FENDI
FF SRL (BOUGEOTTE)
FIASCONARO SRL

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

FIORUCCI HOLDINGS LTD
FLORES BETTS SALON
FNC ENTERPRISES  PTY (STYLEKEEPERS)
FOLLIA PRATICA SRL
FOUNDATION CAPITAL
GALVAN
GAO SHENG GARMENT CO LTD
GAUGE 81 BV
GEDEBE
GENTUG TEKSTIL URUNLERI- GUL HURGEL
GILMAR DIVISIONE INDUSTRIA SPA
GLASSWARE ART STUDIO S.C. PIOTR
GORSKI
GOYARD
GU DE GOOS STUDIO-JI HYE KOO
GUANTI GIGLIO FIORENTINO SRL
GUCCI
GUSHLOW AND COLE
HALPERN
HERON PRESTON SRL
HOLZ CHRISTIAN ULBRICHT
HOPEMORE HOLDINGS LLC
HOUSE OF HACKNEY
HOUSE OF SAKI (STAND)
HUDSON BLVD GROUP
HUISHAN ZHANG LTD
HUNTING SEASON LLC
IL BORGO CASHMERE SRL
IM PRODUCTION - ISABEL MARANT
IMPULS  USD
INDUS EXPORTS
INO SCHALLER
INTERNATIONAL WAREHOUSE GROUP
J W ANDERSON
JACQUEMUS
JANE TAYLOR
JANICE MINOR EXPORT
JENNIFER CHAMANDI LTD
JN CASTING AND PRODUCTION LTD
JOHANNA ORTIZ Y CIA S.A.S
JOHANNA ORTIZ ZONA FRANCA SAS
JOHNSTONS OF ELGIN
JOIN WINNER INDUSTRIAL LTD
JOURDEN LIMITED
JT HOME FURNISHING CO LTD
K&K EMPORIO SRL
KASSL BV

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

KENTSHIRE
KERAMOS NAZARI PROD CERAMICOS, LDA
KHRISJOY S.R.L
KOORELOO LLP
L'ACCESSORIO (FALIERO SARTI)
LADY GIULIVA SRLS
LANDINI SHIRT SRL
LAURENCE DACADE - HINDILA
LIBERTY OF LONDON LTD
LIGHTSTIM
LMG- MAISON MICHEL
LOUIS VUITTON
LOULOU STUDIO MILA ELI
MAGE - CORTHAY
MAGGIE MARILYN
MAGLIERIA ARTIGIANA
MAILLE FRANCE
MAMMA TEAM PRODUCTIONS S.L.
MARCO PESCAROLO SRL
MARIAGE FRERES
MASCIONI ASSOCIATI INTERNATIONAL LT
MASSIMO LUNARDON & C. SNC
MATERIEL TBILISI LLC
MEDITERRANEA SHPK
MENDEL-FUR SALES & SERVICES
MERCEDES SALAZAR JOYERIA S.A.
MFK ART (POP-UP VENDOR)
MINDS OF EARTH LTD (GABO GUZZO)
MIRELLA CAVORSO BY RIPETTA SRL
MISSONI
MMW SRL
MODERN HOME LIGHTING INC
MOTHER OF PEARL
MR ROBCIS DIDIER PHOTOGRAPHE
MY OWN GARDEN
NELSON C. LEUNG (TAMILEE IND)
NEOUS LTD
OLIVER PEOPLES
OLIVIA VON HALLE LTD
OLYMPIALETAN - OLT S.A.S
OTSUMO CO LTD
OWENSCORP ITALIA
OYE MODA GIYIM AKSESUAR SAN. VE DIS
PALMER HARDING
PANDA SOLUTIONS LTD - ID SARRIERI
PEBA TRADING
PELLEGRINO (PARIS) - SAS R.P.

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

PERFECT MOMENT ASIA LIMITED

PIERRE BALMAIN SAS

PIERRE HARDY

PILI CARRERA

PRADA

PRADA USA CORP.

