UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

-----------------------------------------------------------X

In re:

NEIMAN MARCUS GROUP LTD LLC, *et al.*[1]

Debtors

-----------------------------------------------------------X

Chapter 11

Case No. 20-32519 (DRJ)

Jointly Administered

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Duane Morris LLP ("**Duane Morris**") appears in the above-referenced jointly-administered Chapter 11 cases as attorneys for RTB House Inc., a creditor in these cases, and its parent, RTB House S.A. (collectively, "**RTB**") and, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101 - 1532 (the "**Bankruptcy Code**") and Rules 2002, 3017, 9007 and 9010 (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Duane Morris at the offices, addresses and telephone numbers set forth below, and that Duane Morris be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc.(9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings, LLC(5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust(3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664);NMG Notes Propco LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term LoanPropco LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509);The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The location of the debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

Timothy Brock, Esq.<br>
**DUANE MORRIS LLP**<br>
230 Park Avenue, Suite 1130<br>
New York, NY 10169<br>
Tel:  (212) 404-8781<br>
Fax: (212) 818-9606<br>
Email: TTBrock@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive RTB's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to enforce any contractual provisions with respect to arbitration; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which RTB, has or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       June 19, 2020

                                          Respectfully submitted,

                                          By: */s/ Timothy Brock*
                                          Timothy Brock (NY 2000073)

DUANE MORRIS LLP
230 Park Avenue, Suite 1130
New York, NY 10160
Tel: (212) 404-8781
Fax: (212) 818-9606
E-mail: TTBrock@duanemorris.com

*Attorneys for RTB House Inc.*

**CERTIFICATE OF SERVICE**

I, Timothy Brock, do hereby certify that, on this 19th day of June 2020, I caused a true and accurate copy of the *Notice Of Appearance And Request For Notices And Demand For Service Of Papers* to be served on all parties registered to receive electronic notice *via* this Court's CM/ECF system.

                                         */s/ Timothy Brock*
                                         Timothy Brock