**DELL**EMC
*DELL MARKETING L.P.*
*One Dell Way*
*Round Rock, TX 78682*

*FID Number: 74-2616805*
*For Sales:  (512)338-4400*
*Customer Service: (512)338-4400*
*Technical Support: (888)242-0938*
*Dell Online: http://www.dell.com*

**Invoice**

**BILL TO:**

NEIMAN MARCUS
EXPENSE PAYABLES
BOX 71
111 CUSTOMER WAY
IRVING, TX 75039

**SHIP TO:**

NEIMAN MARCUS
MARGARITA HENAO
2442 E SUNRISE BLVD
FORT LAUDERDALE, FL 33304

**PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION**
**VIEW YOUR ORDER DETAILS ONLINE**

| Invoice No: | 10390597843 | Customer No: 16234711 | Order No: 625167761 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | 294833 | Order Date: | 05/01/2020 |
| Payment Terms: | Due 30 days from the invoice date | Sales Rep: | BRANDON FRY |
| Due Date: | 05/31/2020 | Shipped Via: | ELECTRONIC |
| Invoice Date: | 05/01/2020 | Customer Agreement No: | |
| Waybill Number: | 62516776111 | Contract Number: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AB131619 | **DTA VMWARE PROD SUP COV VREALIZE OPS 8 STD 25 VM PK** | 8 | EA | 649.44 | 5,195.52 |
| AB131627 | **DTA VMWARE PROD SUP COV VREALIZE OPS 8 STD CPU** | 40 | EA | 285.55 | 11,422.00 |
| AB131626 | **DTA VMWARE BASIC SUP COV VSPHERE 7 ENT 1 PROCESSOR** | 136 | EA | 554.21 | 75,372.56 |
| AB131625 | **DTA VMWARE PROD SUP COV VSPHERE 7 ENT 1 PROCESSOR** | 31 | EA | 659.18 | 20,434.58 |
| AB131624 | **DTA VMWARE BASIC SUP COV VSPHERE 7 ENT PLUS 1 PROCESSOR** | 12 | EA | 671.63 | 8,059.56 |
| AB131615 | **DTA VMWARE PROD SUP COV VSPHERE 7 ENT PLUS 1 PROCESSOR** | 140 | EA | 799.73 | 111,962.20 |
| AB131614 | **DTA VMWARE PROD SUP COV VSPHERE 7 REM OFFICE BRANCH ADV 25 VM PK** | 16 | EA | 1,031.02 | 16,496.32 |
| AB131613 | **DTA VMWARE BASIC SUP COV VSPHERE 7 STD 1 PROCESSOR** | 14 | EA | 242.85 | 3,399.90 |
| AB131640 | **DTA VMWARE PROD SUP COV VSPHERE 7 STD 1 PROCESSOR** | 2 | EA | 287.34 | 574.68 |

*FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $6 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.*

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 329,025.87 |
| **Ship. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** $ 0.00  **Non-Taxable:** $ 329,025.87 | **Tax:** $ | 0.00 |
| **Invoice Total:** | $ | 329,025.87 |

..........

*DETACH AT LINE AND RETURN WITH PAYMENT*

**DELL**EMC

Invoice No:  10390597843
Customer Name:  NEIMAN MARCUS
Customer No:  16234711
PO No:  294833
Order Number:  625167761

*Make check payable / remit to :*
*Dell Marketing L.P.*
*C/O Dell USA L.P.*
*PO Box 676021*
*Dallas, TX 75267-6021*

Electronics Payments
Dell Marketing L.P.
PNC Bank
ABA#: 043-000-096
Acct#: 1017304611
Swift code : PNCCUS33

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 329,025.87 |
| **Ship. &/or Handling:** | $ | 0.00 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** $ 0.00  **Non-Taxable:** $ 329,025.87 | **Tax:** $ | 0.00 |
| **Invoice Total:** | $ | 329,025.87 |
| **Balance Due:** | $ | 329,025.87 |
| **Amount Enclosed:** | | |

0103905978430000032902587000000162347110

## Exhibit A

**DELL**EMC   *DELL MARKETING L.P.*   *FID Number: 74-2616805*   **Invoice**
*One Dell Way*   *For Sales: (512)338-4400*
*Round Rock, TX 78682*   *Customer Service: (512)338-4400*
*Technical Support: (888)242-0938*
*Dell Online: http://www.dell.com*

**BILL TO:**

NEIMAN MARCUS
EXPENSE PAYABLES
BOX 71
111 CUSTOMER WAY
IRVING, TX 75039

**SHIP TO:**

NEIMAN MARCUS
MARGARITA HENAO
2442 E SUNRISE BLVD
FORT LAUDERDALE, FL 33304

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10390597843 | Customer No: 16234711 | Order No: 625167761 | Page 2 of 2 |
|---|---|---|---|---|
| Purchase Order: | 294833 | Order Date: | 05/01/2020 | |
| Payment Terms: | Due 30 days from the invoice date | Sales Rep: | BRANDON FRY | |
| Due Date: | 05/31/2020 | Shipped Via: | ELECTRONIC | |
| Invoice Date: | 05/01/2020 | Customer Agreement No: | | |
| Waybill Number: | 62516776111 | Contract Number: | | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AB131639 | DTA VMWARE BASIC SUP COV VIEW 4 ENT ADD-ON 100 PK | 3 | EA | 1,732.01 | 5,196.03 |
| AB131638 | DTA VMWARE BASIC SUP COV VIEW 5 ENT BUNDLE 10 PK | 2 | EA | 288.21 | 576.42 |
| AB131618 | DTA VMWARE PROD SUP COV VSPHERE 7 ENT PLUS1 PROCESSOR | 8 | EA | 726.18 | 5,809.44 |
| AB131637 | DTA VMWARE PROD SUP COV HORIZON VIEW 5 BUNDLE 100 PK | 2 | EA | 5,727.14 | 11,454.28 |
| AB131617 | DTA VMWARE PROD SUP COV HORIZON 7 ENT 100 PK CCU | 1 | EA | 13,177.41 | 13,177.41 |
| AB131633 | DTA VMWARE PROD SUP COV HORIZON 7 STD 100 PK CCU | 3 | EA | 5,727.14 | 17,181.42 |
| AB131632 | DTA VMWARE PROD SUP COV HORIZON 7 STD 10 PK CCU | 5 | EA | 572.89 | 2,864.45 |
| AB131631 | DTA VMWARE PROD SUP COV DYNAMIC ENV MANAGER 100 PK CCU | 8 | EA | 1,145.78 | 9,166.24 |
| AB131630 | DTA VMWARE PROD SUP COV DYNAMIC ENV MANAGER 10 PK CCU | 5 | EA | 114.74 | 573.70 |
| AB131629 | DTA VMWARE BASIC SUP COV VCENTER SERVER 7 STDVSPHERE 7INSTANCE | 4 | EA | 1,153.79 | 4,615.16 |
| AB131628 | DTA VMWARE PROD SUP COV VCENTER SERVER 7 STDVSPHERE 7INSTANCE | 4 | EA | 1,373.50 | 5,494.00 |

## Exhibit A