IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.,* | Case No. 20-32519 (DRJ) |
| Debtors.² | (Jointly Administered) |

**ORDER GRANTING MOTION OF MARBLE RIDGE CAPITAL LP
TO FILE CASE-RELATED DOCUMENTS UNDER SEAL**
(Related to Docket No. ___)

Upon the Motion (the "Motion")³ of Marble Ridge Capital LP and Marble Ridge Master Fund LP ("Marble Ridge"), seeking entry of an order (this "Order"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in the Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that Marble Ridge's notice of the Motion was appropriate under the circumstances and no other notice need be provided and the Court having reviewed and considered the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the

---

2  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

3  Capitalized terms used but not defined herein have the meaning ascribed to the in the *Motion Of Marble Ridge Capital LP To File Case Related Documents Under Seal* [Docket No. _].

proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

The Motion is **GRANTED** as set forth herein.

1. Marble Ridge shall file the Case-Related Documents under seal.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:_____,2020
Houston, Texas

_____
THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE