UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEIMAN MARCUS GROUP LTD LLC, *et al.,* | : | Case No. 20-32519 (DRJ) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for Marble Ridge Capital LP, Marble Ridge Master Fund LP (together, "**Marble Ridge**"), and Mr. Daniel Kamensky in the cases of the above-captioned debtors and debtors-in-possession (the "**Debtors**") pending under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 9007, and 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Marble Ridge and Kamensky request that copies of any and all notices, pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders or other documents, filed or entered in these cases, be transmitted to:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

Lenard M. Parkins
Parkins Lee & Rubio LLP
Pennzoil Place
700 Milam, Suite 1300
Houston, TX 77002
lparkins@parkinslee.com

Kyung S. Lee
Parkins Lee & Rubio LLP
Pennzoil Place
700 Milam, Suite 1300
Houston, TX 77002
klee@parkinslee.com

Charles M. Rubio
Parkins Lee & Rubio LLP
50 Main Street, Suite 1000
White Plains, NY 10606
crubio@parkinslee.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any applications, motion, order, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorney consents to e-mail service.

**PLEASE TAKE FURHTER NOTICE** that request is also made that the attorney identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

2

Dated:  August 12, 2020

           */s/ Lenard M. Parkins*
PARKINS LEE & RUBIO LLP
Lenard M. Parkins PLLC
TX Bar No. 15518200
Kyung S. Lee PLLC
TX Bar No. 12128400
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Email:  lparkins@parkinslee.com
          klee@parkinslee.com
Phone: 713-542-7225

- and –

PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
TX Bar No. 24083768
50 Main Street, Suite 1000
White Plains, NY 10606
Email: crubio@parkinslee.com
Phone: 646-419-0181

*Counsel to Marble Ridge Capital LP, Marble Ridge Master Fund LP and Daniel Kamensky*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on August 12, 2020, a true and correct copy of this document was served via the Court's CM/ECF system on all counsel of record who are deemed to have consented to electronic service.

           */s/ Lenard M. Parkins*
           Lenard M. Parkins