Electronic Appearance Sheet

Scott Greissman, White & Case
Client(s): Deutsche Bank AG, NY Branch, Prepetition ABL Agent

Jason Brookner, Gray Reed
Client(s): Deutsche Bank AG, NY Branch, Prepetition ABL Agent

Andrew Leblanc, Milbank LLP
Client(s): Ares Management Corp.

Dennis Dunne, Milbank LLP
Client(s): Ares Management Corp.

Lenard Parkins, Parkins Lee & Rubio LLP
Client(s): Marble Ridge Capital, LP; Marble Ridge Master Fund LP; Mr. Dan Kamensky

Jordan Goldstein, Selendy & Gay PLLC
Client(s): UMB Bank, N.A.

Edward Weisfelner, Brown Rudnick LLP
Client(s): Marble Ridge Capital LP and Marble Rodge Master Fund LP

Patricia Tomasco, Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Davidson Kempner Capital Management LP

John Higgins, Porter Hedges LLP
Client(s): Ad hoc Noteholder Committee

Jason Enright, Winstead PC
Client(s): Annaly CRE LLC

Lee Woodard, Harris Beach PLLC
Client(s): Lexon Insurance Co

Kyung Lee, Parkins Lee & Rubio LLP
Client(s): Dan Kamensky, Marble Ridge Capital LP and Marble Ridge Master Fund

Hugh Ray, Pillsbury, Winthrop, Shaw, Pittman, LLP
Client(s): CPP Investment Board USRE, Inc.

Jonathan Koevary, Olshan Frome Wolosky LLP
Client(s): Gorski Group, Ltd.

Benjamin Kadden, Lugenbuhl
Client(s): Wilmington Savings Fund Society, FSB, in its capacity as Trustee under that certain (i) Indenture, dated as of May 27, 1998, among The Neiman Marcus Group LLC (f/k/a The Neiman Marcus Group, Inc.), as issuer, and Neiman Marcus Group LTD Inc. (f/k/a Neiman Marcus, Inc.), as guarantor, (ii) First Supplemental Indenture, dated as of July 11, 2006, (iii) Second Supplemental Indenture, dated as of

Electronic Appearance Sheet

August 14, 2006, and (iv) Third Supplemental Indenture, dated as of June 7, 2019, for the 7.125% Senior Debentures due 2028

Hector Duran, U.S. Department of Justice
Client(s): U.S. Trustee

Rachael Smiley, Ross & Smith, PC
Client(s): Bal Harbour Shops, LLC

Andrew Leblanc, Milbank LLP
Client(s): Ares

Alice Eaton, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Ad Hoc Committee of Secured Noteholders

Susan Mathews, Baker Donelson
Client(s): Dena Kemp, Inc.

Gavin Campbell, Kirkland & Ellis LLP
Client(s): Debtors

Erica Weisgerber, Debevoise & Plimpton LLP
Client(s): CPP Investment Board USRE, Inc.,

Brent Carlson, none
Client(s): Spec Built

Louis Strubeck, Norton Rose Fulbright
Client(s): Ares Capital

Gregory Hesse, Hunton, Andrews Kurth
Client(s): Capital One

Maxim Litvak, Pachulski Stang Ziehl & Jones LLP
Client(s): Creditors' Committee

Emil Kleinhaus, Wachtell, Lipton, Rosen & Katz
Client(s): Ad Hoc Group of First Lien Lenders

Jasmine Ball, Debevoise & Plimpton LLP
Client(s): CPP Investment Board USRE, Inc.

Michael Warner, Cole Schotz P.C.
Client(s): The Official Committee of Unsecured Creditors

Benjamin Wallen, Cole Schotz P.C.
Client(s): The Official Committee of Unsecured Creditors

Electronic Appearance Sheet

Maxim Litvak, Pachulski Stang Ziehl & Jones LLP
Client(s): The Official Committee of Unsecured Creditors

Alan Kornfeld, Pachulski Stang Ziehl & Jones LLP
Client(s): The Official Committee of Unsecured Creditors

Dave Barton, Pachulski Stang Ziehl & Jones LLP
Client(s): The Official Committee of Unsecured Creditors

Jeffrey Dulberg, Pachulski Stang Ziehl & Jones LLP
Client(s): The Official Committee of Unsecured Creditors

Jeffrey Pomerantz, Pachulski Stang Ziehl & Jones LLP
Client(s): The Official Committee of Unsecured Creditors

Richard Pachulski, Pachulski Stang Ziehl & Jones LLP
Client(s): The Official Committee of Unsecured Creditors

Ben Wertz, M-III
Client(s): Advisor to UCC