UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-32519 |
|---|---|---|---|
| Debtor | In Re: | Neiman Marcus Group LTD LLC et al. | |

This lawyer, who is admitted to the State Bar of _____ New York _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Daniel J. Saval<br>Kobre & Kim LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 488-1200/Daniel.Saval@kobrekim.com<br>See Appendix A |
|---|---|

Seeks to appear as the attorney for this party:

| | |
|---|---|
| Dated: 8/27/2020 | Signed: /s/ Daniel J. Saval _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . |
|---|
| Dated:    Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                 United States Bankruptcy Judge