UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-32519 |
|---|---|---|---|
| Debtor | In Re: | Neiman Marcus Group LTD LLC et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Leif T. Simonson<br>Kobre & Kim LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 488-1248/Leif.Simonson@kobrekim.com<br>See Appendix A |
|---|---|

Seeks to appear as the attorney for this party:

| | |
|---|---|
| Dated: 8/27/2020 | Signed: /s/ Leif T. Simonson |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____         _____
                                               United States Bankruptcy Judge