| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-32519 |
|---|---|---|---|
| Debtor | In Re: | Neiman Marcus Group LTD LLC et al. | |

This lawyer, who is admitted to the State Bar of ___New York___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Michael S. Kim<br>Kobre & Kim LLP<br>800 Third Avenue<br>New York, NY 10022<br>(212) 488-1201/ Michael.Kim@kobrekim.com<br>See Appendix A |
|---|---|

Seeks to appear as the attorney for this party:

|  |  |
|---|---|
| Dated: 8/27/2020 | Signed: /s/Michael Kim |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:            Signed: _____<br>                                                                 Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____            _____
                                                                                          United States Bankruptcy Judge