ENTERED
08/28/2020

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-32519 |
|---|---|---|---|
| Debtor | In Re: | Neiman Marcus Group LTD LLC et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| | |
|---|---|
| Name | Michael S. Kim |
| Firm | Kobre & Kim LLP |
| Street | 800 Third Avenue |
| City & Zip Code | New York, NY 10022 |
| Telephone | (212) 488-1201/ Michael.Kim@kobrekim.com |
| Licensed: State & Number | See Appendix A |

Seeks to appear as the attorney for this party:

Dated: 8/27/2020    Signed: /s/Michael Kim

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
                    Deputy Clerk

Order   (Docket No. 1558)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.
This lawyer is admitted *pro hac vice*.

Signed:  August 27, 2020

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE