ENTERED
08/28/2020

UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-32519 |
|---|---|---|---|
| Debtor | In Re: | Neiman Marcus Group LTD LLC et al. | |

This lawyer, who is admitted to the State Bar of    New York    :

| | |
|---:|:---|
| Name | Zachary D. Rosenbaum |
| Firm | Kobre & Kim LLP |
| Street | 800 Third Avenue |
| City & Zip Code | New York, NY 10022 |
| Telephone | (646) 448-6217 |
| Licensed: State & Number | Zachary.Rosenbaum@kobrekim.com |
| | See Appendix A |

Seeks to appear as the attorney for this party:

Dated: 8/27/2020    Signed: /s/ Zachary D. Rosenbaum

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:    Signed: _____
              Deputy Clerk

Order   (Docket No. 1559)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures. This lawyer is admitted *pro hac vice*.

**Signed:  August 27, 2020**

**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**