

ENTERED
08/28/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-32519 |
| NEIMAN MARCUS GROUP LTD LLC, et al., | § | CHAPTER 7 |
| | § | |
| | § | |
| Debtors. | § | DAVID R. JONES |

## ORDER PERMITTING WITHDRAWAL WITH CONDITIONS
(Docket No. 1563)

The Court has considered Brown Rudnick LLP's motion to withdraw as counsel. Pursuant to Local Rule 83.2, Brown Rudnick is permitted to withdraw subject to the following conditions:

1. Edward S. Weisfelner remains subject to this Court's jurisdiction and authority regarding his participation in this case.

2. Edward S. Weisfelner's *pro hac* admission by this Court remains in full force and effect.

3. Edward S. Weisfelner remains subject to disciplinary action under Local Rule 5 and the Court's inherent power to sanction conduct inconsistent with the applicable rules and governing law .

4. Brown Rudnick remains subject to this Court's jurisdiction and authority regarding the actions of its lawyers in this case.

5. Brown Rudnick and Edward S. Weisfelner shall preserve all communications, regardless of form, related to this case with any of the Marble Ridge entities, their principals, officers, agents and co-counsel pending further determination regarding the extent to which the attorney-client privilege has been waived due to the crime-fraud exception or other applicable rule.

6. Subject to further development, the Court intends to issue a show cause order to resolve the concerns expressed above.

Signed: August 28, 2020.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE