UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Neiman Marcus Group LTD LLC, et al.[1] | Case No. 20-32519 (DRJ) |
| Debtors. | (Jointly Administered) |

### PARKINS LEE & RUBIO LLP'S EXPEDITED MOTION FOR SUBSTITUTION OF COUNSEL TO MR. DAN KAMENSKY

This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.

Represented parties should act through their attorney.

EXPEDITED CONSIDERATION FOR TODAY, AUGUST 31, 2020.

Parkins Lee & Rubio LLP ("PLR") files this Expedited Motion for Substitution of Counsel to Mr. Dan Kamensky ("Kamensky") (the "Motion") in the above-captioned bankruptcy cases and respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

**JURISDICTION**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested in this Motion is rule 83.2 of the Local Rules for the Southern District of Texas (the "Local Rules").

**RELIEF REQUESTED**

3. PLR respectfully requests permission from the Court to substitute Haynes and Boone, LLP ("Haynes and Boone") as counsel of record for Kamensky in the above-captioned bankruptcy case. PLR is also counsel to MarbleRidge Capital L.P. and MarbleRidge Master Funds L.P. (collectively "MarbleRidge"), and will be similarly and contemporaneously seeking substitution out of those representations to other counsel for MarbleRidge. PLR respectfully requests that the Court consider this relief on an expedited basis.

**BASIS FOR RELIEF**

4. Kamensky has retained Haynes and Boone to represent his individual interests in the above-captioned bankruptcy cases.

5. The contract information for Haynes and Boone is:

> HAYNES AND BOONE, LLP
> Patrick L. Hughes
> David Trausch
> 1221 McKinney Street, Suite 4000
> Houston, TX 77010
> Telephone.: (713) 547-2000
> Facsimile.: (713) 547-2600
> Email: patrick.hughes@haynesboone.com
> Email: david.trausch@haynesboone.com

6. Kamensky is not a creditor of the Debtors.

7. Kamensky approves and consents to the filing of the Motion.

8. The Motion is not sought for the purposes of delay and withdrawal will not cause delay in these cases or in any related adversary proceeding.

9. Pursuant to Rule 83.2 of the Local Rules for the Southern District of Texas, PLR respectfully requests this Court's approval to substitute Haynes and Boone as counsel of record for Kamensky in this matter and for PLR to be removed from any applicable notice and service lists, including the Court's CM/ECF electronic notification list.

10. PLR asserts there is no other person who is prejudiced by the requested relief.

## **EXPEDITED CONSIDERATION**

11. PLR respectfully requests expedited relief because the Mr. Kamensky is involved in the bankruptcy case and other than transition to the other counsel there is no reason for PLR to have to stay engaged in this representation when it has no role to play, no pleadings to file, and no arguments to make for a client who has obtained substitute counsel. As a result, PLR should no longer be included as counsel of record for Kamensky in the above-captioned bankruptcy cases.

[*Remainder of Page Intentionally Left Blank*]

**CONCLUSION**

WHEREFORE, PLR respectfully requests that the Court: (i) grant the Motion and allow PLR and all of its attorneys to withdraw as attorneys of record for Kamensky in the above-captioned bankruptcy cases; (ii) substitute Haynes and Boone as counsel for Kamensky in the above-captioned bankruptcy cases; and (iii) grant such other and further relief as may be just, fair, and equitable.

Dated: August 31, 2020    Respectfully submitted,

/s/ *Lenard M. Parkins*
PARKINS LEE & RUBIO LLP
Lenard M. Parkins PLLC
Lenard M. Parkins
TX Bar No. 15518200
Kyung S. Lee PLLC
Kyung S. Lee
TX Bar No. 12128400
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Email: lparkins@parkinslee.com
          klee@parkinslee.com
Phone: 713-715-1666

- and –

PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
Charles M. Rubio
TX Bar No. 24083768
50 Main Street, Suite 1000
White Plains, NY 10606
Email: crubio@parkinslee.com
Phone: 212-763-3331

*AGREED:*

**HAYNES AND BOONE, LLP**

By: */s/ Patrick L. Hughes*
Patrick L. Hughes
Texas State Bar No. 10227300
David Trausch
Texas State Bar No. 24113513
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone.: (713) 547-2000
Facsimile.: (713) 547-2600
Email: patrick.hughes@haynesboone.com
Email: david.trausch@haynesboone.com

**COUNSEL FOR DANIEL B. KAMENSKY**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 31, 2020, a true and correct copy of this document was served via the Court's CM/ECF system on all counsel of record who are deemed to have consented to electronic service.

*/s/ Lenard M. Parkins*
Lenard M. Parkins