**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NEIMAN MARCUS GROUP LTD LLC, | § | CASE NO. 20-32519 |
| et al, | § | |
| | § | |
| DEBTORS. | § | |

**OBJECTION TO CURE AMOUNT REGARDING 2700 POST OAK BLVD.**
**(RE DOCKET NO. 1513)**

Three Galleria Office Buildings, LLC objects to the cure amount listed at Docket No. 1513, at p. 244, line 1074, and incorrectly referencing Walton Houston Galleria Office, LP,

1. Debtor(s) have not remitted post-petition utility charges since entering bankruptcy, in at least the amount of at least $20,122.82 for the months of April, May, and June, 2020, combined, with additional amounts due for July and August, 2020.

2. Landlord reserves the rights to amended and/or supplement this cure objection.

WHEREFORE, Three Galleria Office Buildings, LLC respectfully requests that the Debtor(s) cure the utility charges and all other cure costs prior to assumption of the lease.  Landlord requests such other and further relief to which Landlord is entitled at law or in equity.

Dated:  August 31, 2020          Respectfully submitted:

                                 WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                 By:    /s/ Jeff Carruth
                                     JEFF CARRUTH
                                     State Bar No. 24001846
                                     3030 Matlock Rd., Suite 201
                                     Arlington, Texas 76015
                                     Direct: (713) 341-1158
                                     Facsimile: (866) 666-5322
                                     jcarruth@wkpz.com

                                 ATTORNEYS FOR THREE GALLERIA OFFICE
                                 BUILDINGS, LLC

## <u>CERTIFICATE OF SERVICE</u>

On August 31, 2020, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon counsel for the Debtor and all registered ECF users who have appeared in this case to date through the ECF noticing system.

*/s/ Jeff Carruth*

JEFF CARRUTH

---

**OBJECTION TO CURE AMOUNT REGARDING 2700 POST OAK BLVD.**
**(RE DOCKET NO. 1513) — Page 2** 1850583.DOCX