

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/01/2020

| | |
|---|---|
| In re: | Chapter 11 |
| Neiman Marcus Group LTD LLC, et al.[1] | Case No. 20-32519 (DRJ) |
| Debtors. | (Jointly Administered) |

ORDER GRANTING
PARKINS LEE & RUBIO LLP'S EXPEDITED MOTION TO WITHDRAW
AS COUNSEL TO DAN KAMENSKY
(Docket No. 1676)

Upon consideration of the Motion to Withdraw as Counsel to Dan Kamensky (the "Motion") filed by Parkins Lee & Rubio LLP ("PLR"), it is hereby ORDERED that:

1. The Motion to granted.

2. Haynes and Boone, LLP is substituted in as counsel of record for Dan Kamensky in the above-captioned matter. PLR is removed as counsel of record for Dan Kamensky and shall be removed from any applicable notice and service lists.

Signed: August 31, 2020.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.