

ENTERED
09/01/2020

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Neiman Marcus Group LTD LLC, et al.[1] | Case No. 20-32519 (DRJ) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING**
**PARKINS LEE & RUBIO LLP'S EXPEDITED MOTION TO WITHDRAW**
**AS COUNSEL TO MARBLE RIDGE CAPITAL LP**
(Docket No. 1677)

Upon consideration of the Motion to Withdraw as Counsel to Marble Ridge Capital LP

(the "Motion") filed by Parkins Lee & Rubio LLP ("PLR"), it is hereby ORDERED that:

1.     The Motion to granted.

2.     Foley & Lardner LLP is substituted in as counsel of record for Marble Ridge

Capital LP in the above-captioned matter.  PLR is removed as counsel of record for Marble Ridge

Capital LP and shall be removed from any applicable notice and service lists.

**Signed:  August 31, 2020.**

_____

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.