IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Neiman Marcus Group LTD LLC, *et al.*,[1] | § | Case No. 20-32519 (DRJ) |
| | § | |
| Debtors. | § | Jointly Administered |

## 5TH AVENUE SALON LLC'S WITNESS AND EXHIBIT LIST FOR THE HEARING SCHEDULED SEPTEMBER 4, 2020 AT 9:00 AM

5th Avenue Salon LLC (the "**Salon**") designates the following witnesses and exhibits for the hearing scheduled before this Court in the above-captioned case on **Friday, September 4, 2020 at 9:00 a.m.**

## WITNESSES

1. Carol Nappi, manager of the Salon;

2. Samuel Nappi, member of the Salon;

3. Bergdorf Goodman Representative;

4. Any witness listed or called by any other party; and

5. Any witness necessary to rebut the testimony of a witness called or designated by any other party.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

**EXHIBITS**

| Exh. | Description | Offered | Objection(s) | Admitted |
|---|---|---|---|---|
| 1. | The Salon's *Objection to Confirmation of the Plan* [Docket No. 1662] **SALON000001-12** | | | |
| 2. | The Salon's *Objection to Assumption and Cure* [Docket No. 1596] **SALON000013-25** | | | |
| 3. | The Salon's *Complaint* [Adv. Docket No. 1] filed in the Adversary Proceeding styled *5th Avenue Salon LLC v. Bergdorf Goodman Inc.*, Cause No. 20-03406 **SALON000026-38** | | | |
| 4. | The Salon's *Proof of Claim* [Claim No. 12] and *Amended Proof of Claim* [Claim No. 12-2] **SALON000039-47** | | | |
| 5. | License Agreement dated January 18, 2019 and the 2020 Amendment thereto **SALON000048-49** | | | |
| 6. | The Debtors' *Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1700] **SALON000050-000192** | | | |
| 7. | The Debtors' *Plan Supplement for the First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1513] **SALON000193-473** | | | |
| 8. | The Debtors' *Notice of Filing Exhibit to the Disclosure Statement* [Docket No. 1452] **SALON 000474-001166** | | | |
| 9. | NY Executive Order 202.6, dated March 20, 2020 (requiring all non-essential businesses to close in-office personnel functions as of March 20, 2020) **SALON001167-001169** | | | |
| 10. | NY Executive Order 202.7, dated March 19, 2020 (directing hair salons to close their doors as of March 21, 2020) **SALON001170-001172** | | | |

| Exh. | Description | Offered | Objection(s) | Admitted |
|---|---|---|---|---|
| 11. | NY Executive Order 202.8, dated March 21, 2020 (mandating reduction of in-person workforce by 100% by March 22, 2020) **SALON001173-001175** | | | |
| | All exhibits presented or designated by any other party. | | | |
| | All exhibits necessary to rebut any exhibit presented or designated by any other party. | | | |

The Salon asks that the Court take judicial notice of the claims register and the pleadings, affidavits, and exhibits filed (including any and all schedules, amendments, exhibits, and other attachments thereto) in this case. The Salon reserves the right to supplement or amend this Witness and Exhibit List anytime prior to the hearing.

Dated: September 2, 2020

Respectfully submitted,

By: /s/ Keith M. Aurzada
Keith M. Aurzada (SBN 24009880)
Michael P. Cooley (SBN 24034388)
Lindsey L. Robin (SBN 24091422)
Devan J. Dal Col (SBN 24116244)
**REED SMITH LLP**
2501 N. Harwood, Suite 1700
Dallas, Texas 75201
T: 469.680.4200
F: 469.680.4299
kaurzada@reedsmith.com
mpcooley@reedsmith.com
lrobin@reedsmith.com
ddalcol@reedsmith.com

*Attorneys for 5th Avenue Salon LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on **September 2, 2020** a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system upon all parties registered to receive electronic notices in this case.

                                          */s/ Lindsey L. Robin*
                                            Lindsey L. Robin