

ENTERED
09/03/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NEIMAN MARCUS GROUP LTD LLC, *et al.,* | : | Case No.  20-32519 (DRJ) |
| | : | |
| Debtors.¹ | : | (Jointly Administered) |
| | : | |

### ORDER GRANTING BROWN RUDNICK LLP'S MOTION TO WITHDRAW DECLARATION OF EDWARD S. WEISFELNER
(Related to Docket No. ___)   1674

Upon consideration of Brown Rudnick LLP's Motion to Withdraw Declaration of Edward S. Weisfelner (the "Motion"), it is hereby **ORDERED** that:

1. The Motion be granted.

2. The Declaration of Edward S. Weisfelner, including Exhibits 1 and 2 attached thereto, filed at Docket No. 1432, are withdrawn from the record in the above-captioned matter.

**Signed:  September 03, 2020.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.