IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NEIMAN MARCUS GROUP LTD LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-32519 (DRJ)<br><br>Jointly Administered |

**AMENDED NOTICE OF HEARING**
[Related Doc. No. 1823]

**PLEASE TAKE NOTICE** that the hearing on the *Official Committee Of Unsecured Creditors' Objection Pursuant To Bankruptcy Code Section 502(B) And Rule 3007 Of The Federal Rules Of Bankruptcy Procedure Seeking To Expunge And Disallow Claim Of Lieselette Mesher, Through Stewart Mesher As Attorney-In-Fact And Next Friend (Claim No. 2346)* [Docket No. 1823]; has been set for **November 23, 2020 at 2:00 PM (CT)** before the Honorable David R. Jones, United States Bankruptcy Judge [No in-person hearing will be conducted in the Courthouse].

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held by telephone and the Court's dial-in number for telephonic appearance is 1-832-917-1510 and the conference room number is 205-691. In addition, you may also view on-line by connecting to https://GoToMeet.me/judgejones and the meeting code is "judgejones".

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

61208/0002-21486219v1

Dated: October 15, 2020                    Respectfully submitted,

                                                                By: */s/ Michael D. Warner*
                                                                    Michael D. Warner, Esq. (TX Bar No. 00792304)
                                                                    Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
                                                                    **COLE SCHOTZ P.C.**
                                                                    301 Commerce Street, Suite 1700
                                                                    Ft. Worth, TX 76102
                                                                    (817) 810-5250
                                                                    (817) 810-5255 (fax)
                                                                    mwarner@coleschotz.com
                                                                    bwallen@coleschotz.com

                                                                    *Counsel for the Liquidating Trustee of the Liquidating GUC Trust*

## CERTIFICATE OF SERVICE

     I hereby certify that on October 15, 2020 I caused a true and correct copy of the foregoing document to be served electronically on all parties that are registered to receive electronic notices through this Court's CM/ECF noticing system in the above cases.

                                                                    */s/ Michael D. Warner*
                                                                    Michael D. Warner