

ENTERED
12/11/2020

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*[1] | Case No. 20-32519 (DRJ) |
| Debtors. | Jointly Administered |

**ORDER GRANTING SECOND INTERIM AND FINAL APPLICATION OF COLE
SCHOTZ P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AS COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD FROM
MAY 22, 2020 THROUGH SEPTEMBER 3, 2020**
(Related Docket No. 2051)

Upon consideration of the *Second Interim and Final Application of Cole Schotz P.C. for Allowance of Compensation for Services Rendered as Counsel to the Official Committee of Unsecured Creditors for the Period from May 22, 2020 through September 3, 2020* (the "**Application**");[2] and this Court having jurisdiction over the Application; and due and adequate notice of the Application and the relief requested therein having been given under the circumstances and no other or further notice being required; and the Court having read and considered the Application, objections to Application, if any, and arguments of counsel, if any;

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996).  The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Application.

61208/0001-21489162v1

- 2 -

and any objections to the Application having been resolved or overruled; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      The relief requested in the Application is hereby **GRANTED** as provided herein.

2.      Cole Schotz is hereby awarded, on an interim basis, the allowance of $288,536.00 for compensation for professional services and $507.66 for reimbursement of expenses for the period of August 1, 2020 through September 3, 2020.

3.      Cole Schotz is hereby awarded final allowance of $1,269,317.50 for compensation for professional services and $1,839.68 for reimbursement of expenses for the period of May 22, 2020 through September 3, 2020.

4.      The Debtors are hereby authorized to immediately pay Cole Schotz any unpaid portion of such allowed fees and expenses.

Signed:  December 10, 2020.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

- 2 -

61208/0001-21489162v1