

ENTERED
12/11/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> NEIMAN MARCUS GROUP LTD LLC, *et al.*[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-32519 (DRJ) <br><br> Jointly Administered <br><br> (Docket No. 2052) |

## ORDER GRANTING SECOND AND FINAL APPLICATION PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MAY 22, 2020 THROUGH SEPTEMBER 4, 2020 [RE DOCKET NO. 2052]

Upon the Application (the "Application")[2] of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Neiman Marcus Group LTD LLC and its affiliated debtors (collectively, the "Debtors") for entry of an order (this "Order"): (a) awarding PSZJ final compensation for professional services provided during the Final Fee Period in the amount of $5,562,538.00 and reimbursement of expenses incurred during the Final Fee Period in the amount of $111,861.34 for a total final award of $5,674,399.34; (b) authorizing and directing the Debtors to remit payment to PSZJ for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Final Application.

DOCS_LA:332373.2 59944/002

such fees; and (c) granting such other relief as is appropriate under the circumstances, all as more fully set forth in the Final Application; and the Court having jurisdiction over the Final Application; and due and adequate notice of the Final Application having been given pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules; and the Court having read and considered the Final Application; objections to the Final Application, if any, and arguments of counsel, if any; and any objections to the Final Application having been resolved or overruled; and after due deliberation and for good cause shown, it is HEREBY ORDERED THAT:

1. The Final Application is GRANTED as set forth herein.

2. PSZJ is hereby awarded, on a final basis, the allowance of $5,562,538.00 for compensation of professional services and $111,861.34 for reimbursement of expenses rendered to the Committee during the period of May 22, 2020 through and including September 4, 2020 for a total final award of $5,674,399.34.

3. The Debtors are hereby authorized to pay PSZJ all fees and expenses allowed pursuant to this Order, less amounts previously paid.

**Signed: December 10, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_LA:332373.2 59944/002