IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | ) Case No. 20-32519 (DRJ) |
|  | ) |
|  | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
|  | ) **Re: Docket No.** 2044 |

### ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR THE REORGANIZED DEBTORS, FOR THE PERIOD FROM MAY 7, 2020 THROUGH AND INCLUDING SEPTEMBER 4, 2020

Upon the *First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Reorganized Debtors, for the Period from May 7, 2020 Through and Including September 4, 2020* [Docket No. 2044] (the "Fee Application")[2] filed by Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "K&E"); and the Court having reviewed the Fee Application, the matters contained therein and exhibits thereto and finding that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, the Court orders as follows:

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

4. Compensation to K&E for professional services rendered for the period from May 7, 2020, through and including September 4, 2020 (the "Fee Period"), is allowed on a final basis for the Debtors in the amount of $10,334,120.00.

5. Reimbursement to K&E for expenses incurred during the Fee Period is allowed on a final basis for the Debtors in the amount of $517,102.26.

6. The Debtors are authorized to pay K&E all unpaid fees and expenses allowed pursuant to this Order.

Houston, Texas

Signed: December 10, 2020.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE