IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | ) Case No. 20-32519 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### ORDER GRANTING JACKSON WALKER LLP'S
### FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND
### PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS
### FOR THE PERIOD FROM MAY 7, 2020 THROUGH SEPTEMBER 4, 2020
(Relates to Docket No. 2046)

CAME ON FOR CONSIDERATION, the *First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period May 7, 2020 Through September 4, 2020* (the "Application")[2] filed by Jackson Walker LLP, and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that JW is hereby allowed final compensation for attorneys' fees in the amount of $380,573.50 incurred from May 7, 2020 Through September 4, 2020; it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

27226655v.2 157047/00001

ORDERED, that JW is hereby allowed final reimbursement of interim expenses in the amount of $6,103.70; it is further

ORDERED, that the Debtors are authorized to pay to JW the following fees and expenses approved herein less any fees and expenses previously paid pursuant to the Interim Compensation Order:

| | |
|---|---:|
| Total Fees Requested: | $380,573.50 |
| Total Expenses Requested: | $6,103.70 |
| **Total Requested in this Application:** | **$386,677.20** |
| Amount Paid for Monthly Fee Statements: | $122,076.50 |
| **Total Fees and Expenses Due:** | **$264,600.70** |

**Signed:  December 10, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

27226655v.2 157047/00001