**<u>Exhibit B</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*, [1] | ) |
| | ) Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**ORDER SUSTAINING LIQUIDATING TRUSTEE'S
SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (BOOKS AND RECORDS
CLAIMS)**

[Related Docket No.\_\_\_\_\_]

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (this "Order")

(i) disallowing and expunging or (ii) reducing and allowing, as applicable, the claims identified on

**Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1.       The Objection is sustained as set forth herein.

2.       Each claim identified on **Schedule 1A** to this Order is disallowed in its entirety.

3.       Each claim identified on **Schedule 1B** to this Order is reduced to the allowed

amount as identified.

---

[1]    The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Sixteenth Omnibus Objection to Claims (Books and Records Claims)*.

4.     Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

5.     Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

6.     Notwithstanding the relief granted in this Order or any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

7.     The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

[*Remainder of Page Intentionally Left Blank*]

8.      The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take

all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the

Objection.

9.      This Court shall retain exclusive jurisdiction to resolve any dispute arising from or

related to this Order.

Houston, Texas
Date:_____, 2021

_____
THE HONORABLE DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY
JUDGE

**<u>Schedule  1</u>**

**Schedule 1A**

**Disallowed Claims**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 1 | 1 ABOVE ELEVATOR INSPECTIONS | Neiman Marcus Group LTD LLC | 1009 | 6/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,150.00<br><br>Total: $1,150.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 2 | 2HYPE INC | Neiman Marcus Group LTD LLC | 3362 | 1/12/2021 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,077.50<br><br>Total: $1,077.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 3 | ABBCH OUSTERHOUT, LTD DBA O'MY GOODNESS! | Neiman Marcus Group LTD LLC | 845 | 5/25/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,220.00<br><br>Total: $1,220.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 4 | ADVERIS, LLC (DBA MOODCAST FRAGRANCE CO.) | Neiman Marcus Group LTD LLC | 879 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,520.00<br><br>Total: $2,520.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 5 | AGI SUPREME LLC | Neiman Marcus Group LTD LLC | 2069 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,871.78<br><br>Total: $1,871.78 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 6 | AIR FORCE FILTER, LLC. | Neiman Marcus Group LTD LLC | 1745 | 7/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,191.45<br><br>Total: $1,191.45 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 7 | ALEXIS MERCIER | Neiman Marcus Group LTD LLC | 475 | 5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,200.00<br><br>Total: $2,200.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 8 | ALLIED FLOW SPECIALISTS, INC. | Neiman Marcus Group LTD LLC | 1646 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,436.69<br><br>Total: $2,436.69 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 9 | ALLUME | Bergdorf Goodman Inc. | 816 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,143.77<br><br>Total: $2,143.77 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 10 | AMI PARIS | Bergdorf Goodman Inc. | 1493 | 7/6/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,855.57<br><br>Total: $1,855.57 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 11 | ANAHEIM GLASS INC | Neiman Marcus Group LTD LLC | 1905 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,311.30<br><br>Total: $1,311.30 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 12 | ANDREA NOELLE | Neiman Marcus Group LTD LLC | 537 | 5/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,363.44<br><br>Total: $1,363.44 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 13 | AUDREY TAILLÃ©E | Neiman Marcus Group LTD LLC | 465 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,012.50<br><br>Total: $1,012.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 14 | AURELE LIMITED | Neiman Marcus Group LTD LLC | 423 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,570.00<br><br>Total: $1,570.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 15 | AUTONOLEGGIO CON CONDUCENTE ENRICO SECCI | Neiman Marcus Group LTD LLC | 570 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,040.94<br><br>Total: $1,040.94 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 16 | BAROQUE JAPAN LIMITED | Bergdorf Goodman Inc. | 906 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,311.00<br><br>Total: $1,311.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 17 | BIG ISLAND CANDIES | Neiman Marcus Group LTD LLC | 3308 | 10/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,985.88<br><br>Total: $1,985.88 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 18 | BRAVE KID SRL | Bergdorf Goodman Inc. | 1110 | 6/5/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,154.00<br><br>Total: $2,154.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 19 | CANON SOLUTIONS AMERICA, INC. | Neiman Marcus Group LTD LLC | 2418 | 7/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,412.96<br><br>Total: $1,412.96 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 20 | CARRUPT LOUIS | Neiman Marcus Group LTD LLC | 426 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,619.25<br><br>Total: $1,619.25 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 21 | CELIA FRANCES | Neiman Marcus Group LTD LLC | 1217 | 6/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,034.26<br><br>Total: $1,034.26 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 22 | CELINA LEUNG | Bergdorf Goodman Inc. | 16 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,193.75<br><br>Total: $1,193.75 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 23 | CELMOL INC. DBA MARK ROBERTS | Neiman Marcus Group LTD LLC | 471 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,812.00<br><br>Total: $1,812.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 24 | CHAITNATH HARDUAR (LASER TECH JEWELRY REPAIR INC) | Neiman Marcus Group LTD LLC | 1365 | 6/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,280.00<br><br>Total: $1,280.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 25 | CHAMBERS & CHAMBERS WINE MERCHANTS | Neiman Marcus Group LTD LLC | 1012 | 6/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,356.00<br><br>Total: $1,356.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 26 | CITY OF SUNRISE, A FLORIDA MUNICIPAL CORPORATION | Neiman Marcus Group LTD LLC | 2040 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,200.00<br><br>Total: $1,200.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 27 | CITY OF TAMPA - ORACLE LOCKBOX | Neiman Marcus Group LTD LLC | 2612 | 8/5/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,714.00<br><br>Total: $1,714.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 28 | CLEANERS SUPPLY, INC. | Neiman Marcus Group LTD LLC | 1161 | 6/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,218.69<br><br>Total: $1,218.69 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 29 | CLOUDNOLA INC. | Neiman Marcus Group LTD LLC | 298 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,416.00<br><br>Total: $1,416.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 30 | CREATIVE VISUAL SYSTEMS | Bergdorf Goodman Inc. | 339 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,715.00<br><br>Total: $1,715.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 31 | DENVER MODEL & TALENT LTD DBA DONNA BALDWIN AGENCY | Neiman Marcus Group LTD LLC | 1304 | 6/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,854.40<br><br>Total: $1,854.40 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 32 | DRIVERS LICENSE GUIDE COMPANY | Neiman Marcus Group LTD LLC | 1257 | 6/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,141.75<br><br>Total: $1,141.75 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 33 | ELISE TESTOT | Neiman Marcus Group LTD LLC | 412 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,211.17<br><br>Total: $2,211.17 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 34 | FRANK NEW | Neiman Marcus Group LTD LLC | 368 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,322.00<br><br>Total: $2,322.