IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) <br> ) <br> ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | ) <br> ) Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | ) <br> ) (Jointly Administered) <br> ) |

**ORDER SUSTAINING LIQUIDATING TRUSTEE'S
FIFTH OMNIBUS OBJECTION TO CLAIMS (WAIVED CLAIMS)**

[Related Docket No.2385]

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (this "Order") disallowing and expunging the claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. The Objection is sustained as set forth herein.

2. Each claim identified on **Schedule 1** to this Order is disallowed in its entirety or reduced to the allowed amount as identified on **Schedule 1** to this Order.

3. The hearing on the Objection as it relates to the claims identified on **Schedule 2** is hereby adjourned to a later date to be determined.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Fifth Omnibus Objection to Claims (Waived Claims)*.

4. The Liquidating Trustee's Objection to each of the claims identified on **Schedule 3** is hereby withdrawn without prejudice.[3]

5. Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

6. Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

7. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

8. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

[*Remainder of Page Intentionally Left Blank*]

---

[3] For the avoidance of doubt, the claims set forth on **Schedule 4**, were withdrawn by separate notices dated April 29, 2021 and May 6, 2021, respectively. *See Notice of Withdrawal of Liquidating Trustee's Fifth Omnibus Objection to Claims (Waived Claims) Solely as it Relates to Certain Claims* [ECF No. 2435]; *Notice of Withdrawal of Liquidating Trustee's Fifth Omnibus Objection to Claims (Waived Claims) Solely as it Relates to Claim Number 670* [ECF No. 2448].

9. The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

10. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**Signed: May 25, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**Schedule 1**

**Sustained Claim Objections**

# Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | 111 SKIN LIMITED | The Neiman Marcus Group LLC | 2050 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $153,818.00<br><br>Total: $153,818.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 2 | 111 SKIN LIMITED | Bergdorf Goodman Inc. | 2048 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $45,907.00<br><br>Total: $45,907.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 3 | ADEAM INTERNATIONAL CORPORATION | Neiman Marcus Group LTD LLC | 127 | 5/9/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $145,306.78<br><br>Total: $145,306.78 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 4 | ALEXIS LLC | Neiman Marcus Group LTD LLC | 1135 | 6/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $108,856.00<br><br>Total: $108,856.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 5 | ALEXIS LLC | Bergdorf Goodman Inc. | 1136 | 6/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $5,884.20<br><br>Total: $5,884.20 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 6 | ALICE & OLIVIA LLC | Neiman Marcus Group LTD LLC | 2181 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,911,799.61<br><br>Total: $4,911,799.61 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 7 | ALICE & OLIVIA LLC | Bergdorf Goodman Inc. | 2182 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $541,845.30<br><br>Total: $541,845.30 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 8 | AMOREPACIFIC US, INC. | The Neiman Marcus Group LLC | 519 | 5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $454,384.41<br><br>Total: $454,384.41 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 9 | ANTICA FARMACISTA | Bergdorf Goodman Inc. | 22 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $14,012.00<br><br>Total: $14,012.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 10 | ANTICA FARMACISTA | Neiman Marcus Group LTD LLC | 26 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,369.00<br><br>Total: $11,369.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 11 | BARBARA STURM USA CORP | The Neiman Marcus Group LLC | 631 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $271,696.00<br><br>Total: $271,696.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 12 | BARBARA STURM USA CORP | Bergdorf Goodman Inc. | 632 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $42,062.00<br><br>Total: $42,062.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 13 | BECDG | Bergdorf Goodman Inc. | 930 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $12,406.82<br><br>Total: $12,406.82 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 14 | BOGLIOLI CORP | Neiman Marcus Group LTD LLC | 752 | 5/21/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $43,712.89<br><br>Total: $43,712.89 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 15 | CAMILLA AUSTRALIA PTY LIMITED | The Neiman Marcus Group LLC | 312 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $614,127.43<br><br>Total: $614,127.43 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 16 | CAMILLA AUSTRALIA PTY LIMITED | Bergdorf Goodman Inc. | 328 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $49,013.45<br><br>Total: $49,013.45 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 17 | CECILIE BAHNSEN APS | Bergdorf Goodman Inc. | 329 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $8,159.66<br><br>Total: $8,159.66 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 18 | CHANTECAILLE BEAUTE INC | Neiman Marcus Group LTD LLC | 41 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,029,592.80<br><br>Total: $1,029,592.80 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 19 | CHANTELLE LINGERIE | Bergdorf Goodman Inc. | 866 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $10,135.71<br><br>Total: $10,135.71 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 20 | CHARVET PLACE VENDÔME SAS | Bergdorf Goodman Inc. | 549 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $88,226.38<br><br>Total: $88,226.38 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 21 | CHARVET PLACE VENDÔME SAS | Neiman Marcus Group LTD LLC | 848 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $80,738.25<br><br>Total: $80,738.25 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 22 | CL US DISTRIBUTION CORPORATION | Neiman Marcus Group LTD LLC | 1235 | 6/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,271,962.15<br><br>Total: $2,271,962.15 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 23 | COMMANDO LLC | Neiman Marcus Group LTD LLC | 794 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $119,488.50<br><br>Total: $119,488.50 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 24 | DOLCE & GABBANA USA INC | Neiman Marcus Group LTD LLC | 96 | 5/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,518,993.00<br><br>Total: $2,518,993.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 25 | EDWARD BESS INC | Neiman Marcus Group LTD LLC | 11 | 5/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $27,771.17<br><br>Total: $27,771.17 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 26 | ESKANDAR LIMITED | Neiman Marcus Group LTD LLC | 598 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $79,215.00<br><br>Total: $79,215.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 27 | ETRO USA INC. | The Neiman Marcus Group LLC | 2042 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $565,638.00<br><br>Total: $565,638.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 28 | ETRO USA INC. | Bergdorf Goodman Inc. | 1938 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $44,224.00<br><br>Total: $44,224.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 29 | FINLEY SHIRTS, INC | Neiman Marcus Group LTD LLC | 97 | 5/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $516,237.12<br><br>Total: $516,237.12 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 30 | FRAME LA BRANDS, LLC | The Neiman Marcus Group LLC | 2068 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,565,812.47<br><br>Total: $2,565,812.47 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 31 | GABRIELA HEARST LLC | Neiman Marcus Group LTD LLC | 646 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $79,576.00<br><br>Total: $79,576.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

# Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 32 | GGR US LLC | The Neiman Marcus Group LLC | 1707 | 7/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $501,304.60<br><br>Total: $501,304.60 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 33 | GGR US LLC | Neiman Marcus Group LTD LLC | 1903 | 7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $456,014.33<br><br>Total: $456,014.33 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 34 | GGR US LLC | Bergdorf Goodman Inc. | 1202 | 6/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $45,290.27<br><br>Total: $45,290.27 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 35 | GRUPO JOLC, S.A. DE C.V. | Bergdorf Goodman Inc. | 1513 | 7/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $25,224.00<br><br>Total: $25,224.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 36 | HANRO USA, INC. | Neiman Marcus Group LTD LLC | 2089 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $244,390.15<br><br>Total: $244,390.15 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 37 | HANRO USA, INC. | Bergdorf Goodman Inc. | 2088 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $17,105.35<br><br>Total: $17,105.35 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 38 | JAMARI INT'L LTD | Neiman Marcus Group LTD LLC | 175 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $159,583.85<br><br>Total: $159,583.85 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 39 | JAMARI INT'L LTD | Bergdorf Goodman Inc. | 173 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $30,240.50<br><br>Total: $30,240.50 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 40 | JAY STRONGWATER HOLDINGS LLC | The Neiman Marcus Group LLC | 565 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $238,090.01<br><br>Total: $238,090.01 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 41 | JOHANNA ORTIZ ZONA FRANCA SAS | Bergdorf Goodman Inc. | 567 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $9,253.80<br><br>Total: $9,253.80 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 42 | JOHN RICHARD | Neiman Marcus Group LTD LLC | 454 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $701,245.43<br><br>Total: $701,245.43 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 43 | JOHNNY WAS | Neiman Marcus Group LTD LLC | 76 | 5/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,427,027.83<br><br>Total: $1,427,027.83 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 44 | KARLA COLLETTO SWIMWEAR | Neiman Marcus Group LTD LLC | 107 | 5/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $82,601.28<br><br>Total: $82,601.28 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 45 | KIKA VARGAS | Bergdorf Goodman Inc. | 1632 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $37,013.00<br><br>Total: $37,013.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 46 | KIM SEYBERT INC. | Neiman Marcus Group LTD LLC | 196 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $99,907.00<br><br>Total: $99,907.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 47 | KIM SEYBERT INC. | Bergdorf Goodman Inc. | 295 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $10,586.00<br><br>Total: $10,586.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 48 | KITH LOGISTICS, LLC | Neiman Marcus Group LTD LLC | 594 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $65,927.62<br><br>Total: $65,927.62 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 49 | LANA UNLIMITED CO. | The Neiman Marcus Group LLC | 1520 | 7/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $188,811.75<br><br>Total: $188,811.75 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 50 | LISA TODD INTERNATIONAL, LLC | Neiman Marcus Group LTD LLC | 647 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $190,264.20<br><br>Total: $190,264.20 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 51 | LISE CHARMEL | Bergdorf Goodman Inc. | 478 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $8,568.00<br><br>Total: $8,568.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 52 | LISE CHARMEL US CORP | Neiman Marcus Group LTD LLC | 479 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $67,610.44<br><br>Total: $67,610.44 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 53 | LULU FROST INC | Neiman Marcus Group LTD LLC | 450 | 5/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $56,119.03<br><br>Total: $56,119.03 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 54 | MACKENZIE-CHILD'S, LLC | Neiman Marcus Group LTD LLC | 552 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $715,675.86<br><br>Total: $715,675.86 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 55 | MAGNANNI, INC. | Neiman Marcus Group LTD LLC | 101 | 5/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $147,993.07<br><br>Total: $147,993.07 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 56 | MAJESTIC | Neiman Marcus Group LTD LLC | 797 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $300,210.00<br><br>Total: $300,210.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 57 | MAJESTIC | Bergdorf Goodman Inc. | 799 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $39,111.00<br><br>Total: $39,111.