ENTERED
05/26/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 11 |
| NEIMAN MARCUS GROUP LTD LLC, *et al.*,[1] | ) |
|  | ) Case No. 20-32519 (DRJ) |
| Reorganized Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

**ORDER SUSTAINING LIQUIDATING TRUSTEE'S
SIXTH OMNIBUS OBJECTION TO CLAIMS (RESOLVED CLAIMS)**

[Related Docket No. 2386]

Upon the Objection[2] of the Liquidating Trustee seeking entry of an order (the "Order") disallowing and expunging the claims identified on **Schedule 1** attached hereto, it is **HEREBY ORDERED THAT**:

1. The Objection is sustained as set forth herein.

2. Each claim identified on **Schedule 1** to this Order is disallowed in its entirety or reduced to the allowed amount as identified on **Schedule 1** to this Order.

3. The hearing on the Objection as it relates to the claims identified on **Schedule 2** is hereby adjourned to a later date to be determined.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Liquidating Trustee's Sixth Omnibus Objection to Claims (Resolved Claims)*.

4. The Liquidating Trustee's Objection to each of the claims identified on **Schedule 3** is hereby withdrawn without prejudice.

5. Bankruptcy Management Solutions, Inc. d/b/a Stretto ("Stretto") is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

6. Each claim and the objections by the Liquidating Trustee to each claim identified in **Schedule 1** constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim identified on **Schedule 1**.

7. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Liquidating Trustee's rights under the Bankruptcy Code or any other applicable law.

8. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

[*Remainder of Page Intentionally Left Blank*]

