United States Courts
Southern District of Texas
FILED

JUL 14 2021

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
|  | : | Case No. 20-32519 (DRJ) |
| NEIMAN MARCUS GROUP LTD LLC, et al., | : |  |
|  | : |  |
|  | : | AFFIRMATION AND |
|  | : | MEMORANDUM OF LAW |
| Reorganized Debtors. | : | IN SUPPORT OF MOTION |
|  | : | TO LIFT STAY |
|  | : |  |

**CERTIFICATE OF SERVICE**

I, Seth D. Carson, hereby certify that on this date the foregoing Affirmation and Memorandum in support of Rosina Morene-Welsh's Motion to allow the automatic stay to be lifted has been served upon the following counsel via mail and/or mailing a copy to the Court for filing on the docket:

TO: TO: JACKSON WALKER L.L.P.
Matthew D. Cavenaugh (TX Bar No. 24062656)
Kristhy M. Peguero (TX Bar No. 24102776)
Genevieve M. Graham (TX Bar No. 24085340)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: mcavenaugh@jw.com
kpeguero@jw.com
ggraham@jw.com
vponick@jw.com

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Chad J. Husnick, P.C. (admitted pro hac vice)
Matthew C. Fagen (admitted pro hac vice)
601 Lexington Avenue

7

New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: anup.sathy@kirkland.com
chad.husnick@kirkland.com
Matthew.fagen@kirkland.com

*Co-Counsel for the Reorganized Debtors*

                                                             **DEREK SMITH LAW GROUP, PLLC**

                                             BY:   _____
                                                        Seth D. Carson, Esq.
                                                        1845 Walnut Street, Suite 1601
                                                        Philadelphia, PA 19103
                                                        (215) 391-4790
                                                        seth@dereksmithlaw.com

**DATED: July 9, 2021**