IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 11 2021

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NEIMAN MARCUS GROUP LTD LLC, et al.,[1] | ) Case No. 20-32519 (DRJ) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on March 29, The Movant, Paris Inman-Clark filed her Motion to Modify the Discharge Injunction and Continue her Personal Injury Action (hereinafter the "Motion") in the United States District Court for the Eastern District of Pennsylvania, filed in 2019 and titled *Paris Inman-Clark v. Neiman Marcus Group LLC and The Neiman Group LTD LLC*, docket number 2:19-cv-04717-MSG. The presiding judge is that case is the Hon. Mitchell S. Goldberg.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion has been for **August 25, 2021 at 2:00 p.m. (prevailing Central Time)** before David R. Jones, Unites States Bankruptcy Judge, in Room 400 of the United Stated Bankruptcy Court, 515 Rusk Street Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that audio (and possibly video) communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Jones' conference room number is **205691**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones' home page. The meeting code is "JudgeJones." Click the settings icon in the upper right corner and enter your name under the personal information setting.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: Neiman Marcus Group LTD LLC (9435); Bergdorf Goodman Inc. (5530); Bergdorf Graphics, Inc. (9271); BG Productions, Inc. (3650); Mariposa Borrower, Inc. (9015); Mariposa Intermediate Holdings LLC (5829); NEMA Beverage Corporation (3412); NEMA Beverage Holding Corporation (9264); NEMA Beverage Parent Corporation (9262); NM Bermuda, LLC (2943); NM Financial Services, Inc. (2446); NM Nevada Trust (3700); NMG California Salon LLC (9242); NMG Florida Salon LLC (9269); NMG Global Mobility, Inc. (0664); NMG Notes PropCo LLC (1102); NMG Salon Holdings LLC (5236); NMG Salons LLC (1570); NMG Term Loan PropCo LLC (0786); NMG Texas Salon LLC (0318); NMGP, LLC (1558); The Neiman Marcus Group LLC (9509); The NMG Subsidiary LLC (6074); and Worth Avenue Leasing Company (5996). The Reorganized Debtors' service address is: One Marcus Square, 1618 Main Street, Dallas, Texas 75201.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones' home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Respectfully submitted,

*/s/ David D. Langfitt*
David D. Langfitt, Esquire
**Langfitt PLLC**
P.O. Box 302
Gladwyne, PA 19035
www.langfittpllc.com
610-787-1706
david@langfittpllc.com

**Counsel to the Movant
Paris Inman-Clark**

**Certificate of Service**

    I certify that on August 10, 2021 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                         */s/ David D. Langfitt*
                                         David D. Langfitt, Esquire
                                         Counsel to the Movant
                                         Paris Inman-Clark

29752007v.1

# LANGFITT PLLC

P.O. Box 302
Gladwyne, PA 19035
Fax: 267-399-5017
www.langfittpllc.com

David D. Langfitt, Esq.
Admitted to Practice in PA and NJ
Mobile: 610-787-1706
david@langfittpllc.com

United States Courts
Southern District of Texas
F I L E D

AUG 11 2021

Nathan Ochsner, Clerk of Court

August 10, 2021

**VIA UPS OVERNIGHT DELIVERY**

Bob Casey United States Courthouse
Attn: Clerk of Court
515 Rusk Avenue
Houston, TX 77002

      Re:  NEIMAN MARCUS GROUP LTD LLC, et al. Case No. 20-32519 (DRJ)

Dear Clerk:

Please see enclosed for filing Paris Inman-Clark's Notice of Hearing regarding her filed Motion to Modify the Discharge Injunction and Continue Her Personal Injury Litigation in the United States District Court for the Eastern District of Pennsylvania.

      Thank you for your assistance.

                            Respectfully,

                            /s/ David D. Langfitt
                            David D. Langfitt

DDL:jcb
*Enclosure*

Cc:    Michael D. Warner, Esquire (via email w/ enclosure)
       Benjamin L. Wallen, Esquire (via email w/ enclosure)
       Bryan Uelk (via email w/ enclosure)
       Robert B. McLellarn (via email w/ enclosure)
       Steven Gersten, Esquire (via email w/ enclosure)
       Gavin C.P. Campbell, Esquire (via email w/ enclosure)
       Kristhy M. Peguero, Esquire (via email w/ enclosure)