**<u>Exhibit D</u>**



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 4/17/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER:** NFP Property & Casualty Services Inc.
45 Executive Drive
Plainview NY 11803-9001

**CONTACT NAME:** RISK MANAGEMENT DEPT.
**PHONE (A/C, No, Ext):** 516-327-2700
**FAX (A/C, No):** 516-327-2800
**E-MAIL ADDRESS:** riskcerts@nfp.com

**INSURED:** JRM Construction Management, LLC
242 West 36th Street
New York NY 10018
JRMCONST

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURER A: | Starr Indemnity & Liability Company | 38318 |
| INSURER B: | XL Insurance America Inc | 24554 |
| INSURER C: | Phoenix Insurance Company | 25623 |
| INSURER D: | Charter Oak Fire Insurance Company | 25615 |
| INSURER E: | Travelers Property Casualty Company of America | 25674 |
| INSURER F: | | |

## COVERAGES
**CERTIFICATE NUMBER:** 919830980
**REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| D | **COMMERCIAL GENERAL LIABILITY** X  CLAIMS-MADE  X OCCUR | Y | | CO0H633885 | 4/20/2018 | 4/20/2019 | EACH OCCURRENCE | $2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $1,000,000 |
| | | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POLICY  PROJECT  LOC  X OTHER: PROJECT* | | | | | | GENERAL AGGREGATE | $4,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $4,000,000 |
| | | | | | | | | $ |
| E | **AUTOMOBILE LIABILITY** X ANY AUTO  ALL OWNED AUTOS  SCHEDULED AUTOS  X HIRED AUTOS  X NON-OWNED AUTOS | | | 8100H633885 | 4/20/2018 | 4/20/2019 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| A B | **UMBRELLA LIAB** X OCCUR   X **EXCESS LIAB** CLAIMS-MADE   DED  RETENTION $ | Y | | 1000585071181 US00057353LI18A | 4/20/2018 4/20/2018 | 4/20/2019 4/20/2019 | EACH OCCURRENCE | $25,000,000 |
| | | | | | | | AGGREGATE | $25,000,000 |
| | | | | | | | | $ |
| C | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | UB3K362843 | 4/20/2018 | 4/20/2019 | X PER STATUTE  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
*As Required By Written Contract.
Re: Neiman Marcus Hudson Yards - AC Units/Escalator Project No: 20350
Neiman Marcus, ERY Tenant LLC (landlord) and its subsidiaries, affiliates, directors, officers, members, managers, partners, agents, employees, and assignees, The Related Companies, L.P., and its subsidiaries, affiliates, directors, officers, members, managers, partners, agents, employees, and assignees, Oxford Hudson Yards LLC and its subsidiaries, affiliates, directors, officers, members, managers, partners, agents, employees are included as additional insured(s) with respect to General Liability as required by written contract but only with respect to the operations of the named insured; blanket additional insured endorsement included.
Additional Insured status is provided on a primary and non-contributory basis with respect to General Liability as required by written contract but only with respect to the operations of the named insured.

**CERTIFICATE HOLDER**
The Neiman Marcus Group LLC
1201 Elm Street, Suite 2700
Dallas TX 75270

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*[signature]*

© 1988-2014 ACORD CORPORATION. All rights reserved.
ACORD 25 (2014/01)   The ACORD name and logo are registered marks of ACORD