**<u>Exhibit F</u>**

From: "Lam, Yan" <YAN.LAM@LibertyMutual.com>
Sent: Friday, November 15, 2019 09:59 AM
To: aldocs@libertymutual.com
Cc:
Subject: P 220-169911 FW: APL Claim- 2A284957668342 5/24/2018 640 Reed, Sherry THE RELATED COMPANIES, L.P.: Michael Valle - Neiman Indemnification Demand.pdf attachment

---

**From:** Reed, Sherry <Sherry.Reed@esis.com>
**Sent:** Friday, November 15, 2019 9:09 AM
**To:** Lam, Yan <YAN.LAM@LibertyMutual.com>
**Subject:** {EXTERNAL} APL Claim- 2A284957668342 5/24/2018 640 Reed, Sherry THE RELATED COMPANIES, L.P.: Michael Valle - Neiman Indemnification Demand.pdf attachment
**Importance:** High

Hi Yan,
I'm following up on the attached tender.
Please give me a call to discuss.
I can be reached remotely today at 302-598-8841.
Thanks,

**ESIS®**

**Sherry Reed, SCLA**
General Liability Litigation Specialist

P.O. Box 5127, Scranton, PA, 18505, USA
M 302-476-6304    F 800-261-4716
C  302-598-8841
sherry.reed@esis.com

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.



**HELMSMAN**
MANAGEMENT SERVICES LLC

**Helmsman Management Services**
P.O. Box 7214
London, KY 40744-7214
Phone: 781-216-9356

October 23, 2019

Travelers
Charter Oak Fire Insurance Company
P.O. Box 430
Buffalo, NY 14240 -0430

Claimant/Plaintiff: Michael Valle
Claim Numbers: P 220-169911-01
Customer: Neiman Marcus Group Inc.
Date of Loss: 08/21/2018
Place of Accident: Hudson Yards, New York, NY
Travelers (Charter Oak Fire Insurance Company) policy #: ██████████ OF-18
Travelers (Charter Oak Fire Insurance Company) policy period: 04/20/2018 – 04/20/2019

Dear Travelers (Charter Oak Fire Insurance Company),

Helmsman Management Services LLC is the third-party administrator for The Neiman Marcus Group LLC (Neiman Marcus). Neiman Marcus was named as a defendant in a lawsuit filed by the plaintiff Michael Valle in the New York County Supreme Court. Also named in the complaint was Board of Managers of 20-30 Hudson Yards, ERY Tenant LLC, ERY Retail Podium, LLC, The Neiman Marcus Group, LLC, and JRM Construction Management, LLC. Based on the terms of the contract between Neiman Marcus and JRM Construction Management LLC, (JRM Construction) we are looking for defense, indemnification and additional insured coverage.

A review of the attached complaint outlines that on August 21st, 2018, the plaintiff alleges he was employed by Drywall Construction and working at the premises at 500 West 33rd Street, New York referred to as the Hudson Yards Jobsite. Because of an occurrence the plaintiff claims he sustained damages. Our initial investigation indicates that the plaintiff was an employee of a subcontractor hired by JRM Construction. Under the terms of our contract with JRM Construction under Article 3.18.1, JRM Construction agreed to indemnify and hold harmless Neiman Marcus and the owners of the shopping center caused by any negligent act or omission of JRM Construction, and its Subcontractors, agents and employees. Further under Article 11 and Exhibit F, JRM Construction agreed to name as

an additional insured Neiman Marcus as well as Board of Managers of 20-30 Hudson Yards, ERY Tenant LLC, ERY Retail Podium, LLC.

We are asking that JRM Construction defend and indemnify Neiman Marcus as well as the property owners Board of Managers of 20-30 Hudson Yards, ERY Tenant LLC, ERY Retail Podium, LLC, for the claims being presented by the plaintiff. I also ask that JRM Construction Management LLC place their commercial general liability and excess umbrella insurance carriers on notice so that they may confirm if Neiman Marcus and Board of Managers of 20-30 Hudson Yards, ERY Tenant LLC, ERY Retail Podium, LLC, qualify as additional insureds on their respective insurance policies.

I ask that you formally acknowledge receipt of this notice of claim and tender and confirm that Travelers (Charter Oak Fire Insurance Company), on behalf of JRM Construction will defend, indemnify and provide additional insured coverage for Neiman Marcus, Board of Managers of 20-30 Hudson Yards, ERY Tenant LLC, ERY Retail Podium, LLC, for the claims being presented by plaintiff Michael Vale.

I am enclosing a copy of the notice of the lawsuit sent to Neiman Marcus.

I can be reached at (781) 216-9356 or Yan.Lam@LibertyMutual.com.

Best regards,


Yan Lam
Sr. Technical Claims Specialist

cc:   JRM Construction Management

  Law Offices of Michael S Lamonsoff, PLLC

  Board of Managers of 20-30 Hudson Yards

  ERY Tenant, LLC

  ERY Retail Podium, LLC

ERY Retail Podium, LLC  
c/o Corporation Service Company  
80 State Street  
Albany, NY 12207



**Helmsman**
Management Services LLC™

Liberty Mutual
9 Riverside RD.
Weston, MA 02493



02 1P   $ 000.50⁰
0000893272   OCT 23 2019
MAILED FROM ZIP CODE 01581



i22073254i C003

ERY Tenant, LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207



Helmsman
Management Services LLC™

Liberty Mutual
9 Riverside RD.
Weston, MA 02493



02 1P  $ 000.50⁰
0000893272   OCT 23 2019
MAILED FROM ZIP CODE 01581



122078254i C063