**Exhibit G**


**TRAVELERS**

February 17, 2020

Yan Lam
Helmsman Management Services, LLC
PO Box 7214.
London, KY 40744-7214

| Re: | **Insured:** | JRM Construction Management, LLC |
|---|---|---|
| | **Plaintiff:** | Michael Valle |
| | **Claim Number:** | EXE3965 |
| | **Date of Loss:** | 5/24/2018 |
| | **Your Claim Number:** | P-220-169911-01 |

Dear Mr. Lam:

This will confirm that The Charter Oak Fire Insurance Company (Travelers) has agreed to accept the defense and indemnification of Board of Managers of 20-30 Hudson Yards, ERY Tenant LLC, ERY Retail Podium LLC and the Neiman Marcus Group, LLC up to the limits of the policy issued to JRM Construction Management, LLC under policy number ███████████3885 for the policy period 04/20/2018 - 04/20/2019. This agreement is made based on the fact that Neiman Marcus Group, LLC qualifies as an additional insured under the aforementioned policy.

Travelers agrees to defend and indemnify Board of Managers of 20-30 Hudson Yards, ERY Tenant LLC, ERY Retail Podium LLC and the Neiman Marcus Group, LLC up to the limits of the JRM Construction Management policy. The limits of the policy, shown in the declarations, are $2,000,000 per occurrence.

We have referred the defense of Board of Managers of 20-30 Hudson Yards, ERY Tenant LLC, ERY Retail Podium LLC and the Neiman Marcus Group, LLC to Barry Mctiernan & Moore, 101 Greenwich Street, 14th Floor, New York, NY 10006. Please cooperate with them in the defense of this matter.

If you have any questions, please feel free to call me at 1-585-321-8093. My office hours are Monday through Friday 8 a.m. to 4:30 p.m.

Sincerely,

*Beverley Lewis Bernard*
Beverley Lewis Bernard
Claim Professional
The Charter Oak Fire Insurance Company

Cc:

Page 2

JRM Construction Management, LLC
242 W 36th Street
New York, NY  10018

NFP Property & Casualty
45 Executive Dr
Plainview, NY 11803

Barry Mctiernan & Moore
101 Greenwich Street, 14th Floor
New York, NY 10006