United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 07, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-32519 |
| NEIMAN MARCUS GROUP | § | |
| LTD LLC, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER FOR CONFERENCE

The United States Trustee has filed two related motions. ECF No. 3178 seeks to vacate awards of fees to Jackson Walker LLP. ECF No. 3179 seeks to withdraw the reference of ECF No. 3178 to the United States District Court. Not later than December 1, 2023, the United States Trustee and Jackson Walker LLP shall confer and file a joint report with respect to the motions.

The joint report should provide for response and briefing deadlines on the two motions. Hearing dates should be proposed with respect to the motion to withdraw the reference. The Court will determine whether it is appropriate to set a hearing date on the motion to vacate awards after determining the appropriate disposition of the motion to withdraw the reference.

The Court will conduct a status conference at 1:30 p.m. on December 12, 2023. At that time, the parties may argue whether the issuance of a report and recommendation by the Bankruptcy Court is appropriate.

SIGNED 11/07/2023

Marvin Isgur
United States Bankruptcy Judge