PREMIER LIMOUSINE

PREMIER SALONS

PREMIER SALONS/BEAUTY EXPRESS SERVICE

PRESIDENT F.R.S. SRL

PRESTIGE MBH

PROSPETTIVE SRL

PURPLE LABEL FASHION GMBH

PVH HERITAGE BRANDS AUSTRALIA PTY L

RACIL C LTD

RASARIO LLC

REDEYE SRL

REGINA SRL

REJINA PYO

RENE CAOVILLA

RESURRECTION VINTAGE

RIPETTA  SRL

ROBLES HERITAGE

ROC ENTERPRISE CO LTD

RODO FIRENZE SRL

ROKH LTD

ROMAIN VIOLLEAU (WHITE DOT)

ROSANTICA SRL

SAKS POTTS

SALLE PRIVEE BV

SANTANA LEATHER CARE

SHINSEGAE POIRET - BOON THE SHOP

SILVERADO

SIMONE ROCHA

SIMONNOT GODARD

SIR THE LABEL

SMARTECH

SOLMATE LTD (BY FAR)

SOUTH ENTERPRISES LTD

SPAL SOC PORCELANAS ALCOBACA

SSG SOCIETA SERVIZI GRAFICI SRL

ST. PIECE LIMITED

STALWART HOMESTYLES

STEFANO BEMER SRL

STEPHEN (DRIES VAN NOTEN)

STINE GOYA A/S

SZKLO DEKOR

**Neiman Marcus Group Ltd.**
**Parties in Interest List**

TAILOR AND CRAFTS CO LTD

TAIWAN NOVELTY LTD

THE ATTICO SRL

THE FASHION MODEL MGMT SRL

THE SALON AT BG

THE UPSIDE CORPORATION PTY LTD

THIERRY MUGLER

THREE FLOOR LTD

TOMORROW MILANO SRL

TOP SERVICE SRL

TRI-EVER ENTERPRISE (HK) CO LTD

UNRAVEL PROJECT SRL

VALPELTRO DI ARTALE

VELVETEEN INT'L LTD

VENICE SRL

VIE HEALING

VISUAL ARTIST LIMITED

VITA KIN, INC.

VOZZA GRAZIA

WALKING - STICKS

WANDLER BV

WEIHNACHTSLAND GMBH

WORLD WIDE SHOES - MALONE SOULIERS

YOUSHI INDUSTRIAL LTD

YUZEFI

ZERO11 S.R.L. (ALONPI)

ZOBBOLI ELIO

ZUHAIR MURAD SUISSE SA

**SCHEDULE 2**
**RESULTS OF CONFLICTS CHECK**

| Party in Interest | Relationship to Debtors | Relationship to PWP Advisory Services |
|---|---|---|
| ACE American Insurance Co. | Insurer | Vendor |
| ACE Property and Casualty Insurance Company | Insurer | Vendor Affiliate (ACE American Insurance Co.) |
| ADP Inc. | Ordinary Course Professional | Vendor |
| AIG | Insurer | Client and Vendor Affiliate (AIG Insurance Company China Limited Beijing Branch) |
| Allianz Global Risks US Insurance Company | Insurer | Vendor Affiliate (Allianz World Wide Care) |
| Amazon.com | Contract Counterparty | Vendor |
| Amegy Bank | Bank | Vendor |
| American Airlines | Contract Counterparty | Vendor |
| American Express | Contract Counterparty | Vendor |
| American Express-Establishment | Past Due Vendor | Vendor Affiliate (American Express; American Express Corporate Svc; American Express Services Europe Ltd) |
| Ankura Trust Company, LLC | Administrative Agent | Vendor Affiliate (Ankura Consulting Group LLC) |
| Aon Risk Services of TX | Insurer | Client Affiliate (Aon Consulting, Inc.) and Vendor Affiliate (Aon Middle East LLC; Aon Risk Services Northeast, Inc.) |
| Apollo | Debtholder | Client and Vendor Affiliate (Apollo Jets; Apollo Management, LP) |
| Apple Inc. | Utility Provider | Vendor |
| Aramark Refreshment Services LLC | Contract Counterparty | Vendor Affiliate (Aramark, Aramark Food & Support Services Group, Inc.; Aramark Premier Catering; Aramark UVA Catering) |
| Ares | Debtholder | Client |
| Ares Corporate Opportunities Fund III, L.P. | Equityholder | Client Affiliate (Ares) |
| Ares Corporate Opportunities Fund IV, L.P. | Equityholder | Client Affiliate (Ares) |
| AT&T | Utility Provider | Client and Vendor |
| Avaya Incorporated | Contract Counterparty | Vendor |
| Axis Insurance Company | Insurer | Vendor |