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 35 | HARDIE'S FRUIT & VEGETABLE CO.-HOUSTON, LP | The Neiman Marcus Group LLC | 2018 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,919.24<br><br>Total: $1,919.24 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 36 | HENRY DE CASTILLON | Neiman Marcus Group LTD LLC | 604 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,374.00<br><br>Total: $2,374.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 37 | HEREU STUDIO, S.L | Bergdorf Goodman Inc. | 487 | 5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,044.00<br><br>Total: $2,044.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 38 | HP INC. | Neiman Marcus Group LTD LLC | 2796 | 9/2/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,949.00<br><br>Total: $1,949.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 39 | HUM NUTRITION | Neiman Marcus Group LTD LLC | 812 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,165.50<br><br>Total: $1,165.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 40 | JFA DESIGNS, INC | Neiman Marcus Group LTD LLC | 1226 | 6/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,415.00<br><br>Total: $2,415.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 41 | LIVIN, LLC | Neiman Marcus Group LTD LLC | 641 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,343.00<br><br>Total: $1,343.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 42 | MACKENZIE GROUP INC | Bergdorf Goodman Inc. | 1514 | 7/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,412.11<br><br>Total: $1,412.11 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 43 | MAYA CHIA | Neiman Marcus Group LTD LLC | 152 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,771.20<br><br>Total: $1,771.20 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 44 | MERRICK CULP DESIGNS LLC | Neiman Marcus Group LTD LLC | 112 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,536.30<br><br>Total: $1,536.30 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 45 | MILK MANAGEMENT LIMITED | Neiman Marcus Group LTD LLC | 417 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,837.50<br><br>Total: $1,837.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 46 | MR. LUIS ESCARRIA | Bergdorf Goodman Inc. | 1185 | 6/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,000.00<br><br>Total: $1,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 47 | NICOLETTA CAKE MARSHMALLOW | The NMG Subsidiary LLC | 915 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,370.97<br><br>Total: $1,370.97 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 48 | OCCASIONALLY MADE LLC, DBA SWIG LIFE | Neiman Marcus Group LTD LLC | 262 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,075.00<br><br>Total: $2,075.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 49 | ON TIMES SALES LLC | Neiman Marcus Group LTD LLC | 1813 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,066.80<br><br>Total: $1,066.80 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 50 | PASOTTI OMBRELLI S.R.L. | Bergdorf Goodman Inc. | 151 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,241.00<br><br>Total: $1,241.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 51 | PETER DUDGEON INT'L | Neiman Marcus Group LTD LLC | 911 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,017.43<br><br>Total: $2,017.43 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 52 | PHILLIP KADOWAKI | Bergdorf Goodman Inc. | 15 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,487.50<br><br>Total: $1,487.50 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 53 | POETIC PILLOW | Neiman Marcus Group LTD LLC | 764 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,016.00<br><br>Total: $1,016.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 54 | PRSB LLC | The Neiman Marcus Group LLC | 742 | 5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,055.00<br><br>Total: $1,055.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 55 | RADAR PROMOTIONS | Neiman Marcus Group LTD LLC | 1428 | 6/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,795.12<br><br>Total: $1,795.12 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 56 | RUFFLEBUTTS, INC | Neiman Marcus Group LTD LLC | 1249 | 6/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,092.75<br><br>Total: $1,092.75 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 57 | SAFETY-KLEEN/CLEANHARBORS | Bergdorf Goodman Inc. | 1155 | 6/5/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,998.40<br><br>Total: $1,998.40 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 58 | SARA ROBATI | Neiman Marcus Group LTD LLC | 791 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,294.67<br><br>Total: $1,294.67 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 59 | SJOKLAEDAGERDIN HF. (66°NORTH) | Neiman Marcus Group LTD LLC | 1216 | 6/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,329.00<br><br>Total: $2,329.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 60 | SOHO LETTERPRESS INC. | Bergdorf Goodman Inc. | 2674 | 8/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,221.75<br><br>Total: $2,221.75 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 61 | SRS SECUIRTY AGENCY, LLC | Neiman Marcus Group LTD LLC | 1286 | 6/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,791.30<br><br>Total: $1,791.30 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 62 | STÃ©PHANIE JACQUET | Neiman Marcus Group LTD LLC | 413 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,294.00<br><br>Total: $1,294.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 63 | STUDIO GALA | Neiman Marcus Group LTD LLC | 425 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,375.16<br><br>Total: $2,375.16 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 64 | SUNNYLIFE LLC | Neiman Marcus Group LTD LLC | 1271 | 6/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,507.54<br><br>Total: $2,507.54 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 65 | SWEET STREET DESSERTS INC | The Neiman Marcus Group LLC | 20 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,587.80<br><br>Total: $1,587.80 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 66 | THE CAROLING PARTY INC | Neiman Marcus Group LTD LLC | 1764 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,000.00<br><br>Total: $1,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Reasoning for Objection |
|---|---|---|---|---|---|---|
| 67 | THE CLUTTS AGENCY, INC | Neiman Marcus Group LTD LLC | 200 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,950.00<br><br>Total: $1,950.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 68 | THIS WORKS PRODUCTS LTD | Neiman Marcus Group LTD LLC | 909 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,248.16<br><br>Total: $2,248.16 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 69 | UNIVERSAL TAG, INC. | Neiman Marcus Group LTD LLC | 1362 | 6/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,717.00<br><br>Total: $1,717.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 70 | VIE HEALING | Neiman Marcus Group LTD LLC | 2644 | 8/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,450.00<br><br>Total: $2,450.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 71 | WILL MORGAN, MARTIN SLIVKA TRADING AS WILMA | Neiman Marcus Group LTD LLC | 410 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,500.00<br><br>Total: $2,500.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 72 | WILLIAM G. BURNS BUSINESS EXPRESS PRESS | Neiman Marcus Group LTD LLC | 773 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,195.08<br><br>Total: $2,195.08 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 73 | WINDSTREAM | Neiman Marcus Group LTD LLC | 3067 | 10/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,675.87<br><br>Total: $1,675.87 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 74 | WJM PRODUCTIONS, INC | Neiman Marcus Group LTD LLC | 1658 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,500.00<br><br>Total: $2,500.00 | Claim is inconsistent with the Reorganized Debtors' books and records |