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 58 | MANOLO BLAHNIK AMERICAS LLC | Neiman Marcus Group LTD LLC | 813 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,268,220.74<br><br>Total: $1,268,220.74 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 59 | MANOLO BLAHNIK AMERICAS LLC | Bergdorf Goodman Inc. | 994 | 5/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $350,223.81<br><br>Total: $350,223.81 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 60 | MICHAEL ARAM INC | Neiman Marcus Group LTD LLC | 658 | 5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $549,348.85<br><br>Total: $549,348.85 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 61 | MISHA & PUFF, LLC | Neiman Marcus Group LTD LLC | 1033 | 6/2/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $7,552.00<br><br>Total: $7,552.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 62 | MY OWN GARDEN SARL - JAR PARFUMS | Bergdorf Goodman Inc. | 947 | 5/28/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $40,500.00<br><br>Total: $40,500.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 63 | NANUSHKA INTERNATIONAL ZRT. | Bergdorf Goodman Inc. | 849 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $101,382.84<br><br>Total: $101,382.84 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 64 | NORMA KAMALI, INC. | The Neiman Marcus Group LLC | 2149 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $81,930.96<br><br>Total: $81,930.96 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 65 | OSCAR DE LA RENTA | Neiman Marcus Group LTD LLC | 2716 | 8/24/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $487,788.00<br><br>Total: $487,788.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 66 | PAIGE, LLC | Neiman Marcus Group LTD LLC | 663 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $302,672.40<br><br>Total: $302,672.40 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 67 | PARKER LIFESTYLE, LLC | Neiman Marcus Group LTD LLC | 521 | 5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $641,021.75<br><br>Total: $641,021.75 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 68 | PETER DO, LLC | Bergdorf Goodman Inc. | 1152 | 6/9/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $78,932.00<br><br>Total: $78,932.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 69 | PLANTAGE RIO INC | Neiman Marcus Group LTD LLC | 704 | 5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $486,037.35<br><br>Total: $486,037.35 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 70 | PRADA USA CORP. | Neiman Marcus Group LTD LLC | 1804 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,000,000.00<br><br>Total: $2,000,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 71 | PROENZA SCHOULER | Bergdorf Goodman Inc. | 1486 | 7/6/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $138,445.00<br><br>Total: $138,445.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 72 | PROENZA SCHOULER | Neiman Marcus Group LTD LLC | 1485 | 7/6/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $126,670.40<br><br>Total: $126,670.40 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 73 | RAG & BONE INDUSTRIES LLC | Neiman Marcus Group LTD LLC | 2131 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,091,211.56<br><br>Total: $2,091,211.56 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 74 | REEM BRIDALS LLC | Bergdorf Goodman Inc. | 1781 | 7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $71,325.74<br><br>Total: $71,325.74 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 75 | RETROFETE INC | Neiman Marcus Group LTD LLC | 980 | 5/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $97,093.48<br><br>Total: $97,093.48 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 76 | RIANNA + NINA GMBH | Bergdorf Goodman Inc. | 540 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $13,832.13<br><br>Total: $13,832.13 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 77 | ROTATE BIRGER CHRISTENSEN A/S | Bergdorf Goodman Inc. | 321 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $46,606.00<br><br>Total: $46,606.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 78 | ROTATE BIRGER CHRISTENSEN A/S | Neiman Marcus Group LTD LLC | 322 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $33,463.00<br><br>Total: $33,463.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 79 | SHISEIDO AMERICAS CORP. | Neiman Marcus Group LTD LLC | 2027 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,797,255.59<br><br>Total: $2,797,255.59 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 80 | SHISEIDO AMERICAS CORP. | Bergdorf Goodman Inc. | 2028 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $525,177.60<br><br>Total: $525,177.60 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 81 | SIMONE PERELE US INC. | Neiman Marcus Group LTD LLC | 392 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $149,104.50<br><br>Total: $149,104.50 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 82 | SIMONE PERELE US INC. | Bergdorf Goodman Inc. | 393 | 5/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,149.50<br><br>Total: $2,149.50 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 83 | STAUD, INC. | Neiman Marcus Group LTD LLC | 822 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $142,184.44<br><br>Total: $142,184.44 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 84 | STAUD, INC. | Bergdorf Goodman Inc. | 823 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $20,199.00<br><br>Total: $20,199.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 85 | STITCH & COUTURE, INC. (AKA LELA ROSE) | Neiman Marcus Group LTD LLC | 209 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $281,832.83<br><br>Total: $281,832.83 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