9. The Liquidating Trustee, Stretto, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

10. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

**Signed: May 25, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

## Schedule 1

**Sustained Claim Objections**

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | 737 NORTH MICHIGAN AVENUE RETAIL INVESTORS LLC | The Neiman Marcus Group LLC | 1901 | 7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $686,503.24<br><br>Total: $686,503.24 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 2 | ACCENTURE, LLP | Neiman Marcus Group LTD LLC | 2063 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $280,896.00<br><br>Total: $280,896.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 3 | ALL FURNITURE SERVICES LLC | Neiman Marcus Group LTD LLC | 1239 | 6/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,985.00<br><br>Total: $1,985.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 4 | ALSCO | Neiman Marcus Group LTD LLC | 2566 | 7/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,137.44<br><br>Total: $1,137.44 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 5 | BLACKHAWK ENGAGEMENT SOLUTIONS, INC. | The Neiman Marcus Group LLC | 1891 | 7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $16,049.18<br><br>Total: $16,049.18 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 6 | BLOOMREACH, INC. | The Neiman Marcus Group LLC | 899 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $17,771.74<br><br>Total: $17,771.74 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 7 | BROAD ATLANTA PROPERTIES CORP. | The Neiman Marcus Group LLC | 2241 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $45,630.81<br><br>Total: $45,630.81 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 8 | BROAD FRONTENAC ASSOCIATES (LIMITED PARTNERSHIP) | Neiman Marcus Group LTD LLC | 2415 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $751,519.77<br><br>Total: $751,519.77 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 9 | CANON FINANCIAL SERVICES, INC. | The Neiman Marcus Group LLC | 1874 | 7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $31,975.70<br><br>Total: $31,975.70 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 10 | CANON SOLUTIONS AMERICA | Neiman Marcus Group LTD LLC | 1171 | 6/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $379.07<br><br>Total: $379.07 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 11 | CENTURYLINK COMMUNICATIONS, LLC ( F/K/A QWEST COMMUNICATIONS COMPANY, LLC) | Neiman Marcus Group LTD LLC | 1591 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $170,164.42<br><br>Total: $170,164.42 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 12 | CENTURYTEL OF SAN MARCOS, INC DBA CENTURYLINK | Neiman Marcus Group LTD LLC | 1594 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,159.26<br><br>Total: $1,159.26 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 13 | CHEETAH DIGITAL, INC. | The Neiman Marcus Group LLC | 978 | 5/29/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $429,164.40<br><br>Total: $429,164.40 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 14 | CHIPPENHOOK CORP | Neiman Marcus Group LTD LLC | 72 | 5/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $53,879.14<br><br>Total: $53,879.14 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 15 | CLEARFORK RETAIL VENTURE, LLC | Neiman Marcus Group LTD LLC | 1876 | 7/16/2020 | Administrative: $58,177.49<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $58,177.49<br><br>Total: $116,354.98 | Administrative: $58,177.49<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $58,177.49 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 16 | CLOUDBURST BUSINESS NETWORKS LLC | Neiman Marcus Group LTD LLC | 617 | 5/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $919.88<br>General Unsecured: $18,575.00<br><br>Total: $19,494.88 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $919.88<br>General Unsecured: $0.00<br><br>Total: $919.88 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 17 | CMS PAYMENTS INTELLIGENCE, INC. | Neiman Marcus Group LTD LLC | 1143 | 6/9/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $16,546.42<br><br>Total: $16,546.42 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 18 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION | The Neiman Marcus Group LLC | 2158 | 7/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $660,533.15<br><br>Total: $660,533.15 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 19 | COMMERCE REGISTER, INC. | Neiman Marcus Group LTD LLC | 1137 | 6/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $38,342.66<br><br>Total: $38,342.66 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 20 | CROWN PACKAGING CORP | Neiman Marcus Group LTD LLC | 160 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $44,090.91<br><br>Total: $44,090.91 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 21 | CS TECHNOLOGY, INC. | Neiman Marcus Group LTD LLC | 1958 | 7/17/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $600,000.00<br><br>Total: $600,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 22 | DATASITE LLC | Neiman Marcus Group LTD LLC | 1246 | 6/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $26,691.89<br><br>Total: $26,691.89 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 23 | DELL MARKETING, L.P. | Neiman Marcus Group LTD LLC | 1484 | 6/30/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,716.23<br><br>Total: $2,716.23 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 24 | DELL TECHNOLOGIES EMC | Neiman Marcus Group LTD LLC | 118 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $92,705.53<br><br>Total: $92,705.53 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 25 | DESERT HILLS PREMIUM OUTLETS | Neiman Marcus Group LTD LLC | 1882 | 7/16/2020 | Administrative: $21,587.61<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $21,587.61<br><br>Total: $43,175.22 | Administrative: $21,587.61<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $21,587.61 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 26 | DIGITAL MOBILE INNOVATIONS LLC | Neiman Marcus Group LTD LLC | 1494 | 7/6/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $160,339.90<br><br>Total: $160,339.90 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 27 | DIRECT SOURCE PACKAGING CO LLC | Neiman Marcus Group LTD LLC | 833 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $208,026.84<br><br>Total: $208,026.84 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 28 | ELICIT, LLC | The Neiman Marcus Group LLC | 877 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $1,085,495.12<br><br>Total: $1,085,495.12 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 29 | EXCEL ELEVATOR & ESCALATOR | Neiman Marcus Group LTD LLC | 2269 | 7/20/2020 | Administrative: $0.00<br>Secured: $37,160.08<br>Priority: $0.00<br>General Unsecured: $143,512.59<br><br>Total: $180,672.67 | Administrative: $0.00<br>Secured: $37,160.08<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $37,160.08 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 30 | FLEENOR COMPANY, INC. | Neiman Marcus Group LTD LLC | 2571 | 7/31/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $63,336.50<br><br>Total: $63,336.50 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 31 | GLOBAL BRIDGE INFOTECH INC. | The Neiman Marcus Group LLC | 2830 | 9/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $244,460.16<br><br>Total: $244,460.16 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 32 | GOOGLE LLC | The Neiman Marcus Group LLC | 1865 | 7/16/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,198,952.11<br><br>Total: $3,198,952.11 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 33 | GRID DYNAMICS INTERNATIONAL, LLC | The Neiman Marcus Group LLC | 972 | 5/28/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $949,636.00<br><br>Total: $949,636.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

# Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 34 | HARTE HANKS, INC. | Neiman Marcus Group LTD LLC | 2676 | 8/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 35 | HG GALLERIA, LLC | Neiman Marcus Group LTD LLC | 1879 | 7/16/2020 | Administrative: $140,048.52<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $144,484.13<br><br>Total: $284,532.65 | Administrative: $140,048.52<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $140,048.52 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 36 | HURIX SYSTEMS PRIVATE LIMITED | Neiman Marcus Group LTD LLC | 1363 | 6/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $15,000.00<br><br>Total: $15,000.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 37 | INFOVISION | Neiman Marcus Group LTD LLC | 1024 | 6/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $140,151.66<br><br>Total: $140,151.66 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 38 | INSIGHT GLOBAL, LLC | Neiman Marcus Group LTD LLC | 2291 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $203,886.74<br><br>Total: $203,886.74 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 39 | INTEPLAST BAGS & FILMS CORPORATION | Neiman Marcus Group LTD LLC | 954 | 5/28/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $10,068.32<br><br>Total: $10,068.32 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 40 | INTEPLAST GROUP | Neiman Marcus Group LTD LLC | 964 | 5/28/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $46,535.85<br><br>Total: $46,535.85 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 41 | INTERNATIONAL INNOVATIONS INC | Neiman Marcus Group LTD LLC | 706 | 5/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $12,687.00<br><br>Total: $12,687.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 42 | INTERSTATE CLEANING CORPORATION | Neiman Marcus Group LTD LLC | 1456 | 7/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $367,390.93<br><br>Total: $367,390.93 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 43 | INTRADO DIGITAL MEDIA LLC | The Neiman Marcus Group LLC | 1450 | 7/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $10,135.35<br><br>Total: $10,135.35 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 44 | INWOOD TRADE CENTER, LLC | The Neiman Marcus Group LLC | 1199 | 6/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $8,205.80<br><br>Total: $8,205.80 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

# Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 45 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC | Neiman Marcus Group LTD LLC | 2399 | 7/20/2020 | Administrative: $0.00<br>Secured: $35,646.00<br>Priority: $0.00<br>General Unsecured: $49,800.32<br><br>Total: $85,446.32 | Administrative: $0.00<br>Secured: $35,646.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $35,646.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 46 | JOHNSON CONTROLS SECURITY SOLUTIONS LLC | Neiman Marcus Group LTD LLC | 1342 | 6/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $96,692.47<br><br>Total: $96,692.47 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 47 | KING OF PRUSSIA ASSOCIATES | Neiman Marcus Group LTD LLC | 1877 | 7/16/2020 | Administrative: $52,969.52<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $191,640.53<br><br>Total: $244,610.05 | Administrative: $52,969.52<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $52,969.52 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 48 | LENOX SQUARE | Neiman Marcus Group LTD LLC | 1642 | 7/14/2020 | Administrative: $9,718.34<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $22,416.67<br><br>Total: $32,135.01 | Administrative: $9,718.34<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $9,718.34 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 49 | LEXMARK INTERNATIONAL INC. | The Neiman Marcus Group LLC | 2344 | 7/20/2020 | Administrative: $8,486.55<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $56,105.26<br><br>Total: $64,591.81 | Administrative: $8,486.55<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $8,486.55 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 50 | MACERICH NORTHWESTERN ASSOCIATES | The Neiman Marcus Group LLC | 2452 | 7/20/2020 | Administrative: $3,696.50<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,370.97<br><br>Total: $8,067.47 | Administrative: $3,696.50<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $3,696.50 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 51 | MANHATTAN ASSOCIATES, INC. | The Neiman Marcus Group LLC | 61 | 5/8/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $35,614.25<br><br>Total: $35,614.25 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 52 | MERICLE 325 RESEARCH DRIVE LLC | The Neiman Marcus Group LLC | 2337 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $62,107.28<br><br>Total: $62,107.28 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 53 | MIGHTYHIVE, INC | Neiman Marcus Group LTD LLC | 1557 | 7/9/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $44,269.73<br><br>Total: $44,269.73 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 54 | MIGHTYHIVE, INC | Bergdorf Goodman Inc. | 1558 | 7/9/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $22,217.63<br><br>Total: $22,217.63 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 55 | MONUMENT CONSULTING, LLC | Neiman Marcus Group LTD LLC | 2683 | 8/18/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $139,286.99<br><br>Total: $139,286.99 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 56 | NATIONWIDE JANITORIAL SERVICES, INC | Neiman Marcus Group LTD LLC | 1455 | 7/1/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $52,800.31<br><br>Total: $52,800.31 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 57 | NICELABEL AMERICAS, INC | Neiman Marcus Group LTD LLC | 522 | 5/15/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $47,412.00<br><br>Total: $47,412.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 58 | ORANGE CITY MILLS, LP | Neiman Marcus Group LTD LLC | 1812 | 7/16/2020 | Administrative: $45,276.05<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $45,928.23<br><br>Total: $91,204.28 | Administrative: $45,276.05<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $45,276.05 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 59 | OTIS ELEVATOR COMPANY | Neiman Marcus Group LTD LLC | 1353 | 6/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $425,672.58<br><br>Total: $425,672.58 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 60 | OTIS ELEVATOR COMPANY | Neiman Marcus Group LTD LLC | 1354 | 6/23/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $412,947.36<br><br>Total: $412,947.36 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 61 | OTIS ELEVATOR COMPANY | Neiman Marcus Group LTD LLC | 2039 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $277,658.46<br><br>Total: $277,658.46 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 62 | PERFICIENT, INC. | Neiman Marcus Group LTD LLC | 1086 | 6/4/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $585,743.78<br><br>Total: $585,743.78 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 63 | PLUMSLICE LABS, INC. | Neiman Marcus Group LTD LLC | 922 | 5/27/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $103,536.09<br><br>Total: $103,536.09 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 64 | POST PRODUCTION INTERNATIONAL | Neiman Marcus Group LTD LLC | 650 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $43,067.35<br><br>Total: $43,067.35 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 65 | PRIME LINE PACKAGING | Neiman Marcus Group LTD LLC | 634 | 5/19/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $14,580.00<br><br>Total: $14,580.00 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 66 | QWEST CORPORATION DBA CENTURYLINK QC | Neiman Marcus Group LTD LLC | 1590 | 7/14/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $2,230.18<br><br>Total: $2,230.18 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

## Schedule 1

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 67 | RAWHIDE HIGH CLASS SHOE & BOOT REPAIR | The Neiman Marcus Group LLC | 1436 | 6/30/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $17,000.00<br>General Unsecured: $278.75<br><br>Total: $17,278.75 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $17,000.00<br>General Unsecured: $0.00<br><br>Total: $17,000.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 68 | RED PEPPER PRODUCTIONS, INC. | Neiman Marcus Group LTD LLC | 1144 | 6/9/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $14,998.50<br><br>Total: $14,998.50 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 69 | RR&C DEVELOPMENT COMPANY | The Neiman Marcus Group LLC | 2104 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $19,475.39<br><br>Total: $19,475.39 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 70 | SAN MARCOS PREMIUM OUTLETS, LP | Neiman Marcus Group LTD LLC | 1777 | 7/16/2020 | Administrative: $25,309.55<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $174,387.68<br><br>Total: $199,697.23 | Administrative: $25,309.55<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $25,309.55 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 71 | SCOTTSDALE FASHION SQUARE LLC | The Neiman Marcus Group LLC | 2456 | 7/20/2020 | Administrative: $38,253.22<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $253,215.72<br><br>Total: $291,468.94 | Administrative: $38,253.22<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $38,253.22 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 72 | SET SOLUTIONS, INC. | Neiman Marcus Group LTD LLC | 266 | 5/12/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $91,432.43<br><br>Total: $91,432.43 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 73 | SHORT HILLS ASSOCIATES, L.L.C. | Neiman Marcus Group LTD LLC | 1774 | 7/17/2020 | Administrative: $187,783.60<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $337,051.19<br><br>Total: $524,834.79 | Administrative: $187,783.60<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $187,783.60 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 74 | SIGNATURE GARMENT CARE AND LINEN SERVICE | Neiman Marcus Group LTD LLC | 195 | 5/11/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $195,530.72<br><br>Total: $195,530.72 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |

**Schedule 2**

**Adjourned Claim Objections**

## Schedule 2

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | BETH LARSON, AS TRUSTEE OF THE BETH AND LARRY LARSON TRUST DATED NOVEMBER 3, 2003 | Neiman Marcus Group LTD LLC | 2609 | 8/4/2020 | Administrative: $6,051.51<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $3,960.99<br><br>Total: $10,012.50 | Administrative: $6,051.51<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $6,051.51 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 2 | BETH LARSON, AS TRUSTEE OF THE LARSON FAMILY TRUST DATED NOVEMBER 3, 2003 | Neiman Marcus Group LTD LLC | 2608 | 8/4/2020 | Administrative: $80,686.81<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $52,813.19<br><br>Total: $133,500.00 | Administrative: $80,686.81<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $80,686.81 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 3 | BRINK'S GLOBAL SERVICES USA, INC. | Neiman Marcus Group LTD LLC | 3028 | 10/7/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $45,031.46<br><br>Total: $45,031.46 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 4 | BRINK'S, INC. | Neiman Marcus Group LTD LLC | 1571 | 7/10/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $54,607.64<br><br>Total: $54,607.64 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 5 | CONSTELLATION NEWENERGY, INC. | The Neiman Marcus Group LLC | 1959 | 7/17/2020 | Administrative: $16,707.06<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $36,994.49<br><br>Total: $53,701.55 | Administrative: $16,707.06<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $16,707.06 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 6 | MICROSOFT CORPORATION | The Neiman Marcus Group LLC | 2350 | 7/20/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $4,936,788.57<br><br>Total: $4,936,788.57 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 7 | ROBERT AND SUSAN ARCHER FAMILY TRUST DATED FEBRUARY 25, 2008 | Neiman Marcus Group LTD LLC | 2610 | 8/4/2020 | Administrative: $34,291.90<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $22,445.60<br><br>Total: $56,737.50 | Administrative: $34,291.90<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $34,291.90 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |
| 8 | PITNEY BOWES INC | Neiman Marcus Group LTD LLC | 890 | 5/26/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $82,692.07<br><br>Total: $82,692.07 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |
| 9 | PITNEY BOWES INC | Neiman Marcus Group LTD LLC | 786 | 5/22/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $11,124.19<br><br>Total: $11,124.19 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured amounts as the Debtors are not liable because the claim has been resolved |

## **Schedule 3**

**Withdrawn Claim Objections**

## Schedule 3

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Allowed Claim | Reasoning for Objection |
|---|---|---|---|---|---|---|---|
| 1 | FLOWER CITY TISSUE MILLS CO., INC. | Neiman Marcus Group LTD LLC | 1471 | 7/2/2020 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $25,056.27<br><br>Total: $25,056.27 | Administrative: $0.00<br>Secured: $0.00<br>Priority: $0.00<br>General Unsecured: $0.00<br><br>Total: $0.00 | Expunge general unsecured claim amount as general unsecured claim has been resolved. |