| Bank of America | Debtholder | Client and Vendor |
|---|---|---|
| Bank of America, N.A. | Administrative Agent | Client Affiliate and Vendor Affiliate (Bank of America) |
| Barclays | Debtholder | Vendor Affiliate (Barclays Capital Inc.) |
| Beazley Insurance Co. Inc. | Insurer | Vendor |
| Beazley Syndicates AFB | Insurer | Vendor Affiliate (Beazley Insurance Co. Inc.) |
| Benefit Street | Debtholder | Client |
| Blackrock | Debtholder | Client and Vendor Affiliate (Blackrock Talent LLC) |
| BlueMountain | Debtholder | Client |
| BMC Software, Inc. | Contract Counterparty | Vendor Affiliate (BMC Group VDR, LLC) |
| Brainstorm, Inc. | Contract Counterparty | Vendor |
| Bryan Cave LLP | Ordinary Course Professional | Vendor |
| Business Wire Inc. | Ordinary Course Professional | Vendor |
| Calpine Corporation | Utility Provider | Vendor |
| Canon | Contract Counterparty | Vendor Affiliate (Canon Emirates LLC; Canon Espana, S.A.; Canon Financial Services, Inc; Canon Solutions America, Inc.; Canon UK Ltd.) |
| Chubb | Insurer | Vendor |
| Cleary Gottlieb Steen & Hamilton LLP | Ordinary Course Professional | Vendor |
| CNA International | Insurer | Vendor |
| CNA Paramount | Insurer | Vendor |
| Cogent Communications | Utility Provider | Vendor |
| Comcast | Utility Provider | Vendor |
| Comcast Cable Communications Management LLC | Contract Counterparty | Vendor Affiliate (Comcast; Comcast Business) |
| Continental Casualty Co. (CNA) | Insurer | Vendor |
| Continental Insurance Company | Insurer | Vendor |
| Covington & Burling LLP | Ordinary Course Professional | Vendor |

| Crane Solutions | Supply Chain Vendor | Vendor Affiliate (Crane) |
|---|---|---|
| Credit Suisse | Debtholder | Client and Vendor Affiliate (Credit Suite BD+ Commission & Fees; Credit Suisse Securities (USA) LLC) |
| Credit Suisse AG, Cayman Islands Branch | Administrative Agent | Client and Vendor Affiliate (Credit Suite BD+ Commission & Fees; Credit Suisse Securities (USA) LLC) |
| Crown Castle Fiber LLC | Utility Provider | Client |
| CVC Capital Partners | Debtholder | Client |
| Davidson Kempner | Debtholder | Client |
| Deloitte Transactions & Business Analytics LLP | Ordinary Course Professional | Vendor |
| Deutsche Bank | Debtholder | Client and Vendor |
| Deutsche Bank AG, New York Branch | Administrative Agent | Client Affiliate and Vendor Affiliate (Deutsche Bank) |
| DIRECTV, LLC | Contract Counterparty | Client Affiliate (AT&T); Vendor |
| DIRECTV Services | Utility Provider | Client Affiliate (AT&T); Vendor Affiliate (DIRECTV, LLC) |
| DISH Network | Utility Provider | Vendor |
| DocuSign Inc. | Contract Counterparty | Vendor |
| DoorDash | Contract Counterparty | Vendor |
| Duff & Phelps LLC | Ordinary Course Professional | Vendor |
| EMC Corporation | Contract Counterparty | Vendor |
| Ernst & Young LLP | Ordinary Course Professional | Vendor |
| Experian Marketing Solutions, Inc. | Contract Counterparty | Vendor Affiliate (Experian; Experian Ltd.) |
| Federal Express | Supply Chain Vendor | Vendor Affiliate (Federal Express Canada Corporation; Federal Express Europe Inc.; Federal Express International Inc.) |
| FedEx Freight East | Supply Chain Vendor | Vendor Affiliate (FedEx; FedEx Office) |
| FedEx Ground | Supply Chain Vendor | Vendor Affiliate (FedEx; FedEx Office) |
| FedEx Trade Networks | Supply Chain Vendor | Vendor Affiliate (FedEx; FedEx Office) |

| FiberNet Direct Texas, LLC | Contract Counterparty | Vendor Affiliate (FiberNet Telecom Group, Inc.) |
|---|---|---|
| Fidelity Investments | Ordinary Course Professional | Client and Vendor Affiliate (Fidelity; Fidelity 401K; Fidelity Bond; Fidelity Information Services; Fidelity Information Services Inc.; Fidelity Investments Institutional; Fidelity National Information Services, Inc.) |
| First Data Merchant Services LLC | Contract Counterparty | Vendor Affiliate (First Data Merchant SVC) |
| FTI Consulting Inc. | Ordinary Course Professional | Vendor |
| Goldman Sachs | Debtholder | Client and Vendor Affiliate (Goldman Sachs Execution & Clearing) |
| Granite Telecommunications | Utility Provider | Vendor |
| Great American Group | Ordinary Course Professional | Vendor Affiliate (Great American Group Advisory) |
| Houlihan Lokey Capital Inc. | Ordinary Course Professional | Vendor |
| HSBC | Debtholder | Vendor Affiliate (HSBC Bank) |
| Infosys | Contract Counterparty | Client Affiliate (Infosys) |
| Infosys Limited | Contract Counterparty | Client |
| Intralinks Inc. | Ordinary Course Professional | Vendor |
| Jagged Peak | Contract Counterparty | Client |
| Jones Day | Ordinary Course Professional | Vendor |
| JPMorgan | Debtholder | Client and Vendor Affiliate (J.P. Morgan Securities, Inc.; J.P. Morgan Securities Inc. / Neovest Trading) |
| JPMorgan Chase Bank, N.A. | Contract Counterparty | Client Affiliate (JPMorgan) and Vendor Affiliate (J.P. Morgan Securities, Inc.; J.P. Morgan Securities Inc. / Neovest Trading) |
| JPMorgan PCard | Past Due Vendor | Client Affiliate (JPMorgan) and Vendor Affiliate (J.P. Morgan Securities, Inc.; J.P. Morgan Securities Inc. / Neovest Trading) |
| Kirkland & Ellis International LLP | Debtors' Professional | Vendor |

| Kirkland & Ellis LLP | Debtors' Professional | Vendor |
|---|---|---|
| Korn Ferry Leadership Consulting Corporation | Ordinary Course Professional | Vendor Affiliate (Korn/Ferry International) |
| Lazard Freres & Co. | Debtors' Professional | Vendor Affiliate (Lazard Freres & Co. LLC) |
| Level 3 Communications LLC | Utility Provider | Vendor and Vendor Affiliate (Century Link) |
| Liberty Insurance Corporation | Insurer | Client Affiliate (Liberty Mutual Holding Company Inc.) |
| Liberty Mutual Fire Insurance Co. | Insurer | Client Affiliate (Liberty Mutual Holding Company Inc.) |
| Liberty Mutual Holding Company Inc. | Insurer | Client |
| Liberty Mutual Insurance | Insurer | Client Affiliate (Liberty Mutual Holding Company Inc.) |
| Mangia | Contract Counterparty | Vendor |
| Marathon Asset Management | Debtholder | Client and Vendor Affiliate (Marathon Asset Management (Services)) |
| Mayer Brown LLP | Ordinary Course Professional | Vendor Affiliate (Mayer Brown International LLP) |
| McDermott Will & Emery | Ordinary Course Professional | Vendor Affiliate (McDermott Will & Emery Rechtsanwalte) |
| Mercer Human Resources Consulting | Ordinary Course Professional | Vendor |
| Merrill Communications LLC | Ordinary Course Professional | Vendor |
| Microsoft Corporation | Contract Counterparty | Vendor |
| Microsoft Licensing, GP | Contract Counterparty | Vendor |
| Microsoft Online Inc. | Past Due Vendor | Vendor Affiliate (Microsoft Corporation; Microsoft Licensing, GP; Microsoft Corporation - Microsoft Ignite) |
| Moody's Investors Service | Ordinary Course Professional | Vendor |
| Nasdaq OMX Corp Solutions LLC | Ordinary Course Professional | Vendor Affiliate (Nasdaq OMX Stockholm AB; NASDAQ Stock Market LLC) |

| | | |
|---|---|---|
| National Union Fire Insurance Company (AIG) | Insurer | Client Affiliate (AIG) and Vendor Affiliate (AIG Insurance Company China Limited Beijing Branch) |
| National Union Fire Insurance Company of Pittsburgh, PA | Insurer | Client Affiliate (AIG) and Vendor Affiliate (AIG Insurance Company China Limited Beijing Branch) |
| Nirvana | Litigation Party | Vendor Affiliate (Nirvana Financial Solutions) |
| Okta, Inc. | Contract Counterparty | Vendor |
| Otis Elevator Company | Contract Counterparty | Vendor |
| Pacific Gas & Electric | Utility Provider | Vendor |
| Paul Weiss Rifkind Wharton & Garrison LLP | Ordinary Course Professional | Vendor |
| PayPal, Inc. | Contract Counterparty | Client and Vendor |
| Pilot Freight Services | Supply Chain Vendor | Vendor Affiliate (Pilot) |
| PIMCO | Debtholder | Client |
| Proskauer Rose LLP | Ordinary Course Professional | Vendor |
| Prudential | Debtholder | Client Affiliate (Prudential Financial) |
| Prudential Financial | Debtholder | Client |
| Randstad Technologies, LLC | Contract Counterparty | Vendor Affiliate (Randstad Interim S.A.) |
| Royal Bank of Canada | Debtholder | Vendor |
| SAS Institute Inc. | Contract Counterparty | Vendor |
| Sidley Austin LLP | Ordinary Course Professional | Vendor |
| Simpson Thatcher & Bartlett LLP | Ordinary Course Professional | Vendor |
| Speedy Messenger Allegro | Contract Counterparty | Vendor Affiliate (Speedy Messenger & Delivery Service) |
| Sprint | Utility Provider | Client and Vendor |
| Standard & Poor's Financial Services LLC | Ordinary Course Professional | Vendor |

| | | |
|---|---|---|
| Starwood | Landlord | Vendor Affiliate (Starwood Hotels & Resorts Worldwide) |
| Time Warner Cable | Utility Provider | Vendor Affiliate (Time Warner Cable Business Class) |
| T-Mobile | Utility Provider | Vendor |
| Towers Watson Delaware Inc. | Ordinary Course Professional | Vendor Affiliate (Towers Watson Pennsylvania Inc.) |
| Travel and Transport Inc. | Past Due Vendor | Vendor |
| Travelers Casualty & Insurance Co. of America | Insurer | Vendor Affiliate (Travelers) |
| UMB Bank, N.A. | Litigation Party | Client |
| United States Postal Service (USPS) | Contract Counterparty | Vendor |
| UPS Supply Chain Solutions | Supply Chain Vendor | Vendor |
| UPS | Supply Chain Vendor | Vendor Affiliate (UPS Supply Chain Solutions, Inc.) |
| Upstream | Contract Counterparty | Vendor (Upstream - NHST Media Group) |
| Verizon | Utility Provider | Vendor |
| Verizon Wireless | Past Due Vendor | Vendor |
| WageWorks Inc. | Ordinary Course Professional | Vendor |
| Wells Fargo | Debtholder | Vendor Affiliate (Wells Fargo Advisors, LLC; Wells Fargo Bank Account, N.A.; Wells Fargo Bank, N.A.; Wells Fargo Securities LLC; Wells Fargo Vendor Financial Services LLC) |
| Willis Towers Watson | Ordinary Course Professional | Vendor Affiliate (Willis Towers Watson US LLC) |
| Wilmington Trust, N.A. | Administrative Agent | Vendor |
| XL Insurance America, Inc. | Insurer | Vendor |

| Zayo Group | Utility Provider | Vendor Affiliate (Zayo Group UK Limited; Zayo Enterprise Networks, LLC) |
| Zurich American Insurance Company | Insurer | Vendor |

**SCHEDULE 3**
**PWP FUNDS' INVESTMENTS IN PARTIES IN INTEREST AS OF MARCH 31, 2020**

| Party in Interest | Relationship to Debtors | Related PWP Fund Holding |
|---|---|---|
| Adobe System Incorporated | Contract Counterparty | Adobe Inc. |
| Aon Risk Services of Texas | Insurer | Aon PLC |
| Apple Inc. | Utility Provider | Apple Inc. |
| ADP Inc. | Ordinary Course Professional | ADP Inc. |
| Comcast | Utility Provider | Comcast Corp. |
| Comcast Cable Communications Management LLC | Contract Counterparty | Comcast Corp. |
| DISH Network | Utility Provider | DISH Network Corporation |
| Epam Systems, Inc. | Contract Counterparty | Epam Systems, Inc. |
| Goldman Sachs | Debtholder | Goldman Sachs Group Inc. |
| JPMorgan | Debtholder | JPMorgan Chase & Co. |
| JPMorgan PCard | Past Due Vendor | JPMorgan Chase & Co. |
| JPMorgan Chase Bank, N.A. | Contract Counterparty | JPMorgan Chase & Co. |
| Microsoft Corporation | Contract Counterparty | Microsoft Corporation |
| Microsoft Licensing, GP | Contract Counterparty | Microsoft Corporation |
| Microsoft Online Inc. | Past Due Vendor | Microsoft Corporation |
| Oracle Corporation | Contract Counterparty | Oracle Corporation |
| SiriusXM | Utility Provider | Sirius XM Holdings Inc. |
| SXM | Utility Provider | Sirius XM Holdings Inc. |
| Vanguard Group | Debtholder | Vanguard International Equity Index |
| Verizon | Utility Provider | Verizon Communications Inc. |
| Verizon Wireless | Past Due Vendor | Verizon Communications Inc. |
| Wells Fargo | Debtholder | Wells Fargo Co. |