## __Schedule 1B__

**Reduced and Allowed Claims**

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim Amount | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | BALLIN INTERNATIONAL | Neiman Marcus Group LTD LLC | 2641 | 8/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,950.00<br><br>Total: $7,950.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,576.04<br><br>Total: $6,576.04 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 2 | ELITE MODEL MANAGEMENT LLC | Neiman Marcus Group LTD LLC | 2531 | 7/24/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $17,871.13<br><br>Total: $17,871.13 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $16,200.00<br><br>Total: $16,200.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 3 | SENSISTUDIO S.A. | Neiman Marcus Group LTD LLC | 986 | 5/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $6,000.00<br>General Unsecured: $2,171.28<br><br>Total: $8,171.28 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $6,000.00<br>General Unsecured: $0.00<br><br>Total: $6,000.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 4 | SENSISTUDIO S.A. | Bergdorf Goodman Inc. | 1082 | 6/4/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $1,050.00<br>General Unsecured: $1,106.00<br><br>Total: $2,156.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $1,050.00<br>General Unsecured: $0.00<br><br>Total: $1,050.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 5 | THE COSMETICS FRIDGE | Neiman Marcus Group LTD LLC | 2804 | 9/3/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $6,850.00<br><br>Total: $6,850.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,335.07<br><br>Total: $5,335.07 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 6 | UN CADEAU DE LA PROVIDENCE | Bergdorf Goodman Inc. | 2538 | 7/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,845.00<br><br>Total: $2,845.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,261.00<br><br>Total: $1,261.00 | Claim is inconsistent with the Reorganized Debtors' books and records |
| 7 | XPO LOGISTICS | Bergdorf Goodman Inc. | 2663 | 8/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,491.01<br><br>Total: $4,491.01 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,020.10<br><br>Total: $2,020.10 | Claim is inconsistent with the Reorganized Debtors' books and records |