**Schedule 2**

**Adjourned Claim Objections**

## Schedule 2

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | LIBERTINE CLOTHING COMPANY | The Neiman Marcus Group LLC | 2259 | 7/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $579,606.55<br>Total: $579,606.55 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 2 | LIBERTINE CLOTHING COMPANY | Bergdorf Goodman Inc. | 2251 | 7/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $232,538.60<br>Total: $232,538.60 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

**Schedule 3**

**Withdrawn Claim Objections**

## Schedule 3

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | DAVID YURMAN ENTERPRISES LLC | The Neiman Marcus Group LLC | 2133 | 7/19/2020 | Administrative: $12,335.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $809,718.20<br><br>Total: $822,053.20 | Administrative: $12,335.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $12,335.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 2 | MANOLO BLAHNIK USA, LTD | Neiman Marcus Group LTD LLC | 2363 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $798,945.65<br><br>Total: $798,945.65 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 3 | MAX MARA USA INC | The Neiman Marcus Group LLC | 3099 | 10/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $447,482.50<br><br>Total: $447,482.50 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 4 | MAX MARA USA INC | Bergdorf Goodman Inc. | 3100 | 10/13/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $67,923.00<br><br>Total: $67,923.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

## Schedule 4

**Claims Objections Withdrawn By Separate Notice**

## Schedule 4

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | CAROLINE ROSE | Neiman Marcus Group LTD LLC | 670 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $305,270.00<br><br>Total: $305,270.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 2 | JUDITH LEIBER COUTURE LTD. | The Neiman Marcus Group LLC | 2779 | 9/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $236,294.00<br><br>Total: $236,294.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 3 | JUDITH LEIBER COUTURE LTD. | Bergdorf Goodman Inc. | 2780 | 9/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $47,820.00<br><br>Total: $47,820.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 4 | JUDITH LEIBER COUTURE, LTD. | Neiman Marcus Group LTD LLC | 2778 | 9/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $284,114.00<br><br>Total: $284,114.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |